UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAFAEL RONDON, and<br>MARYANN MOONEY-RONDON<br><br>Defendants. | Case No. 21-cr-00722-JMC |

NOTICE OF FILING OF VIDEO EXHIBITS
PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of video exhibits in support of the government's sentencing memorandum in the above-captioned matter. Video clips are not in a format that readily permits electronic filing on CM/ECF. Video exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Each exhibit is identified and briefly described below.

- Exhibit 1: Surveillance video showing Rondon and Mooney-Rondon entering the Capitol building.

- Exhibit 2: Surveillance video showing Rondon and Mooney-Rondon near the Memorial Door.

- Exhibit 3: Surveillance video showing Rondon and Mooney-Rondon near the Speaker's office suite.

- Exhibit 4: Rioter video showing Rondon and Mooney-Rondon encouraging an unknown male to steal a laptop computer.

- Exhibit 5: Rioter video showing Mooney-Rondon providing gloves to an unknown male to assist in the theft of a laptop computer.

- Exhibit 6: Rioter video showing Rondon parading through the Speaker's office suite.

- Exhibit 7: Surveillance video showing Rondon and Mooney-Rondon at the Senate Gallery stairs.

- Exhibit 8: Surveillance video showing Rondon and Mooney-Rondon at the Senate Gallery corridors.

- Exhibit 9: Surveillance video showing Rondon and Mooney-Rondon at the Senate Gallery foyer.

- Exhibit 10: Surveillance video showing Rondon and Mooney-Rondon at the Senate Gallery foyer.

If the Court accepts these proposed video and image exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By:   s/ *Will N. Widman*
WILL N. WIDMAN
Trial Attorney, Detailee