1          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                        Criminal Action
4              Plaintiff,              No. 1:21-cr-00722-JMC

5         vs.                          November 29, 2023
                                        2:00 p.m.
6    1 - RAFAEL RONDON,
     2 - MARYANN MOONEY-RONDON,
7
               Defendants.              Washington D.C.
8    _____

9              **TRANSCRIPT OF THE SENTENCING**
            **BEFORE THE HONORABLE JIA M. COBB**
10               **UNITED STATES DISTRICT JUDGE**

11

12   APPEARANCES:

13   For the Government:

14           Will Widman, Esquire
             DOJ-CRM
15           1301 New York Avenue NW
             Washington, DC 20530
16
     For the Defendant Rafael Rondon:
17
             Maria Jacob, Esquire
18           OFFICE OF THE FEDERAL PUBLIC DEFENDER
             625 Indiana Ave, N.W.
19           Washington, DC 20004

20   For the Defendant Maryann Mooney-Rondon:

21           Peter A. Cooper, Esquire
             PETER A. COOPER
22           400 5th Street, NW
             Suite 350
23           Washington, DC 20001

24

25

```
 1   (APPEARANCES CONTINUED:)

 2
     Court Reporter:
 3
             Stacy Johns, RPR
 4           Official Court Reporter

 5           Proceedings recorded by mechanical stenography,
             transcript produced by computer-aided transcription
 6

 7                     P R O C E E D I N G S

 8           DEPUTY CLERK:  Your Honor, we're on the record in

 9   Criminal Case 21-722, United States of America versus defendant

10   one, Rafael Rondon; defendant two, Maryann Mooney-Rondon.

11           Starting with government counsel, please approach the

12   podium and state your appearance for the record.

13           MR. WIDMAN:  Good afternoon Your Honor.  Will Widman

14   for the United States.

15           THE COURT:  Good afternoon.

16           MR. COOPER:  Good afternoon, Your Honor.  Peter

17   Cooper, finally, on behalf of Ms. Maryann Mooney-Rondon, who is

18   present.

19           THE COURT:  Okay.  Good afternoon.

20           MS. JACOB:  Good afternoon, Your Honor.  Maria Jacob

21   and A.J. Kramer on behalf of Rafael Rondon, who is present.

22           THE COURT:  Okay.  Good afternoon.

23           PROBATION OFFICER:  Good afternoon, Your Honor.

24   Robert Walters on the behalf of the probation office.

25           THE COURT:  Okay.  Good afternoon.
```

1          So we are here for sentencing.  Just give me one
2    second here.
3          Okay.  So we have both defendants here,
4    Ms. Mooney-Rondon and Mr. Rondon, and they're being sentenced
5    on one count of obstruction of an official proceeding and
6    aiding and abetting in violation of 18 U.S.C. Section
7    1512(c)(2).  And then Ms. Mooney-Rondon has also -- was found
8    guilty after a stipulated trial of one count of theft of
9    government property in violation of 18 U.S.C. Section 641.
10          I have received and reviewed the presentence report
11    and the sentencing recommendation from the probation
12    department, as well as a sentencing memoranda from the
13    government for Ms. Mooney-Rondon, for Mr. Rondon, as well as
14    the letters of support submitted by both defendants, and also I
15    received Mr. Rondon's sealed medical records.
16          In addition to the presentence report, I'm not sure if
17    I said this already, but I received a sentencing recommendation
18    from the probation department, and I will put that on the
19    record at some point during the sentencing.  I also went over,
20    again, the Statement of Offense and Mr. Rondon's plea
21    agreement, as well as Ms. Mooney-Rondon's stipulated trial
22    materials.
23          Okay.  So I think we have to iron out some
24    disagreements about enhancements that may or may not apply.
25    But I just want to start with the factual recitations before we

1    talk about guidelines.  So let me start with the government.

2           Do you have any objections to any of the facts set

3    forth in the presentence report?

4           MR. WIDMAN:  No, Your Honor.  Thank you.

5           THE COURT:  Okay.  And I'll start with you,

6    Ms. Mooney-Rondon.  Are you satisfied with your attorney in

7    this case?

8           DEFENDANT MOONEY-RONDON:  I am.

9           THE COURT:  Let's make sure that you can speak in the

10   microphone.

11          Mr. Cooper, can you bring that microphone closer to

12   her, please?

13          DEFENDANT MOONEY-RONDON:  I am.

14          THE COURT:  And have you had enough time to talk to

15   him about the presentence report and the papers that the

16   government filed in connection with their sentencing request

17   here?

18          DEFENDANT MOONEY-RONDON:  Yes, Your Honor.

19          THE COURT:  And do you feel prepared to go forward

20   with sentencing today?

21          DEFENDANT MOONEY-RONDON:  I do.

22          THE COURT:  Mr. Rondon, let me ask you, are you

23   satisfied with your attorneys?

24          DEFENDANT RONDON:  Yes, Your Honor.

25          MR. KRAMER:  He doesn't have a microphone.

1          THE COURT:  He can come up.  I only have a couple

2     questions.  Just so we can make sure that we hear you.

3          Okay.  Mr. Rondon, are you satisfied with your

4     attorneys?

5          DEFENDANT RONDON:  Yes, Your Honor.

6          THE COURT:  And have you had enough time to talk to

7     them about the presentence report and the government's

8     sentencing papers and to prepare for sentencing?

9          DEFENDANT RONDON:  Yes, Your Honor.

10          THE COURT:  Are you prepared to go forward with

11     sentencing today?

12          DEFENDANT RONDON:  Yes, Your Honor.

13          THE COURT:  Ms. Jacob, while I have you here, have you

14     and Mr. Rondon had adequate time to review the presentence

15     report?

16          MS. JACOB:  Yes, we have, Your Honor.

17          THE COURT:  Do you have any factual disputes with

18     anything set forth in the presentence report?

19          MS. JACOB:  No factual disputes, Your Honor.

20          THE COURT:  Mr. Cooper, I'll ask you:  Have you gone

21     over the presentence report with Ms. Mooney-Rondon?

22          MR. COOPER:  Yes, Your Honor.

23          THE COURT:  And do you have any factual changes or

24     objections to this presentence report?

25          MR. COOPER:  None, Your Honor.  No, thank you.

1          THE COURT:  Given that there are no objections by any

2     party, I will accept the factual recitations in the presentence

3     report regarding the circumstances of the offense, and,

4     therefore, the facts as stated in the presentence report

5     regarding the offense, as well as any background information

6     about both defendants will be my findings of fact for purposes

7     of this sentencing hearing.

8          Okay.  So let's talk about the guidelines.  First,

9     before we deal with the eight level enhancement, obviously, now

10    we're under the November 2023 guidelines.  It looks like

11    Ms. Mooney-Rondon may be eligible for the zero-point offender

12    reduction.

13          Is that your contention, Mr. Cooper?

14          MR. COOPER:  I think that's correct, Your Honor, yeah.

15          THE COURT:  I don't believe that Mr. Rondon is

16    available -- I mean, it's available for Mr. Rondon.

17          MS. JACOB:  Your Honor, we don't believe so as well,

18    because of his recent conviction from New York.

19          THE COURT:  Okay.  And let me ask the government:

20    Mr. Widman, do you dispute or have any objection about whether

21    or not that enhancement -- sorry, I keep saying the wrong

22    word -- whether the reduction applies to Ms. Mooney-Rondon?

23          MR. WIDMAN:  Your Honor, may I approach?

24          THE COURT:  Sure.

25          MR. WIDMAN:  The Court is aware there have been recent

1    amendments to the sentencing guideline.  And 4C1.1 is now in

2    effect at the time of sentencing.  I will say that the

3    government would -- that neither Ms. Mooney-Rondon or

4    Mr. Rondon argued in their papers that 4C1.1 would apply.  The

5    government contends it doesn't apply under 4C1.1(a)(6), that

6    the conduct personally contributed to a financial hardship.

7    Ms. Mooney-Rondon was found guilty in a stipulated bench trial

8    of theft under Section 641 for aiding and abetting theft of a

9    laptop computer, totaling $1,187.15.

10             Additionally, as reflected in the facts of the PSR,

11   the defendants stole escape hoods and the satchel bags that

12   carry those hoods, totaling $470.36.  The government would

13   contend that even under the new text of 4C1.1, that the

14   defendant personally causing substantial financial hardship

15   under this provision would be a criteria that the defendant did

16   not meet, and, thus, would not be eligible for the adjustment

17   under the new section of the guidelines.

18             Alternatively, if the Court does not accept that

19   reason, the government could argue in open court today other

20   reasons why January 6th was distinct and how defendants

21   contributed overall, as members of a mob as a crowd, to the

22   collective violence that occurred.  But the government would

23   say primarily that -- excuse me, the 4C1.1(a)(6) section would

24   knock out Ms. Mooney-Rondon's eligibility for that adjustment.

25             Of course, the government would want to be heard if

1    the Court isn't persuaded by that reasoning.

2              THE COURT:  Okay.

3              MR. WIDMAN:  Thank you.

4              THE COURT:  Mr. Cooper, do you want to be heard?

5              MR. COOPER:  So I think there are three issues.  First

6    one I'll deal with that the government raised is the issue of

7    the so-called gas mask and the holders that they were in.

8    Ms. Mooney-Rondon was not charged with anything with respect to

9    that.  There is a factual -- a fact at issue of whether or not

10   the individuals were provided with those materials, as I

11   indicated in the sentencing memorandum with -- who certainly

12   appear to be official, let me put it that way, to the extent

13   that there is certainly no -- I think it's a phrase that's

14   going to pop up a lot today, but there is certainly no mens rea

15   with respect to theft with regard to those materials.

16             With respect to the laptop, again, we stress and just

17   want to make sure that the Court -- we're on the same page,

18   that with respect to the laptop the facts that were agreed to

19   was that the person who actually took the laptop took a pair of

20   gloves from -- whether they took them from her or she handed

21   over, but there was a glove issue with respect to the laptop

22   vis-a-vis potential fingerprints, I suppose.  And that is the

23   extent of the theft of the laptop.

24             Now, I think that's enough to satisfy the elements

25   with respect to the stipulated trial.  I'm not backing out on

1    that.  But to the extent that that act in and of itself would

2    then undermine the reduction that we're talking about, I think

3    that has to be taken into context.

4         I don't want to delve too far into my sentencing

5    allocution, but there was on January 6th a whole range of

6    spectrum of people that were out there that day and in that

7    building that day.  People who genuinely came prepared for

8    insurrection.  And I don't need to delve into that.  We know

9    who they are.  We know what they did.  We know what they

10   brought.  And then there were people like Ms. Mooney-Rondon

11   that didn't.  And certainly came for a -- for a completely

12   legitimate and peaceful purpose that day.

13        Thus, I think that the government's arguments of

14   saying, well, January 6th in and of itself was such an unusual

15   occurrence that everybody out there that wore a red hat that

16   day now should be tarred with the same brush and this reduction

17   shouldn't apply because of that.  I think that should give the

18   Court some pause too.

19        I think that while I appreciate the government's

20   argument, I don't think they're applicable in this instance.

21        THE COURT:  I don't want to put probation on the spot,

22   because I know that you did your calculations when the

23   sentencing was set previously, but I don't know if you have a

24   general position.

25        PROBATION OFFICER:  Your Honor, that's what we're here

 1   for.  I can't speak to the financial hardship aspect of it.

 2   What my personal probation -- my personal experiences,

 3   probation's experiences, have been with these cases and 4C1.1

 4   is (a)(3), and that is the Court in these cases individually

 5   making a finding as to whether or not there was violence.

 6             That has kind of been the -- you know, the determining

 7   factor as to whether or not the conduct directly or indirectly

 8   contributed to the violence.  And that's what many of your

 9   colleagues have relied on as the finding in that aspect.

10             THE COURT:  Okay.  That's helpful.

11             MR. COOPER:  Your Honor, may I just add something?

12             THE COURT:  Sure.

13             MR. COOPER:  Thank you.

14             So I just want to just tick off just very, very

15   quickly, Section F, the substantial financial hardship to the

16   victim.  And it discusses becoming insolvent.  I think there's

17   not much danger of the U.S. Government becoming insolvent.

18   Filing for bankruptcy, same.

19             Suffering substantial loss of retirement, education or

20   other savings or investment fund, same.  Making substantial

21   changes to his or her employment, such as posting his or her

22   retirement plans.  Five, makings substantial changes to his or

23   her living arrangements, such as relocating to a less expensive

24   home.  And suffering substantial harm to his or her ability to

25   obtain credit.

1          Clearly, this does not contemplate the United States
2    Government.  Thank you.
3          THE COURT:  Did you want to be heard?
4          MR. WIDMAN:  Yes, Your Honor.
5          Your Honor, I would reiterate arguments I believe that
6    the Court has heard before with respect to 4C1.1 in other
7    cases.  The Court should not apply this adjustment for the
8    reason that January 6th was a violent riot, an attack that
9    threatened the lives of legislators and their staff,
10   interrupted the certification of the 2020 electoral count, did
11   irrevocable harm to our nation's peaceful transfer of power,
12   caused over $2.9 million in losses, injured more than 100
13   police officers, both with the Capitol Police, Metropolitan
14   Police Department and other affiliated law enforcement groups.
15         Every rioter, whether or not they personally engaged
16   in violence or personally threatened violence, contributed to
17   this harm.  You cannot have a mob without a collective group of
18   individuals.
19         I would also argue that for those reasons, January 6th
20   is different in the context of violence and mob violence in a
21   riot.
22         Moreover, I would point out that 4C1.1 was based on
23   recidivism data from incarcerated individuals released in 2010.
24   And I would say, given the unprecedented nature of the attack
25   on the Capitol, there's no reason to believe that that

1    historical data is predictive of recidivism for defendants who

2    engaged in an act of political extremism, like those who

3    attended the riot of January 6th.

4           And particularly, this is true of individuals,

5    including defendants, who continued to propagate statements --

6    not these particular defendants but others who have continued

7    to propagate some of the same ideas and espouse the same

8    support of political violence.

9           And then I'd just say in conclusion, the unique nature

10   of the January 6th mob and riot, the harms caused by those

11   events, there's a need for significant deterrence.  And the

12   government would submit that even if the Court were to find

13   that 4C1.1, that adjustment applies in this case, the

14   government would argue for the Court to vary upwards by two

15   levels to counter any reduction in offense level.  Thank you.

16          THE COURT:  Thank you.

17          Okay.  So I have dealt with this issue before.  And I

18   understand the government's argument, just as a categorical

19   matter, that this reduction should not apply in January 6th

20   cases.  And I've come out differently on that issue.  It's my

21   thought, based on my review of the plain text of 4C1.1, that

22   this is very much an individual consideration about whether any

23   particular defendant before the Court is entitled to this

24   reduction based on their conduct in the case.

25          So I have not and don't think that it would be

```
1    appropriate to find that category three about using violence or
2    credible threats of violence applies where Ms. Mooney-Rondon
3    did not use either violence or credible threats of violence in
4    connection with the offense.
5              Similarly, I agree with Mr. Cooper.  If the exceptions
6    to this application were just about any financial harm, it
7    would have said that.  It does say substantial financial
8    hardship, and Mr. Cooper gave some examples of what that might
9    consider.  And I don't have a record before me to find that the
10   theft at issue caused substantial financial hardship, so I do
11   think that Ms. Mooney-Rondon is entitled to the reduction.  And
12   I will hear the government's arguments about variance when it
13   does its sentencing allocution.
14             Okay.  So with that out of the way, let's make sure
15   we're kind of on the same page about what the parties agree on.
16   And then I'll deal with the eight level increase.
17             So the applicable guideline for count 1 for both
18   defendants is Section 2JI.2A, and that has a base level offense
19   of 14, and three levels are added because the offense involved
20   a substantial interference of justice.  And that would put us
21   at level 17, before any reductions for acceptance of
22   responsibility or any other increases.
23             With respect to the count 3 for Ms. Mooney-Rondon for
24   theft, that has a base offense level of six, with three levels
25   added because the offense involved an official victim, which
```

1   would put us at nine.

2          Does anyone dispute that that's our starting point

3   before we start discussing enhancements or reductions?

4          No objection?  Okay.

5          The government agrees that both defendants are

6   entitled to a three level reduction for acceptance of

7   responsibility.  And so that would mean that the total adjusted

8   offense level before considering the zero-point offender

9   reduction for Ms. Mooney-Rondon or this increase the government

10  is requesting would be 14 for the lead count, which is count 1.

11         So if I apply the zero-point offender reduction to

12  Ms. Mooney-Rondon, that would put her at 12.

13         MR. WIDMAN:  Your Honor, I believe it was 14 for the

14  base-level offense under 2J1.2A.

15         THE COURT:  Yes.

16         MR. WIDMAN:  Substantial interference with the

17  administration of justice takes us to 17, minus three points

18  for acceptance of responsibility is 14.

19         THE COURT:  Yes.

20         MR. WIDMAN:  And then minus two-points under 4C1.2 is

21  12.

22         THE COURT:  Yes.

23         MR. WIDMAN:  Thank you.

24         PROBATION OFFICER:  Your Honor, if I may.

25         THE COURT:  Yes.

1              PROBATION OFFICER:  Not addressing the eight levels

2    yet.  But if we go 14 plus 3, that puts us at 17.  The minus

3    two will come first, putting us at 15, which means that she's

4    only eligible for a two-level reduction, not a three-level

5    reduction.

6              THE COURT:  I see.

7              PROBATION OFFICER:  So I believe the total offense

8    would then be 17 minus two, should be at 13 instead of 12.

9              THE COURT:  Thirteen.  Okay.

10             MR. WIDMAN:  Thank you.

11             THE COURT:  Okay.  I knew I was doing something wrong.

12             Mr. Cooper, do you disagree with that?

13             MR. COOPER:  I accept the logic.

14             PROBATION OFFICER:  Of course, again, notwithstanding

15   the eight levels.  If the eight levels are included, then

16   she'll again get the three-level reduction instead of the

17   two-level reduction.

18             THE COURT:  Mr. Cooper, do you --

19             MR. COOPER:  Yeah, I agree.

20             THE COURT:  Okay.  And for Mr. Rondon, we're at then

21   14, correct?

22             MS. JACOB:  Correct, Your Honor.

23             THE COURT:  Okay.  So there's a dispute about whether

24   the eight-level increase applies.  I've read the parties'

25   positions.  Does anyone want to be heard about that before I

1   rule?

2            MR. WIDMAN:  No, Your Honor.

3            MR. COOPER:  No, Your Honor.

4            THE COURT:  Did you want to be heard?  Sure.

5            MS. JACOB:  Your Honor, I just have a couple points

6    about it.

7            THE COURT:  Okay.

8            MS. JACOB:  So again, this is another situation where

9    the plain text of the potential enhancement does not include

10   theft.  So it specifically says property damage, and everything

11   that the government argues about loss of use is logically a

12   continuation of the notion that property damage, of course,

13   creates a loss of use for whatever was damaged.

14            But the government is, I guess, trying to shift that

15   same logic to apply to theft, when it was clearly not the

16   intention of Congress to add that.  It's not in the plain text.

17            Your Honor, the other point that the government kind

18   of glossed over is that it is not -- regardless, there's no

19   proof that it was done -- that even if we accept the

20   government's logic, which we propose that it's not -- the plain

21   text should apply, it was not done in order to obstruct the

22   administration of justice.  Even the government in their

23   sentencing memorandum characterizes Mr. Rondon stealing the

24   hoods as wanting to leave with trophies.

25            So even they cannot now argue that they stole for the

1    purpose of obstructing justice.  The facts just don't support
2    it.  And so the government can't just -- you know, even though
3    we agreed to obstructing administration of justice for the
4    three level -- pursuant to the base offense or the 2J1.2 under
5    the plea agreement, they still have to do that same assessment
6    for any enhancement.

7         And Your Honor, just to -- just kind of a note about
8    the aiding and the laptop theft.  I understand that Mr. Rondon
9    agreed to a Statement of Offense in which he said that he
10   assisted in disconnecting cables and kind of put -- you know,
11   helping to put the laptop into that individual's bag.

12        But after reviewing the audio recording, not just the
13   written summary of the FBI interview, he's clearly speaking in
14   vague terms.  He's not sure.  He's not sure what he did.  He
15   says he thinks -- he thinks he did this, he thinks he did that.
16   But even assuming that he did, he said something very important
17   that I think is relevant to the obstructing the administration
18   of justice.

19        He mentioned to the FBI that the man that was trying
20   to put the laptop into his bag was aggressive and kind of --
21   you know, trying to get everybody to help him.  And Mr. Rondon,
22   being a 22-year-old man in that room with older people around
23   him, he told the FBI that he essentially felt afraid, that he
24   kind of had to, you know, comply with what this man was saying,
25   and that he was not in a position to sort of back down.  That

1  is not doing something in order to obstruct the administration

2  of justice.

3      Lastly, Your Honor, the government's arguing about

4  simply being around others who damaged property so they should

5  essentially be on the hook for it.  That also -- it cannot be

6  the case, because if that was the case then every single

7  January 6th defendant would get this enhancement, just simply

8  for being around others that caused property damage.

9      And the government has not cited to any support for

10  this; it's just kind of their own interpretation, and for those

11  reasons this eight-level enhancement should not apply.

12      THE COURT:  Okay.  I've also dealt with this issue

13  before as well.  And I don't think that this enhancement

14  applies here.  The language of the increase is about whether

15  defendants caused physical injury or property damage, and I

16  don't find that damage was caused here, as it's traditionally

17  understood.  The government relies on dictionary definitions,

18  which I'm using as well, for damage to be destruction or loss

19  in value, usefulness or ability resulting from an event, an

20  injury or harm, especially physical injury to a thing, such

21  that it impairs its value.

22      The definitions don't support, in my view, the

23  application of this increase to the defendant's conduct.

24      Certainly, taking something from someone, and in this

25  case taking property from the government's possession, yes,

1   it's out of the rightful owner's possession, but that does not

2   mean it's lost value or usefulness or been harmed in a way that

3   impairs its value.  And I think, just from our common knowledge

4   of criminal offenses, there's a distinction between theft of

5   property and destruction of property for that reason.

6        In looking at the cases cited by the government, most

7   of those citations where this has applied has concerned

8   defendants who engaged in, threatened or organized physical

9   violence for the purpose of obstructing justice, which involve

10  a straightforward application of this increase.  I don't think

11  that those cases suggest that the enhancement apply here, where

12  the defendants did not damage or cause any injury to the stolen

13  objects, let alone another person.

14       Similarly, with respect to the aiding and abetting

15  argument, I understand the government to be suggesting that

16  because the defendants aided and abetted other rioters in

17  Speaker Pelosi's office, who did damage the Speaker's office,

18  or the Speaker at the time, including several pieces of office

19  equipment, furniture, fixtures and decorations, that they

20  should be entitled to this increase.

21       But I don't believe that I have the record before me

22  to make the factual findings to apply such a dramatic increase.

23  I don't think that the government has demonstrated that the

24  defendants had the specific and requisite intent to aid and

25  abet other rioters in destroying property for the purpose of

1   retaliating or intimidating.

2           So again, I'm not minimizing what occurred on

3   January 6th.  I'm not suggesting that it did not involve the

4   administration of justice.  It's my view and has been my

5   consistent view that it did.  And I'm not making a finding or

6   suggesting that defendants were not involved in obstructing the

7   administration of justice, because their guilty pleas and/or

8   stipulated trial verdicts would say otherwise.  But I don't

9   find it applies here, for the reasons I've stated.

10          So with that being said then, Ms. Mooney-Rondon's base

11  offense level is 13 and Mr. Rondon's is 14.  Is that everyone's

12  understanding based on my -- over the government's objection

13  but based on my calculations?

14          MR. COOPER:  Yes, Your Honor.

15          MR. KRAMER:  Yes.

16          THE COURT:  I don't think there's any dispute about

17  criminal history category.  Ms. Mooney-Rondon has zero prior

18  convictions and she has a score of one, and Mr. Rondon has one

19  conviction that receives criminal history points.  He has a

20  point subtotal of three.  So that would put him in category

21  two.

22          Is that the government's understanding?

23          MR. WIDMAN:  Yes, Your Honor.  Three criminal history

24  points for Mr. Rondon, zero for Ms. Mooney-Rondon.

25          THE COURT:  Is that your understanding too, Ms. Jacob?

1            MS. JACOB:  Yes.

2            THE COURT:  Mr. Cooper, do I have that correct?

3            MR. COOPER:  With respect to Ms. Rondon, yes.

4            THE COURT:  All right.  So then that would make

5    Ms. Mooney-Rondon's guideline range for count 1 to be 12 to

6    18 months, and Mr. Rondon's range would be 18 to 24 months.

7            Any objection?

8            MS. JACOB:  No, Your Honor.

9            MR. COOPER:  No, Your Honor.  That's my calculation

10   too.

11           THE COURT:  Okay.  I will deal with variances because

12   both parties have requested variances.  You can talk about that

13   in your allocutions.

14           So with respect to the statutes that are applicable

15   here for the 1512(c)(2) charge, that carries a statutory

16   maximum of 20 years imprisonment.  It considers a probationary

17   term of one to five years, although the guidelines don't

18   recommend such a term.  And if a term of imprisonment is

19   imposed, the statute provides that defendants would face a

20   supervised release range of not more than three years.  And

21   under the guidelines, that range is one to three years.

22           The statute of conviction sets a maximum fine of up to

23   250,000 and a special assessment of $100 per count is

24   mandatory.

25           For the theft of government property charge, that

1   carries a statutory maximum of one year and considers a

2   probationary term of up to five years.  And if a term of

3   imprisonment is imposed, the statute provides for a supervised

4   release range of not more than one year.

5          And the maximum fine is $100,000.  And a special

6   assessment of $25 is mandatory.

7          Okay.  So before I hear from the parties, I did say I

8   would share the probation office's recommended disposition in

9   the case.  As to Ms. Mooney-Rondon, the probation office has

10  recommended 18 months of incarceration as to count 1, 12 months

11  as to count 3, to be served concurrently.  So that would be a

12  total of 18 months.  Three years of supervised release as to

13  count 1, 12 months of supervised release as to count 3.  Again,

14  served concurrently for a total of three years of supervised

15  release.  And then the restitution in the amount of $3,657.51.

16  And then the $125 special assessment.

17         For Mr. Rondon the probation office has recommended a

18  sentence of 21 months of incarceration, three years of

19  supervised release, $2,000 in restitution and a $100 special

20  assessment, which is mandatory.

21         Those recommendations, just so Mr. Rondon and

22  Ms. Mooney-Rondon are aware, are based only on the facts that

23  are in the presentence report and not on any information that

24  the parties don't already have.

25         Okay.  So now I'd like to give the parties an

```
 1   opportunity to address the Court.  I'll hear from the
 2   government first, and then I'll hear from Mr. Cooper.  And then
 3   Ms. Mooney-Rondon, if you'd like to speak, I'll hear from you.
 4   And then I'll hear from whoever is speaking for Mr. Rondon.
 5   And then, Mr. Rondon, if you'd like to speak, I'll hear from
 6   you.
 7            I'll start with you Mr. Widman.
 8            MR. WIDMAN:  Thank you, Your Honor.  The government's
 9   sentencing materials already highlight aggravating and
10   mitigating factors in this case.  And the Court has read those
11   materials.  The Court's familiar with the facts.
12            Mr. Cooper is right.  There is a spectrum of conduct
13   in January 6thcases.  Estimated about 10,000 people had
14   gathered to attend a speech at the Ellipse.  Government
15   estimates somewhere around 2,000 people either entered the
16   Capitol or engaged in some other unlawful conduct at the
17   Capitol on January 6th.
18            And as you get narrower within that category, you're
19   talking about hundreds of people, maybe even dozens of people,
20   who engaged in conduct like Mr. Rondon and Ms. Mooney-Rondon.
21   Specifically, going to two sensitive areas, including the
22   Speaker of the House's office suite and the Senate Gallery.
23   There are some January 6 defendants who did one, went to one
24   sensitive area but not multiple.
25            Additionally, you have criminal conduct that occurred
```

in each of those sensitive areas.  First, with respect to the Speaker's office suite, where both Ms. Mooney-Rondon and Mr. Rondon assisted an unknown male in the theft of a laptop computer that belonged to the Speaker's office suite for use by the Speaker of the House and staff.  The government cannot understate the seriousness of the sensitivity of information, data, that could be contained on a laptop computer like that.

In the second sensitive area, the Senate Gallery, another theft occurred, this time by Mr. Rondon and Ms. Mooney-Rondon.  They stole escape hoods and the satchel carrying bags that were for use of Members of Congress and staff during a chemical attack or an emergency.  Also cannot understate the seriousness of that offense where the hoods were discarded, never recovered, and the bags, themselves, were kept as trophies and recovered upon a search of the defendants' residence.

I would argue that an upward variance is appropriate in this case, given the seriousness of the conduct.  Earlier, the government suggested two levels would be appropriate to offset the 4C1.1 reduction.  I'll note that Mr. Rondon, prior to our last hearing, had had six sentencing settings and Ms. Mooney-Rondon had had three.  At none of those prior sentencing settings would the Court have been able to consider a 4C1.1 adjustment.

So I think offsetting that with a two-level upward

1  variance would be appropriate.  And if Ms. Mooney-Rondon gets

2  it, then I think Mr. Rondon should also get it, for the same

3  reasons, because they engaged in the exact same conduct.

4        There are a few exhibits that I would like to show

5  during my allocution.

6        THE COURT:  Sure.

7        MR. WIDMAN:  And I'll give a brief recitation of the

8  facts.  Like I said, the Court is well familiar with the facts

9  of this case.  But again, the seriousness of this conduct can't

10 be understated and reflects a narrow subset of January 6

11 defendants.

12       Mr. Rondon and Ms. Mooney-Rondon entered the Capitol

13 building through the breached Senate wing door at approximately

14 2:23 pm.  This was less than 10 minutes after that initial

15 breach occurred, and this was the first breach that occurred of

16 the U.S. Capitol building on January 6th.

17       Ms. Mooney-Rondon later told FBI investigators that

18 she knew Congress was in session, certifying the Electoral

19 College vote, prior to her entry.  And yet she chose to enter

20 anyway, knowing her actions would be obstructive.

21       Mr. Rondon later told investigators that he

22 specifically decided not to drive his vehicle into the District

23 of Columbia and instead took the train because, quote, anybody

24 who brought their car into D.C. and you planned on doing that,

25 end quote, meaning unlawfully entering the U.S. Capitol

1    building, quote, you're a big fucking idiot.  There's cameras

2    riddled throughout D.C., end quote.

3            And Mr. Rondon is correct.  From the minute they

4    entered the U.S. Capitol building their movements were captured

5    on closed-circuit video.  Mr. Rondon and Ms. Mooney-Rondon

6    first traveled together to the Speaker of the House of

7    Representative's office suite, where they encouraged and

8    assisted an unidentified male in the theft of a laptop

9    computer.

10           I'll show the Court a brief clip from government's

11   Exhibit 3.  This was an exhibit that was submitted in

12   conjunction with the government's sentencing memo in this case.

13   This is a brief clip.  I am starting government's sentencing

14   Exhibit 3 at time code 12:23.  And I am going to play the clip

15   until 13 minutes.

16           The Court will note at the bottom of the screen

17   Mr. Rondon and Ms. Mooney-Rondon entering a hallway that leads

18   to the Speaker's office suite.  The defendants are smiling,

19   joking, checking out the elevator.  They appear to be casually

20   engaged with other rioters and going wherever they please.

21           Mr. Rondon later told the FBI that he recognized

22   Speaker Pelosi's name on a sign above a door in the office

23   suite.  He certainly knew where he was.

24           (Video played.)

25           I'll play another exhibit.  Once Mr. Rondon and

1   Ms. Mooney-Rondon entered the office suite, they were captured

2   on video by another January 6th defendant.  And I'll start the

3   video at time code 00 and play the video in its entirety.  I'll

4   direct the Court to note that the video starts with Mr. Rondon

5   posing for a picture while sitting on the Speaker of the

6   House's conference table while Ms. Mooney-Rondon takes his

7   picture.

8        (Video played.)

9        MR. WIDMAN:  At time code 22 seconds, Maryann

10  Mooney-Rondon tells an unidentified male, who's tampering with

11  a laptop computer, quote, it would be interesting to know

12  what's on that hard drive, end quote.

13       (Video played.)

14       MR. WIDMAN:  At time code 26 seconds, Mr. Rondon tells

15  the unknown male, quote, just do it without no fingerprints

16  there, end quote.

17       (Video played.)

18       MR. WIDMAN:  I'll now play for the Court Exhibit 5

19  from the government's sentencing materials.  I will start the

20  video at time code 00 and play the clip in its entirety.  This

21  is also a video which was recovered from the device of another

22  rioter on January 6th.

23       Heeding Mr. Rondon's warning, Ms. Mooney-Rondon

24  provides her gloves to the unidentified male, so that he does

25  not leave behind fingerprint evidence on the device, which is

1   consistent with her latter admission to the FBI.

2       (Video played.)

3       MR. WIDMAN:  Ms. Mooney-Rondon further told the FBI

4   agents later that she was concerned about cables being removed

5   from the laptop because it could cause the device to lose data,

6   ostensibly because the unidentified male wouldn't later be able

7   to exploit any sensitive information that was possibly

8   contained on the laptop computer.

9       At this point, I'd like to direct the Court to

10  Government's Exhibit 3.  This is the same exhibit that I played

11  earlier.  I'm going to begin this time at time code 14:41.

12          (Video played.)

13      MR. WIDMAN:  I'm also going to use a visual effect to

14  enhance the image, zooming in, and direct the Court to look at

15  the very top of the screen.  The Court will look for and see

16  Mr. Rondon and Ms. Mooney-Rondon exiting the conference room.

17  Ms. Mooney-Rondon and Mr. Rondon exiting the conference room.

18      I'll note that Mr. Rondon stays behind and has a

19  conversation with the unknown male.  The unknown male can be

20  seen going to the ground.  Mr. Rondon goes to the ground with

21  him.  They both appear to be manipulating an item inside the

22  unknown male's backpack.

23      Defense counsel has in papers and now in Court

24  disputed that Mr. Rondon manipulated the laptop, removing

25  cables.  The government would contend that this moment here on

1   closed-circuit video in Government's Exhibit 3 shows Mr. Rondon

2   assisting the unknown male with the laptop computer in the

3   unknown male's backpack.  I'll stop the video at 15:30.

4         The laptop that was stolen from the Speaker's office

5   suite was never recovered.  And as I said on the record

6   earlier, it was a total loss of $1,187.

7         Mr. Rondon and Ms. Mooney-Rondon continued through the

8   Speaker's office suite.  Ms. Mooney-Rondon later told FBI

9   agents that there she observed rioters breaking glass and

10  looking through the contents of office desks in the Speaker's

11  office suite.

12        I'll now play a short clip from Government's

13  Exhibit 6.

14     (Video played.)

15     MR. WIDMAN:  And I'll begin at time code 8:18 and I

16  will stop the clip at nine minutes.

17     (Video played.)

18     MR. WIDMAN:  In this video, which was also recovered

19  from another January 6th rioter's device, Mr. Rondon appears

20  calm.  He does not appear to be under duress after assisting

21  the unknown male from stealing a laptop computer.  Mr. Rondon

22  continued to explore the office suite.  He's shown in this

23  video rifling through a candy bowl and complaining about the

24  selection of candy available there for him to steal.

25        Also pictured in this video is a broken mirror clearly

1    visible in the Speaker's office suit, showing property damage

2    done by other rioters.

3         At this point, Mr. Rondon and Ms. Mooney-Rondon travel

4    to the Senate Gallery overlooking the Senate Floor.  Senators

5    had been engaged in the election certification process less

6    than 30 minutes prior to their entry to the Gallery, and former

7    Vice President Mike Pence was presiding before the riot caused

8    proceedings to recess.

9         Mr. Rondon and Ms. Mooney-Rondon were fully aware of

10   the official proceeding before entering and saw evidence of

11   their obstruction firsthand when they encountered an empty

12   Senate Chamber.  Mr. Rondon later told the FBI that he saw

13   rioters on the Senate dais.  Mr. Rondon told agents that he

14   wished he had taken video of the rioter on the dais because,

15   quote, that shit was fucking hilarious, end quote.

16        Ms. Mooney-Rondon told agents, quote, obviously, we

17   should not have been there, end quote.  However, she

18   characterized their presence in the Senate Gallery as, quote,

19   almost like we were there as a bunch of tourists, end quote.

20        After exiting the Senate Gallery, Mr. Rondon and

21   Ms. Mooney-Rondon stole CBRN escape hoods, which are filtering

22   respiratory protective devices, maintained for the protection

23   of senators and other members of Congress and staff from a

24   chemical attack, as well as the satchel bags for the storage of

25   those devices.

1          Mr. Rondon and Ms. Mooney-Rondon donned escaped hoods

2     and exited the Capitol building, where they remained on the

3     east stairs with hundreds of other rioters.  Both Mr. Rondon

4     and Ms. Mooney-Rondon admitted to stealing and wearing the

5     escape hoods.

6          I'll show the Court a short clip from Government's

7     Exhibit 10.  Government's Exhibit 10 is a closed-circuit video

8     from a camera that's positioned outside of the Senate Gallery,

9     where Mr. Rondon and Ms. Mooney-Rondon can be seen entering and

10    exiting.  I'll start the video at time code 3:25.

11         I'll direct the Court to the look at the bottom

12    left-hand corner of the video as it plays.  Mr. Rondon and

13    Ms. Mooney-Rondon can be seen donning the escape hoods.

14       (Video played.)

15         MR. WIDMAN:  Also shown in this video are the satchel

16    bags with orange straps, which Mr. Rondon and Ms. Mooney-Rondon

17    are the wearing across their bodies.  This video and the

18    positioning of the satchel bags that they're wearing is

19    consistent with photographs that were taken of the defendants

20    leaving and remaining on the front steps, wearing those same

21    devices.

22       (Video played.)

23         MR. WIDMAN:  Ms. Mooney-Rondon later admitted to the

24    FBI that she kept the satchel bag.  And, again, the government

25    contends that those bags were kept as souvenirs or mementos in

1   celebration of their participation in the riot.  These escape

2   hoods were never recovered and the satchel bags were useless

3   without the hoods.  Again, resulting in a total loss of $470.36

4   for the escape hoods.

5          I am stopping Government's Exhibit 10 at time code

6   4:22.

7          The government recognizes that the Court may certainly

8   consider mitigating factors in this case.  Mr. Rondon was

9   candid during his interview with FBI agents.  Ms. Mooney-Rondon

10  was mostly candid.  Mr. Rondon accepted a plea offer early and

11  Ms. Mooney-Rondon did the same, ultimately opting for a

12  stipulated bench trial.

13         Since Mr. Rondon's plea and Ms. Mooney-Rondon's

14  verdict, there have been no public statements or social media

15  that the government has seen that would be inconsistent with

16  their acceptance of responsibility.

17         And when we were calculating -- doing the defendants'

18  guidelines calculation, the government certainly agrees that

19  they should receive credit for acceptance of responsibility,

20  since both seemed genuinely interested in taking responsibility

21  for their actions.

22         However, I will say again and reiterate the very

23  seriousness of these offenses.  The obstruction of the official

24  proceeding, interrupting the certification of the Electoral

25  College vote.  The sacred peaceful transfer of power was not

1   peaceful on January 6th for the first time in over 100 years.

2          Mr. Rondon did not express remorse to agents during

3   his interview with the FBI.  In fact, he thought the attack on

4   the Capitol was funny.  He wished he had taken more video of

5   it.

6          Ms. Mooney-Rondon did express remorse.  However, she

7   told the FBI that a police officer had held the door open for

8   her to enter the U.S. Capitol building, which was clearly

9   false.  And when confronted by agents with closed-circuit

10  video, she admitted the door had not, in fact, been held open

11  for her.

12         A mob overwhelmed police officers on January 6th.

13  Hundreds of police officers were injured, and it takes

14  individuals to create a mob.

15         This attack on the Capitol would not have been

16  possible but for the defendants' participation.  And honestly,

17  Your Honor, this is one of the most serious cases of theft in

18  January 6th context that I've seen, with regards to the laptop

19  computer.

20         Mr. Rondon and Ms. Mooney-Rondon encouraged with their

21  words this unknown male and physically assisted him.

22  Ms. Mooney-Rondon by providing gloves and Mr. Rondon by

23  removing cables and helping him place the device in a backpack.

24         For these reasons, the government is asking for a

25  sentence that varies upward two levels for both Mr. Rondon and

1   Ms. Mooney-Rondon.  That would place Mr. Rondon in a guidelines

2   range -- offense level 17, 24 to 30 months, and

3   Ms. Mooney-Rondon at a level 15 at 18 to 24 months.

4        For Mr. Rondon, the government would ask for that

5   incarceratory sentence to run consecutive to the sentence

6   that's been imposed in the Northern District of New York.  For

7   both parties -- excuse me, for Mr. Rondon, the government would

8   further request three years of supervised release after the

9   incarceratory sentence and $2,000 of restitution, which was

10  agreed to by the parties in the plea agreement.

11       For Ms. Mooney-Rondon, who was found guilty at a

12  stipulated bench trial, we would also ask for three years of

13  supervised release following that period of incarceration,

14  $2,000 in restitution for damage to the U.S. Capitol building,

15  $1,187.15 in restitution for the stolen laptop computer,

16  $470.36 in restitution for the escape hoods and satchel bags.

17       Thank you, Your Honor.

18       THE COURT:  This might be a better question for

19  Mr. Rondon's counsel, but do you know anything about the

20  sentencing for the unregistered firearm charge and whether this

21  case came up or was considered in terms of sentencing in that

22  case?

23       MR. WIDMAN:  Your Honor, I have spoken with the

24  prosecutors in the Northern District of New York, and they let

25  me know that Judge Scullin there did not take into account

1  Mr. Rondon's charges here in the District of Columbia when

2  sentencing him, and likewise I don't think this Court should

3  take into account the firearms charge.

4          THE COURT:  Thank you.

5          MR. WIDMAN:  Thank you.

6          THE COURT:  So Mr. Cooper.

7          MR. COOPER:  Thank you, Your Honor.  Brief indulgence.

8          Brief indulgence, Your Honor.

9          THE COURT:  Sure.

10         MR. COOPER:  Thank you, Your Honor.

11         Your Honor, I'm not going to belabor the Court by

12 repeating, as I put in my sentencing memo, biographical

13 information that is in the PSR and also other things that I

14 wrote in any sentencing memo.  There's a couple of things that

15 I do want to touch on, though, and draw the Court's attention

16 to.

17         So with respect to sentencing disparities, I'd like to

18 start off there.  And as we discussed earlier, there's a vast

19 spectrum of people that were involved here on that day.  There

20 were people that came to overthrow the U.S. Government.

21 There's no two ways about it.  And there's people that didn't.

22         And so to sentence individuals convicted from

23 January 6th, painting them with the same brush I think, itself,

24 is a sentencing disparity in and of itself.  I think that --

25 and I would suggest to the Court that other courts certainly

1    that I've been involved with the January 6th matters have

2    viewed this in the same light that when thinking about

3    sentencing disparities, one has to start looking at the person

4    who's before the Court, not just what the guidelines say.

5           And so I will say to the Court that not that long ago

6    I was involved in a trial not four doors down from here that

7    involved a bunch of individuals -- a January 6th trial, that

8    involved a bunch of individuals that were organized, that came

9    here that day as a group.  They dressed as a group.  They acted

10   as a group.  They entered as a group.  They split up into two

11   distinct groups in the building, each with their own role on

12   what they were there to do that day.

13          In that matter, based on what the individual's

14   involvement was in those groups, that group, those two groups,

15   some people -- some defendants got some very, very significant

16   periods of incarceration.  At the same time some other

17   groups -- some other people in those groups placed on

18   probation.

19          Now, how does that work in terms of sentencing

20   disparities?  Because clearly, at that point, putting somebody

21   on probation, it's not unfair to say, is a massive variance,

22   but it's a variance that applies to the person that was before

23   the judge, and that person the judge was thinking about at that

24   time and moment as opposed to the other people in the group,

25   same group, that did something far more nefarious and far more

1    organized and far more -- I didn't think I'd ever use the word

2    "mens rea" after I left law school, but certainly displayed

3    much more mens rea to damage the republic than other people did

4    in that group.  So I think you have to look at the people

5    before you.

6         With that in mind, I was just looking at the videos

7    Mr. Widman displayed.  And as I'm watching -- again, I've

8    watched these things a hundred times -- Mr. Widman actually

9    quoted what was going through my mind right at the end of his

10   presentation.  I was thinking as I was watching it, I've seen

11   hundreds of hours of videos of people forcing the Senate

12   hallway, forcing down the hallway on the House side, breaking

13   through the doors, breaking through windows.  Actually,

14   physically engaged pushing on police officers.  In some

15   instances, striking police officers, being physically engaged,

16   pushing on barriers, pushing and pulling with police officers.

17        And when I looked at these -- the videos the

18   government just showed, well, with respect to Maryann Rondon,

19   there's none of that.  I know it sounds -- the government tried

20   to use that as a negative with her, that when she was

21   interviewed by the FBI that she made a comment about seeming

22   like a bunch of tourists.

23        And when I watched that, don't get me wrong, I'm not

24   trying to minimize what happened there that day because it was

25   a horrendous act.  There's no question.  But when you take

1   things into context about what some people did in that building

2   that day and what we just saw there, we did see a bunch of

3   people -- Mr. Widman is right -- joking, casually engaged,

4   wandering down the hallway, pointing into the office of the

5   Speaker of the House, laughing.

6   　　　　Now, while that's troubling, it's not violent.  It's

7   not destructive.  While it is disrespectful, that in and of

8   itself is not what I would term revolutionary behavior.  Yet,

9   it is sad to say, kind of fits, that they were acting like a

10  bunch of tourists.

11  　　　　Now, should that have been there?  No.  I'm not

12  backing down on that.  Absolutely not.

13  　　　　I understand the government and other courts' logic

14  that it takes a mob to riot.  And in order to have a mob, you

15  have to hit a critical mass of people.  And in order to hit a

16  critical mass of people, you have to engage or get people

17  involved, like Maryann Mooney-Rondon, peaceful people, peaceful

18  people that weren't there for that.  But just by the very

19  nature of the numbers, one thing led to another.

20  　　　　That's not to say that anybody in this room -- by

21  anybody I mean me and Ms. Mooney-Rondon, basically -- are

22  asking the Court just to turn a blind eye, essentially, and

23  allow Ms. Mooney-Rondon to walk away from this scot-free.  It's

24  not what we're asking you to do.  And certainly

25  Ms. Mooney-Rondon is not going to do that either.

1         But what we are going to ask you to do is look at

2    the -- I mean, the government is asking you to go above the

3    guidelines.  Probation is asking you to max her out on the

4    guidelines.  And I don't think either of those take into

5    account the nature of, certainly, the lack of violence, the

6    lack of destruction of property.

7         Again, while I'm not -- while it may be seen as

8    terribly disrespectful, Ms. Maryann Mooney-Rondon -- I've

9    struggled with that now for two years -- her co-defendants is

10   complaining about what kind of candy is in the bowl.  While it

11   might be disrespectful, these are not the actions of people who

12   are trying to destroy the republic.  These are not the actions

13   of people who are actively engaged in trying to undermine the

14   role of Congress there that day.

15        They may be acting foolish, but certainly that doesn't

16   portray -- and here I go again with the phrase -- the mens rea

17   of somebody like other individuals and groups of individuals

18   who organized that day to engage in what they engaged in.

19        I think the government made reference to initially

20   there were thousands and then there were hundreds and then

21   there were dozens.  What is notable here -- and, again,

22   thinking, again, back to sentencing disparities.  When I think

23   about how the courts have sentenced other individuals who were

24   engaged in the breaches, in the violent stuff, certainly, with

25   respect to my direct involvement, we've not been looking at two

 1    levels over the top of the guidelines or even the top of the

 2    relevant guidelines.  The courts have taken into account what

 3    the person actually did.

 4         And we may see bravado in the hallway.  We may see

 5    complaints over caramels.  And we may see people waving flags.

 6    But what we don't see with respect to Maryann Mooney-Rondon is

 7    any violence and anything destructive and anything to undermine

 8    directly, on her part, the obstruction of Congress that day.

 9    Even to the fact of seeing evidence in the Senate of where a

10    hearing may have been taking place.  By the time they were

11    there, that was done and over.

12         There is no allegation from the government that they

13    were part of the group of people that ended that hearing.

14    There is no allegation from the government that they were part

15    of the people that breached that building -- that building,

16    sorry, that room.  That hearing room.

17         They were there.  There was no question about that.

18    And Ms. Mooney-Rondon is deeply remorseful for being there that

19    day and being involved in what she was involved in.  But let's

20    put it in context, Your Honor.  What she wasn't involved in is

21    the abject violence and destruction that other people were that

22    day.

23         So I'm going to ask the Court to vary downwards.  The

24    bottom of my sentencing memo, I put in there that we think a

25    six-month period of home detention on each count, running

1    concurrently, is appropriate, followed by supervised release

2    with community service.

3        Again, we reiterate to the Court that she has no

4    criminal history.  She is a mother.  She is a wife.  She runs

5    her own business.  She's never been in any kind of trouble with

6    the law before.  And quite frankly, never will be again.

7        I think, as she said to me, her days of political

8    involvement are done.

9        And with that, I believe Ms. Mooney-Rondon wishes to

10   address the Court.

11       THE COURT:  Okay.  Can I ask you just one thing before

12   you sit down?

13       MR. COOPER:  Yeah.

14       THE COURT:  And that is, obviously, what's driving the

15   government's sentencing request has to do with the laptop.  And

16   I didn't hear you talk a lot about the laptop issue.  Do you

17   want to address that at all?

18       MR. COOPER:  I think this is an unusual situation in

19   that we stipulated that evidence could come in that could

20   support the government's theory.  We didn't stipulate that it

21   did support the government's theory.

22       Now, what does that mean?  That means that the

23   government is -- alleges that Ms. Mooney-Rondon handed gloves

24   to a guy so he didn't get fingerprints on the laptop.  It's our

25   position that that wasn't quite of her own volition, as the

1    government's trying to make it out to be.

2            Yeah, she was there.  She was involved.  She was there

3    at the table.  There was a guy with a laptop.  She makes an

4    offhand comment about, well, wouldn't it be nice to know what's

5    on that.  But she certainly didn't tell him to steal it.  And

6    she certainly didn't help him put it in his bag.  There's no

7    other discussion about that.  It just happens, and it's done.

8            Also, on the same vein, with respect to the escape

9    hoods, again, we maintain that while looking at it with 20/20

10   hindsight from here, it probably wasn't maybe terribly

11   reasonable to think there was anybody -- there's something else

12   I was going to say too -- there's anybody in the building that

13   was handing out such things and helping out the -- for want of

14   a better word, I'll use "rioters," for want of a -- a less --

15   different way of saying it.

16           Looking back at it, now it's probably not reasonable

17   to think, but at the time it wasn't felt that was being stolen,

18   those hoods were being stolen.  And the government has not

19   charged her with that anyway.

20           So I think it's appropriate for the government to say

21   to you, this is how you should view this laptop issue.  But I

22   don't think it's as cut and dried as it appears, and it's

23   certainly not something that Maryann Rondon is standing before

24   this Court and saying to you, yeah, I did that.  I helped that

25   guy do that and I admit to it.  The Court has made its findings

1  based on what the government presented.

2         THE COURT:  Okay.  All right.  Ms. Mooney-Rondon,

3  would you like to speak?

4         MS. MOONEY-RONDON:  Yes, please.

5         Good afternoon, Your Honor.

6         THE COURT:  Good afternoon.

7         MS. MOONEY-RONDON:  I stand in front of you, a humbled

8  woman.  I not only apologize to you for our involvement with

9  January 6, but also to my family, and most especially my son,

10 my daughter and my husband.  I was the adult in the room and I

11 failed.  We went to see a rally to see Trump speak for his last

12 time and our first time, with no intention of anything further

13 happening.

14        This situation has affected relationships with my

15 family, friends, colleagues and community members.  I have

16 brought embarrassment to my family.  I have lost friends.  I

17 have had to resign my volunteer positions on community boards,

18 as I do not want to bring undue scrutiny because of my

19 positions with those organizations.  I have had credit cards

20 canceled, not because of bad credit but because of the charges

21 brought against me because of January 6.

22        I am a mother, wife and sister.  I'm a small business

23 owner with responsibility not only to our clients but to our

24 employees.  I'm responsible for all financial decisions for

25 both my family and our business.  I ask for mercy.

1    Not just for me but especially for Rafael.  As I hope

2    you have learned, Rafael fell from six and a half stories in

3    May of 2017.  He flatlined twice, suffered injuries beyond

4    comprehension and is only here by the grace of God and some

5    amazing doctors.  We nearly lost him and the degree of

6    suffering he has been through is more than most people I hope

7    will ever know.

8    During the time since January 6, we have carried on

9    with our lives.  Rafael, through the mercy of the courts, was

10   allowed to move to Ft. Pierce Florida, where he completed

11   welding school, so that he will have a great path forward with

12   a career that will not only provide a good income but will be

13   able the help in the trades deficit when skilled tradesmen are

14   so desperately needed.

15   We also lost my mother February 9th of 2022.  My mom

16   was a guiding light on all of our lives and she is desperately

17   missed.  Five days later, my father-in-law passed.  We had one

18   funeral for my mother one Saturday, turned around, drove to

19   Ohio and celebrated my father-in-law's passing one week later.

20   Within just six months, we learned my mother-in-law Patricia

21   had stage four colon cancer, and she passed tragically in

22   January of this year.  Obviously, we have had a horrible year.

23   I hope that you have had time to read our letters of

24   support, as I believe they give you a good idea of who and what

25   we really are.  Please exercise whatever mercy on us that you

1    are allowed.  We never intended to be participants in what

2    transpired on January 6, and if we had it to do all over we

3    would have just stayed home and watched from the safety of our

4    living room.

5              Thank you for your consideration.

6              THE COURT:  Ms. Mooney-Rondon, I appreciate you taking

7    the time to prepare your remarks, but I had asked your lawyer

8    about the situation with the laptop.  Do you have anything you

9    want to say about kind of why you did those actions and why you

10   did what you did on the day?

11             MS. MOONEY-RONDON:  While I understand Mr. Widman's

12   position, I feel like in many -- not just my case but in many

13   of these cases they're cherry picking pictures and videotape

14   that shows us the way they want the courts to perceive us.

15             That was not the case that day.  The man that

16   ultimately took that laptop had other men in the room that were

17   dressed similarly that, frankly, did frighten us.  And his

18   video clearly showed there was broken glass and it was one of

19   the colleagues of that man that ultimately stole the laptop

20   that was breaking the glass.

21             So if that guy was getting, you know, break happy,

22   what was this guy doing to do?  So the easiest thing for us to

23   do was just go along with it.  I mean, we were scared.

24             THE COURT:  Okay.  Thank you.

25             MS. MOONEY-RONDON:  Thank you.

1           THE COURT:  Okay.  Who is speaking for Mr. Rondon?

2           MS. JACOB:  That would be me, Your Honor.

3       Your Honor, the line between obstruction cases and

4   misdemeanor cases is -- I have found has been pretty thin.

5   Especially in this case.  Here we have a young man who was

6   22 years old, who was with his mother, who did not show any

7   prior intent to stop the vote in any way.  He drove with his

8   mom the night before January 6, and he wore casual clothing.

9   He didn't have weapons or protective gear.

10          It was clear his intention was to attend Trump's

11  rally.  Had it not been for Trump's urging of his followers to

12  continue the protest outside the Capitol building, I believe

13  people like Mr. Rondon would never have gone there.

14          I think that this scenario can be distinguished from

15  those who did have a prior plan and who were at the Capitol

16  building, actually long before Trump's speech finished.  The

17  Court, I'm sure recalls, that the first breach was at

18  12:53 p.m. while Trump was still speaking.  And that was a

19  different kind of crowd, as Mr. Cooper was discussing.

20  Mr. Rondon and his mother fall into a completely different

21  category.  They finished the speech.  They were wearing casual

22  clothing.  They were clearly protesters at that point.

23          Now, what happened after that, from Mr. Rondon's

24  perspective, was that that was just going to be it.  That they

25  were going to go attend the rally, but then as crowds started

1   to form on the Capitol grounds -- at the time that he arrived,

2   those barriers had already been broken down, as the Court

3   already is very familiar with.

4          And Mr. Rondon was 22.  He was following a much older

5   crowd.  He did not confront officers or encourage anyone to

6   hurt members of Congress.  He walked through a door that was

7   open.  He wasn't let in but it is notable that it was not

8   manned by police at that time.

9          It was a time period where the Senate wing door -- at

10  certain times it was manned by police, but during this specific

11  time it was not.  He followed others that also walked through

12  that open door.

13         And Your Honor, the majority of what he did inside was

14  just sheer immaturity, poor judgment.  He had no -- it was

15  clear that he did not have a clear goal while he was inside.

16  He was aimlessly walking around, and, yes, he said some very

17  immature and uncalled-for comments.  But nonetheless, was

18  aimlessly walking around with his mother, watching others and

19  what they were doing.

20         The line here, and I think why this is an obstruction

21  case rather than a misdemeanor case, is that they entered the

22  Senate Gallery.  I think that's the line that the government

23  has been drawing.  I've had a lot of misdemeanor cases where

24  people entered the Speaker's lobby or other Speaker's

25  conference rooms, and they were still offered misdemeanor

1     pleas.

2          But I think the fact that they entered the -- the

3     simple fact that they entered the Senate Gallery is what the

4     line was from maximum one-year misdemeanor with very low

5     guideline range to a maximum 20-year serious felony.

6          Other than that, Your Honor, there really would be

7     nothing to distinguish his conduct from hundreds of

8     misdemeanants who came before him and who acted almost

9     identically, and regrettably said similar comments and behaved

10    similarly, Your Honor.  There was nothing particularly

11    intentional about Mr. Rondon's conduct.  And you can tell that

12    his age had an enormous influence.

13         He certainly didn't target the Senate Gallery, Your

14    Honor, or the Speaker's conference room.  I know that the

15    government kind of pinpointed that he was aware that it was

16    Nancy Pelosi's office.  Yeah, at the time.  But it's not like

17    he was walking around trying to look for Nancy Pelosi or her

18    office, which a lot of other people, unfortunately, were.

19         So I think that's notable. that He was aimlessly

20    walking around.  He didn't really know where he was going.  He

21    found himself in certain locations.

22         Your Honor, he was 22, and I'm going to emphasize that

23    a lot because it's the most important fact about this case.  It

24    is very likely that if Mr. Rondon did not go through what he

25    went through with his injury, with his horrible

1   life-threatening injury, that he would not be before this Court

2   today.

3        At a very young age he fell off a building and

4   miraculously survived after extensive surgery and

5   rehabilitation.  Had this not happened, he would likely have

6   gone on to higher education.  He would have been in college or

7   working and he would have been busy.  But because he was alone,

8   depressed, he became engaged in politics in a way that he

9   normally would not have.

10        And I think this is a common theme in these cases.  A

11   lot of the patterns that we see are young men who needed a

12   purpose, who, given the social media networks that were

13   strengthened during especially the pandemic -- he spent a lot

14   of time on YouTube, where he developed strong opinions about

15   the 2020 presidential election.

16        Had it not been for all that time he had recovering

17   from his injury, where he really didn't have a lot of social

18   contact with others, given the pandemic and his situation,

19   being physically deformed and being so self conscious to see

20   anybody.

21        He spent a lot of time listening to former President

22   Trump, other politicians at the time and other people who were

23   given a platform on YouTube and other social media platforms to

24   develop these strong opinions.

25        The fact remains that on January 6th he was a young

1  man following the influence of others, who he had no reason to

2  doubt.  And what I mean by that, Your Honor, is that the former

3  President Trump and other powerful politicians at that time --

4  if we can think of the most powerful and influential

5  politicians that we've listened to and try to put ourselves in

6  the shoes of somebody who really, truly believed in this man --

7  there would be no reason for a 22 year old who had been

8  isolated for two years, who other politicians backed, other

9  prominent leaders in the country backed, there would be no

10 reason for Mr. Rondon to doubt him.

11       And all of that is important, Your Honor, because

12 that's what brought him to January 6th, the combination of all

13 those things.  Otherwise, he would not have been there.

14       There's also an element, Your Honor, of wanting other

15 people to acknowledge your worth and value, which played a

16 large part in his political interest and his actions while

17 walking around the Capitol building.  Your Honor, if older

18 people are acting immaturely, the temptation of that sort of

19 mentality, it's real and it's there.

20       So I don't think you can take it in a vacuum that he

21 said those immature comments.  I think it was in conjunction

22 with actions of a lot of other people that day and kind of

23 falling into that temptation to engage.

24       Your Honor, courts have taken into account young age

25 at sentencing in many cases, and this is no different.  He just

1    did not have the life experience and wisdom he needed to stop

2    and think for himself.  And that should be treated differently

3    than people who should have known better.

4           After January 6th, I think it's also extremely

5    important and supports our recommendation in this case, he has

6    shown that he's matured.  He's now 25 years old.  Like the

7    government pointed out, completely stayed away from social

8    media.  He did a complete 180, which is very unusual in these

9    cases.  Usually we see that the same ideas and -- you know,

10   making excuses for their conduct and kind of standing behind

11   what they did on social media.  We don't have that here because

12   he was sincerely remorseful.  He completed a welding program.

13   So he used the time on pretrial services to actually better his

14   life and to really rehabilitate.

15          Your Honor, the honesty with the FBI, I agree with

16   Mr. Cooper, we shouldn't take that as a negative thing.  Of

17   course the statements were immature but he voluntarily gave

18   that interview.  I mean, that should be credited to him.  He

19   didn't have to speak to them.  That should be a point in his

20   favor.

21          Your Honor, that was shortly after January 6th, and so

22   the rush of what happened that day, it hadn't quite sunk in the

23   severity of his conduct yet.  I can tell the Court that if he

24   gave that same interview today, he wouldn't say comments like

25   that.

1        But what he did say was he basically incriminated

2   himself at every single point that day.  He basically gave the

3   FBI a map of where to look for him in the Capitol building.

4   Information that likely either wouldn't have been uncovered or

5   would have taken longer to be uncovered.  He was brutally

6   honest.

7        And Your Honor, the quote that the government picked

8   out from his interview about, you know, you'd be an idiot to

9   park near the Capitol building, that just doesn't represent his

10  intent at the time.  He's looking back at hindsight.  He --

11  unfortunately, we see in these cases these kind of, like,

12  braggadocious comments that it's not a reflection of what they

13  actually felt and meant at the time.

14        They parked outside because you can't park in the

15  city.  You can't park next to the Capitol building.  So they

16  parked so that they could take the Metro in, not because they

17  knew that they were going to break the law.

18        Your Honor, we stressed in our papers that he has this

19  14-month sentence for a conviction from New York for an

20  unregistered firearm.  And he's going to have to start that

21  sentence today.  He's prepared to self surrender.  We submit

22  that that is enough punishment, when considering the fact that

23  it was a regulatory offense.  And had it not been for the

24  January 6th investigation, the government likely would not have

25  uncovered that.  It was because of the search warrant executed

1    in the January 6th case, in this case, that Mr. Rondon actually

2    led them to that evidence.  Didn't hide it but led them to it.

3    Did not hide behind it and was completely straightforward.

4          Your Honor, I think the timing maters too.  We talked

5    about his mother's zero-point offender status and getting a

6    reduction for that.  Had Mr. Rondon been sentenced in this case

7    first before he was convicted of the New York case, he would

8    have also received that same reduction.  And I think that's

9    notable.  I think because that case went first, not only did he

10   not get that zero-point reduction but he got three criminal

11   history points that put him in category two, and that's why his

12   guidelines are higher.

13         But I think it's commendable that he took

14   responsibility for each case right away.  There was really not

15   much delay in it.  And with this case, he took responsibility

16   for a very serious -- arguably, one of the most -- besides the

17   Oath Keeper and the Proud Boy cases, the most serious

18   January 6th charge, which is the felony obstruction.

19         He's now a two-time felony, two felony convictions,

20   and I think that shouldn't be understated that that is a severe

21   punishment alone, in addition to the 14 months that he has to

22   serve.

23         The charge is currently being litigated.  We don't

24   know yet whether the Supreme Court is going to take that up.

25   But Mr. Rondon made the conscious and deliberate decision that

1    he was going to take responsibility for it anyways.  If there's

2    relief down the line with the Supreme Court, he will not be

3    able to get it.  He has waived all rights to be able to do so.

4          Your Honor, 14 months would actually be consistent, if

5    not higher, than sentences in past January 6th cases where

6    individuals pled to obstruction, engaged in far worse conduct.

7          I understand the government is trying to separate that

8    charge from this case.  But I just don't -- I don't think they

9    can be separated.  I think they happened together.  It was a

10   result of a search warrant.  It should be with the January 6th

11   investigation and it should be considered for purposes of this

12   case as well.

13         Especially in light of the fact that -- I don't have a

14   transcript, Your Honor, from Judge Scullin's sentencing, but I

15   think that there were specific recollections that from people

16   who were there that Judge Scullin did discuss this case, and I

17   think that it wouldn't be beyond the realm of possibility for a

18   district court judge to consider a pending January 6th case.  I

19   don't think that that would be unreasonable or uncommon in any

20   way.

21         Your Honor, I just want to -- with regards to case

22   comparisons, I know we highlighted that a lot in our sentencing

23   papers.  I just want to respond to the case that the government

24   highlighted in their memo, the Christian Secor case.  They

25   didn't have many comparisons but that was one that they said

1    was comparable.  I just think that's not correct.  The

2    guidelines in that case, first of all, were 51 to 63 months.

3    Here they're 18 to 24 months, with respect to Mr. Rondon.

4            And secondly, the government glosses over the most

5    crucial fact in the Secor case.  And that is that Secor

6    allegedly joined the push at the Rotunda east doors, which was

7    a significant -- one of the most significant breaches that day.

8    And violent.  Because what happened was there's -- I'm sure the

9    Court knows that there was people pushing from the inside to

10   try to get people in and then people pushing from the outside,

11   trying to get in, and officers being sandwiched in between.

12   Led to a lot of officer assaults.  So that fact alone, we just

13   cannot consider the Secor case.

14           I think the most comparable cases, in addition to the

15   ones already outlined, is the Debra Maimone case, and that was

16   a case that did start out as a felony charge but was pled down

17   to a misdemeanor.  And she also went in the Senate Gallery

18   around the same time, and actually also stole an escape hood.

19   She pled to misdemeanor theft.

20           And like Mr. Rondon, before January 6th she had no

21   criminal history and she accepted responsibility.  So she did

22   have some mitigating factors as well.  I think that's the most

23   comparable case, Your Honor, and she received a sentence of

24   home detention and probation.

25           Your Honor, as far as deterrence, I think that it's

1    clear from Mr. Rondon's last two years that he's not going to

2    repeat this conduct.  I think he's shown that.  He's focusing

3    on his welding career and he's done an excellent job in that so

4    far.  Not only has he completed the welding program and is now

5    certified, he's actually been working as a welder.  I think I

6    represented in our sentencing paper that he had to stop that

7    job because he was uncertain about what would happen today.

8         But because of the delays in sentencing, he's

9    actually -- he actually resumed that job and they know about

10   his situation and they are prepared to accept him back as an

11   employee, no matter the result here.

12        THE COURT:  But he has to serve his sentence in the

13   other case first, obviously.

14        MS. JACOB:  Yes, Your Honor.

15        THE COURT:  Okay.

16        MS. JACOB:  Your Honor, lastly, with regards to the

17   laptop, I addressed it a little bit when talking about the

18   guideline enhancements.  I think that he said -- he said, I

19   think I assisted.  I think I did this.  He wasn't sure.  But

20   the video evidence that this government has shown the Court

21   just doesn't -- it doesn't capture that.  And I don't see clear

22   evidence of him actually doing those things.  And so I just

23   wanted to address that quickly, Your Honor.

24        At a minimum, if the Court does think that a sentence

25   of incarceration is appropriate, we would ask that the Court

1    run that concurrently to his New York sentence.  He would also

2    request that if the Court does impose a sentence of

3    incarceration, to recommend that he be designated to the Ray

4    Brook facility in New York.  It's about two hours from his

5    residence and I believe it has a welding program.

6         THE COURT:  Is that where we's serving his other

7    sentence?

8         MS. JACOB:  Your Honor, that's a good question.  I

9    don't think he was ever designated.  The only instruction that

10   Judge Scullin gave was to turn himself in after this case here,

11   like in Marshal custody downstairs.

12        THE COURT:  I see.

13        MS. JACOB:  So I don't think he's ever been given a

14   designation, which leads me to believe that maybe the BOP will

15   rely on this recommendation, but I'm not really sure.

16        THE COURT:  In terms of your sentencing request, what

17   exactly are you asking for in terms of the format of how you're

18   asking?

19        MS. JACOB:  Mr. Rondon is respectfully asking the

20   Court to -- obviously, he'll serve his sentence beginning today

21   for the New York case, but following that sentence to be placed

22   on a period of probation with a sentence of home detention for

23   six months.  So that would be an additional punishment after

24   he's already served his New York sentence.

25             And, Your Honor, I think that Mr. Rondon, his father,

1  actually wants to speak on his behalf after Mr. Rondon makes a

2  statement to the Court, but I'm happy to answer any questions

3  that the Court has before that.

4          THE COURT:  Okay.  I'll hear from Mr. Rondon.  Just

5  one second.

6          Okay.

7          MS. JACOB:  Your Honor, my apologies.  Can I add one

8  thing that I forgot?

9          THE COURT:  Yes.

10          MS. JACOB:  The government did ask for an upward

11  variance of two points, but I don't know if that's appropriate

12  because -- for many reasons, but regardless of the reasons we

13  just discussed, he wasn't eligible for the two-point reduction.

14  So I don't think that should be considered as a variance for

15  him.

16          THE COURT:  Okay.

17          DEFENDANT RONDON:  Thank you for allowing me to speak,

18  Your Honor.  I regret me being here today in terms of

19  everything that happened that day and my actions, and going to

20  my comments with the FBI, just being so crass and

21  disrespectful.

22          I treated the situation very immaturely and it was not

23  representative of my current age at the time and the things

24  that I've had the face in life.

25          I've tried nothing but after all this has happened to

1    do the best I can for myself, gaining a career, gaining an

2    education and moving all the way across the country in order to

3    do so.  And it was extremely hard, the welding program was.  It

4    was extremely hot being in Florida and working with molten

5    metal.  It's not an enjoyable experience.  But I put in the

6    maximum amount of effort that I could every single day, even

7    showing up early and staying late and working a job, as well,

8    at the time.

9            So my schedule would usually be about a 16-hour day.

10   And that was having to wake up early in the morning, go to work

11   for eight hours and then continue my welding class for another

12   five.  That lasted for about 14 months, where I've graduated,

13   and additionally on top of that, I was certified in TIG

14   welding, and I continued on to pursue my career after that,

15   moving back up here, getting a job very shortly after doing so

16   and working until what I thought would be my final sentencing

17   date and surrendering date.

18           Through the welding class I met amazing people,

19   amazing friends, people I'd never forgot.  The professor that

20   was originally there at the time, he knew about my story.  I

21   was very forthright with him about what was going on in my

22   life, and he was there as a comfort to basically help me to

23   continue going on because there was a lot of days that I was in

24   that program when it seemed like there was little point to do

25   so.

1          But he assisted me.  Was there as a very important

2    rock in my life at that time.

3          Also, going through this program, meeting him and

4    meeting many other important people, I met my current

5    girlfriend, which I never would have expected for me to meet

6    anybody like that in life, especially going through the things

7    I was at the time.  I didn't think I was emotionally ready to

8    take something like that on.

9          And she knows about everything that's going on right

10   now and she's accepting of it, and I just got off the phone

11   with her before all this was going on, to talk to her for the

12   last time before who knows how long I'll be able to again.

13         I will never repeat something like this again in my

14   entire life.  I've made a stupid mistake.  I realize that.  And

15   I will continue to be the best person I possibly can for the

16   rest of my life, and I can guarantee you that, Your Honor.  And

17   thank you.

18         THE COURT:  Thank you.

19         MS. JACOB:  Your Honor, I should have said that his

20   father wishes to speak on both Ms. Mooney-Rondon and

21   Mr. Rondon's behalf.

22         THE COURT:  Okay.  He can come up.

23         CHRIS RONDON:  Good afternoon, Your Honor.

24         THE COURT:  Good afternoon.  Will you please say your

25   name for our record.

```
1              CHRIS RONDON:  Chris Rondon, R-O-N-D-O-N.

2              THE COURT:  You can go ahead.

3              CHRIS RONDON:  In reference to my wife, what this has

4    created, the outcome has been damaging to her community efforts

5    that she's done in the community for years, working with

6    daycare centers, working with the hospital and bringing in new

7    equipment and working on several other community organizations

8    and events.

9              As she's indicated and counsel has indicated, Your

10   Honor, is that we have two businesses and she's actually the

11   person that does all the financing and accounting for that.  In

12   addition to that, her -- she has a brother that is visually

13   impaired, and now, since my mother-in-law has passed away,

14   Maryann is the one that takes care of her brother and helps him

15   in his finances, helps him with going to doctor's appointments,

16   making other decisions, so, you know, he can have, so to speak,

17   a normal life.

18             So when -- I'm asking you in making decisions, I'm

19   asking you to take into consideration what they do for us and

20   so many other people and the businesses in our life, so we can

21   move forward, hopefully, in that direction.

22             Secondly, my son, Rafael, he did fall six and a half

23   stories.  That was traumatic.  Had 27 surgeries.  He shattered

24   his jaw in 27 places.  He's lost all his teeth.  He spent

25   two years in reconstructive surgery.
```

1          That I had the work with the University of Rochester,

2    and at that time they didn't know how to bill out those

3    procedures from a medical prospective.  And because my company,

4    one of them, we do medical billing, I was able to assist the

5    University of Rochester to get the entire restoration done, and

6    they reformatted their whole dental program to include people

7    to ensure people could get care and get reimbursed for that.

8          In reference to after his injuries and he was starting

9    to recover, we found the pathway to get him to welding school

10   because he, you know, initially went to pharmacy school at

11   Buffalo.  He was accepted there.  He fell.  And after his fall,

12   then we got him back on his feet at home, and then he got into

13   the welding program, which was -- in my opinion, it kind of

14   saved him.

15         And I know that he has to serve his sentence from New

16   York State.  I'm asking that you look at the Ray Brook

17   facility.  They provide welding.  I would hope that if he could

18   go there, he could advance -- get certified in addition to what

19   he already has.  And then number two is he could pursue his

20   education in engineering.  I know they have classes there as

21   well.  I think he could be a great mentor to people that are

22   going into welding, to help them in that program.

23         So I humbly ask you that if you could place him there,

24   that would be great.  He would only be two hours from the house

25   and I could visit him often.

1        THE COURT:  Thank you.

2        CHRIS RONDON:  Thank you.

3        THE COURT:  Okay.  Mr. Cooper, what is your position

4   on your client's ability to pay a fine?  The presentence report

5   says that she would be able to pay one.

6        MR. COOPER:  Brief indulgence, Your Honor.

7        Your Honor, I think rather than paying a fine, Your

8   Honor, I think what would be more useful, appropriate maybe,

9   would be some level of restitution.

10       THE COURT:  Definitely.  But I'm saying in addition to

11  restitution, what is your position on her ability to pay a

12  fine?

13       MR. COOPER:  I would say, given the amount that's

14  quoted for the restitution, I would ask the Court -- that's not

15  an insignificant amount of money, and I would ask the Court to

16  find that sufficient financial punitive arrangement at this

17  point in time.

18       THE COURT:  Because I don't believe the probation

19  department had information about her monthly income.  Do you

20  have that information, income versus expenses out?

21       MR. COOPER:  Brief indulgence, Your Honor.

22       THE COURT:  Mr. Widman, while Mr. Cooper is checking

23  on that, can I confirm the total amount of restitution you're

24  requesting, if you have that handy?

25       Go ahead, Mr. Cooper.  I'm just trying to be

1    efficient.

2         MR. COOPER:  Just a quick glance, we estimate probably

3    somewhere in the region of 2500 net a month, which is not a

4    great amount of money.

5         THE COURT:  Okay.

6         MR. WIDMAN:  And to answer Your Honor's question, for

7    Ms. Mooney-Rondon the government would be requesting $2,000 in

8    restitution for damage to the Capitol building.  And that was

9    the amount that Mr. Rondon agreed to in his plea agreement.

10         Additionally, for Ms. Mooney-Rondon, the government

11    will be requesting $1,187.15 in restitution for the laptop

12    computer, which was never recovered.

13         THE COURT:  Say that number again.

14         MR. WIDMAN:  $1,187.15.

15         THE COURT:  Okay.

16         MR. WIDMAN:  And $470.36 in restitution for the escape

17    hoods and satchel bags.  Both were a total loss.

18         THE COURT:  I think that's the total amount the

19    probation departement recommended, which is $3,657.51?

20         Yes.  Okay.  Just a minute here.

21         All right.  Anything further from any defense counsel?

22         MS. JACOB:  Your Honor, just something briefly about

23    the restitution.

24         THE COURT:  Yes.

25         MS. JACOB:  For Mr. Rondon, he has to pay $2,000 in

1     restitution.  We ask that the Court specifically waive interest

2     and have the restitution begin -- the obligation begin after

3     service of his sentence, as a condition of supervision.

4              THE COURT:  Okay.  Anything else from you or for

5     Ms. Mooney-Rondon, Mr. Cooper?

6              MR. COOPER:  Not at this moment.

7              THE COURT:  Okay.  So as everyone knows, I have to

8     consider the factors set forth in 3553(a), in addition to the

9     sentencing guidelines which we've calculated.  And the first

10    factor that I need to consider involves the nature and

11    circumstances of the offense.

12             And I will say, I found this case a bit difficult

13    because on one hand, what the government said about -- and what

14    I focused on with respect to this laptop is extremely

15    concerning.  Because whoever took this laptop, it was not -- at

16    least based on the video evidence that I've seen, not for any

17    financial gain, which would have been bad enough, but that's

18    usually why people steal things.

19             If it was really about getting sensitive information

20    from a government official, that is tremendously harmful and

21    can have widespread ramifications.  And I think that's what

22    makes this case hard, because on one hand, I have that.  On the

23    other hand, I'm not suggesting that I think Mr. Rondon or

24    Ms. Mooney-Rondon are criminal masterminds who went in to

25    engage in some sort of government espionage.

1          No offense.  I'm not suggesting that you two are
2     stupid or idiots but I think the behavior was extremely stupid.
3     Quite contrary.  I think you two are highly intelligent people.
4     But when I look at the video, it looks like very -- someone
5     said the word "immature" -- immature and juvenile behavior, and
6     specifically as it relates to this laptop, got quite serious.
7          I'm of the position that everything that happened on
8     January 6th is serious.  And as I see more and more videos,
9     they don't get any easier to watch and I'm always amazed that
10    that happened here in this country at our Capitol building so
11    close by.
12         So I think there's certainly a continuum of conduct.
13    I do consider the fact that there was no violence involved
14    here.  That's significant.  Where I've tended to give jail time
15    have been in the cases that have involved violence.  This is a
16    unique case because we have individuals who went into sensitive
17    areas in the Capitol, and I've had those cases before, but we
18    have this laptop overlay.  And the question is:  What do I make
19    of that as it relates to this case.
20         I think there's no doubt that the conduct interfered
21    with the administration of justice, which is why there is the
22    obstruction charge.  And I can't minimize the seriousness of
23    the offense.  Although, again, I do acknowledge that I don't
24    believe that these defendants were involved in any planning or
25    went in with the idea to take any sensitive government

1    information.  I just think that they were acting very stupidly.

2    And again, no offense.  I'm not calling either of you stupid

3    but I'm talking about your conduct.

4         And that's concerning to me.

5         On the other hand, I think there's a lot of positive

6    things to acknowledge about both of you.  It seems like this

7    conduct was, in fact, an outlier.  We have everything on the

8    record with regard to Ms. Mooney-Rondon.  She doesn't have a

9    criminal record.  She's married.  She has children, with

10   significant family and community support.  I've read the

11   letters of support.  She's employed.

12        And again, even after hearing from you, I'm still not

13   clear on what was going through your head this day or why you

14   engaged in this behavior, but I do feel pretty confident that

15   this was an outlier and is not something that would happen

16   again.

17        Mr. Rondon, similarly, you don't have an extensive

18   criminal history.  I understand that you're about to serve a

19   sentence that is somewhat adjacent to this offense, given that

20   it involves a weapon that you had that you weren't supposed to

21   have while a search warrant was being executed.

22        But you also have an education, an employment history

23   and community support.  I've also considered your medical

24   condition.  I acknowledge that you suffered some significant

25   injuries, although I also note that that post-dated the

1   January 6th offense, so they weren't serious enough to preclude
2   you from engaging in this conduct.
3        I also went back and looked at all of the release
4   reports.  Both defendants have been on release for a
5   significant period of time and have been compliant, which is
6   something that I consider.
7        I've already gone through the types of sentences when
8   I talked about the statutory maximums that are in play here,
9   and I've considered the guidelines ranges, which for these
10  offenses -- excuse me, just give me one minute.
11       I've also considered the guidelines ranges, which for
12  Ms. Mooney-Rondon are 12 to 18 and for Mr. Rondon are 18 to 24.
13       Again, I think this -- the reason this case is hard is
14  because I've been thinking a lot about what to make of the
15  laptop situation.  And there's not an exact science to this.
16  If I thought that these defendants, you know, as opposed to
17  being really immature and getting swept up in the moment were
18  conspiring to steal government secrets of some sort, I would
19  not even remotely consider the variance that counsel have
20  requested.
21       But given the background and what I've seen on the
22  video in terms of the immaturity of the behavior, I do think
23  that the guidelines range with the obstruction charge calls for
24  too severe a sentence in this case.
25       So I'm going to give you both a significant break

1   because of your histories, because of how I interpret the

2   behavior.  Again, not excusing it and not making light of it.

3   If I thought for a second that what you did was reflective of

4   what I think is an intent to distribute sensitive government

5   information beyond aberrant behavior and thinking you got swept

6   up in the moment, which is not excusable, I would not consider

7   this.

8           But I will put you on a period of home detention.  But

9   I will say this to both of you.  I'm going to fashion it as

10  home detention.  This is a variance.  So Mr. Cooper, I don't

11  want to get a motion in two weeks that there's a Christmas

12  party that Ms. Mooney-Rondon wants to attend.  This is home

13  detention.  She's confined to her house for the duration of the

14  time that I sentence.  There's not going to be a bunch of

15  visitors or anything.  It's home detention.

16          I'm just warning everyone now that this is not

17  probation, straight probation.  This is going to approximate

18  incarceration the best I can.  And again, the reason for the

19  variance is her history and what I understand from who's spoken

20  in court today about -- her husband, about the financial burden

21  to the family.

22          So Ms. Mooney-Rondon, I hope you understand that I'm

23  giving you a significant break here based on your history,

24  based on what I think is appropriate and what's not unduly

25  punitive.  But, again, I know the holidays are approaching and

1    I inevitably get motions from people asking to go to this thing

2    and the other.

3           Okay.  So I will pronounce the sentence to be imposed.

4           So Ms. Mooney-Rondon, it's the judgment of the Court

5    that you are sentenced to a term of five years of probation.

6    You will serve the first 12 months of that term of probation on

7    home detention.  That means you are confined to your house 24/7

8    for all purposes.  You're essentially incarcerated at home.

9           And you can talk to your probation or supervision

10   officer about whether or not there's a day for visitors, but,

11   again, this is not home party; it's home detention.  But it

12   will allow you to run your business and to provide financial

13   support for your family.

14          I will order the restitution in the amount of

15   $3,657.51.  And I will order that in the five years probation

16   period, that Ms. Rondon pay a fine in addition to the

17   restitution amount of $7,500.

18          PROBATION OFFICER:  Your Honor, if I may.

19          THE COURT:  Yes.

20          PROBATION OFFICER:  For clarity purposes, are you

21   ordering home detention or home incarceration?

22          THE COURT:  Home incarceration.  I always get those --

23   home incarceration is the more restrictive one?

24          PROBATION OFFICER:  Yes.

25          THE COURT:  Yes, home incarceration.  I'm sorry.  Home

1    incarceration.  Home detention is electronic monitoring with a

2    curfew; this is home incarceration.

3          And the reason for the additional fine, again, is

4    given the nature of the offense, it's a guideline-compliant

5    fine.  It's on the low end of the guideline range and you have

6    five years to pay this amount in addition to the restitution.

7          I also must order a special assessment of $125 --

8    actually, it's a below-guideline fine range, but based on what

9    your representation about your financial history is what I

10   think is appropriate.

11         And I also have to order the $125 special assessment,

12   which is mandatory.

13         Ms. Mooney-Rondon, while on -- just give me a minute

14   here.

15         While on your five-year probationary period, you are

16   required to abide by all the mandatory conditions, as well as

17   the discretionary conditions of probation that are in part D of

18   your presentence report.

19         Mr. Cooper, I'm incorporating that by reference.  You

20   understand what I'm talking about when I refer to part D?

21         MR. COOPER:  Yes, Your Honor.

22         THE COURT:  Okay.  The mandatory conditions, I'm not

23   going to list them all because they're incorporated in the

24   presentence report that you've reviewed and that I'm

25   incorporating by hereby reference, but they include that you

1    can't commit other crimes, that you can't possess controlled

2    substances and that you have to submit to drug testing as

3    required by your probation officer.

4            I've already indicated the restitution and the fine

5    amount.

6            Am I correct, Mr. Widman, that she has to pay to the

7    Architect of the Capitol for one portion of it and then the

8    office of the Speaker of the House for another, or how does

9    that work?

10            MR. WIDMAN:  That's correct, Your Honor.  So the

11   victim for the $2,000 would be the Architect of the Capitol, as

12   well as the $470 for the escape hoods.  And then the laptop

13   restitution would go to the Office of the Speaker.

14            THE COURT:  So for the Architect of the Capitol, the

15   amount that you have to pay is $2,470.36.  And for the Office

16   of the Speaker of the House, the amount you have to pay is

17   $1,187.15.  After you serve the period of home incarceration,

18   you're also required to do, for the remaining four years of

19   your probation, 350 hours of community service.

20            I will require that you pay the financial obligations

21   at a rate of at least $300 per month until the obligation is

22   paid in full.

23            Further, you must provide the probation officer access

24   to any requested financial information, and authorize the

25   release of any financial information.  And the Probation Office

1    is permitted to share that information with the U.S. Attorney's

2    Office.

3            Because of the financial obligations, you cannot incur

4    new credit charges or open additional lines of credit without

5    approval from your probation officer.

6            The financial obligations that I outlined, they're

7    immediately due payable, although I gave you the payment

8    schedule.  And for the special assessment of $150, that's

9    immediately due.  Within 30 days of any change of address, you

10   need to notify the clerk of the court of that change until the

11   financial obligation is paid in full.

12           I also authorize the Probation Office to release the

13   presentence investigation report to all appropriate agencies,

14   which includes the U.S. Probation Office in your approved

15   district of residence.

16           I'll advise both parties about their rights to appeal

17   at the same time.

18           Okay.  So Mr. Rondon, I will sentence you to

19   five years of probation.  This is all consecutive to the

20   sentence that you're serving in New York.  You will serve the

21   first 18 months of that sentence on home incarceration, which

22   you've heard what that means.  It is essentially you are in

23   jail but at home.  And again, I'm making that variance for the

24   reasons I stated before, because of your record, because what

25   I've made of the nature of the offense in terms of it being

1    aberrant behavior.

2          You are sentenced also to pay $2,000 in restitution

3    and a $100 special assessment to the clerk of this court for

4    your felony conviction.

5          Okay.  Similarly, you are ordered to abide by all the

6    mandatory conditions, as well as the discretionary conditions

7    that are recommended by the probation office in part D, which

8    is the sentencing options of the presentence report.  And

9    again, I won't list them all because I'm incorporating them

10   here by reference, but they include not committing any federal,

11   state or local offense or unlawfully processing a controlled

12   substance and the mandatory drug testing that I've already gone

13   over with Ms. Mooney-Rondon.

14         You are ordered to pay your financial obligation.  I

15   will waive interest.  I find that you don't have the ability to

16   pay a fine in addition to restitution, and we will specify that

17   you do not have to begin paying on your restitution until after

18   you serve your sentence.

19         Once you do get released from custody, you'll have to

20   report to the probation office in your district, which I'll

21   talk about transfer in just a minute, within --

22         Is it 48 hours that they have to report?

23         PROBATION OFFICER:  Seventy-two.

24         THE COURT:  Seventy-two hours upon being released.

25         In terms of a payment schedule, I'll order that you

1    pay at least $50 a month after your release while you're

2    serving your term of probation.  I'll also order you to

3    complete 350 hours of community service.

4            You similarly must provide the Probation Office with

5    access to any requested financial information and authorize the

6    release of your financial information, and the Probation Office

7    can share financial information with the U.S. Attorney's

8    Office.

9            You similarly cannot incur new credit charges or open

10   additional lines of credit without the approval of your

11   probation officer.

12           With respect to both defendants, if I haven't said

13   this, I do authorize the Probation Office to release the

14   presentence investigation report to all appropriate agencies.

15           I know everyone's who's made objections to any

16   guidelines calculations or the sentence, those are on the

17   record, but are there any objections to the sentence imposed

18   that are not already on the record for the government?

19           MR. WIDMAN:  No, Your Honor.

20           I just want to clarify with regards to

21   Ms. Mooney-Rondon.  It's five years probation followed by how

22   many months of home incarceration?

23           THE COURT:  She serves 12 months of home incarceration

24   at the beginning of the probation, the first 12 months of it.

25           MR. WIDMAN:  Understood.  No objection.

```
 1            THE COURT:  Any --
 2            MR. COOPER:  Not an objection per se, Your Honor, but
 3   I would just ask the Court to reconsider and impose six months
 4   of home incarceration followed by six months of home
 5   confinement, so there's actually a difference in the level of
 6   conditions.  I don't think that would necessarily change
 7   Ms. Mooney-Rondon's personal circumstances, but I'm assuming
 8   that home incarceration has some other restrictions on the
 9   people that can come and go from the residence.
10            THE COURT:  Yes.
11            MR. COOPER:  And so I would ask for that restriction
12   to be lightened for the second half of that period.
13            THE COURT:  And what's the -- Mr. Cooper, honestly, I
14   feel like I've given a tremendous break because the
15   government -- she's in a probation -- she's not even in a
16   probation box and I varied down.  And the reason I did that is
17   because of her history and the plea from her husband about how
18   she needs to run her business.  So I'm not inclined to adjust
19   what I think is a very lenient sentence for the circumstances.
20            MR. COOPER:  Very well.
21            THE COURT:  So she can talk to her probation officer
22   about what home incarceration looks like in terms of visits
23   with the outside world.  I don't think it's completely off
24   limits, but I want it to be incarceration for a reason.  I'm
25   just giving her a tremendous benefit of probation instead of
```

| | |
|---|---|
| 1 | sending her to a BOP facility. |
| 2 | MR. COOPER:  Very well. |
| 3 | THE COURT:  Okay.  Anything else? |
| 4 | MS. JACOB:  No objection to the sentence. |
| 5 | THE COURT:  Okay.  What district are the defendants |
| 6 | in? |
| 7 | MS. JACOB:  Northern District of New York. |
| 8 | THE COURT:  Is there any objection to me transferring |
| 9 | supervision to the Northern District of New York? |
| 10 | MS. JACOB:  No, Your Honor. |
| 11 | MR. COOPER:  No. |
| 12 | THE COURT:  From the government?  That just means the |
| 13 | probation office there supervises instead of here. |
| 14 | MR. WIDMAN:  No, Your Honor.  I think, typically, |
| 15 | other judges of this court have done that, but they've |
| 16 | maintained jurisdiction in case there's a violation. |
| 17 | THE COURT:  I'll maintain jurisdiction if any party |
| 18 | has an objection to me transferring it. |
| 19 | MR. WIDMAN:  The government would prefer that this |
| 20 | Court hear any kind of violation if one were to arise. |
| 21 | THE COURT:  Okay.  So I will transfer supervision to |
| 22 | the Northern District of New York. |
| 23 | Finally, I must inform both defendants that you have a |
| 24 | right to appeal your sentence to the D.C. Circuit under certain |
| 25 | circumstances.  And subject to what Mr. Rondon waived as part |

1    of his plea agreement, any notice of appeal must be filed

2    within 14 days of the entry of judgment or within 14 days of

3    the filing of a notice of appeal by the government.  And if

4    you're unable to afford the cost of an appeal, you may request

5    permission from the Court to file an appeal without cost to

6    you.  On appeal, you can also apply for court-appointed

7    counsel.

8            Any questions about the sentence or anything else we

9    need to deal with today?

10           MR. COOPER:  No, Your Honor.  Not from us.

11           MS. JACOB:  No, Your Honor.

12           MR. WIDMAN:  Your Honor, may I approach?

13           THE COURT:  Then for the government, for Mr. Rondon,

14   are you going to move to dismiss the remaining charges?

15           MR. WIDMAN:  Yes, Your Honor.  The government moves to

16   dismiss the remaining counts in the indictment for

17   Ms. Mooney-Rondon and for Mr. Rondon.

18           THE COURT:  Okay.

19           MR. WIDMAN:  The government would also make an oral

20   motion to the Court that the video exhibits presented in the

21   government's sentencing memorandum shared with the Court and

22   the defense be made publicly available.

23           THE COURT:  Yes.  That's granted.

24           PROBATION OFFICER:  Your Honor, with these cases,

25   Probation just likes to make the Court aware that because of

1   travel and especially with Ms. Mooney-Rondon going back to New

2   York, typically we would put the monitor on today.  But with

3   the Court's permission, we're going to allow her to return to

4   New York, get with her office, and it may take a day or two

5   before she gets set up.

6            THE COURT:  Sure.  That's not a problem.

7            Thank you.  Good luck to you both.

8      (Proceedings concluded at 4:17 PM)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, Stacy Johns, certify that the foregoing is an
accurate transcription of the proceedings in the
above-entitled matter.


/s/ Stacy Johns                Date: March 1, 2024

Stacy Johns, RPR
Official Court Reporter

CHRIS RONDON: [4]
60/23 61/1 61/3 63/2
DEFENDANT
MOONEY-RONDON:
[4] 4/8 4/13 4/18 4/21
DEFENDANT
RONDON: [5] 4/24 5/5
5/9 5/12 58/17
DEPUTY CLERK: [1]
2/8
MR. COOPER: [29]
2/16 5/22 5/25 6/14 8/5
10/11 10/13 15/13
15/19 16/3 20/14 21/3
21/9 35/7 35/10 41/13
41/18 63/6 63/13 63/21
64/2 65/6 71/21 76/2
76/11 76/20 77/2 77/11
78/10
MR. KRAMER: [2] 4/25
20/15
MR. WIDMAN: [37]
2/13 4/4 6/23 6/25 8/3
11/4 14/13 14/16 14/20
14/23 15/10 16/2 20/23
23/8 25/7 27/9 27/14
27/18 28/3 28/13 29/15
29/18 31/15 31/23
34/23 35/5 64/6 64/14
64/16 72/10 75/19
75/25 77/14 77/19
78/12 78/15 78/19
MS. JACOB: [24] 2/20
5/16 5/19 6/17 15/22
16/5 16/8 21/1 21/8
46/2 56/14 56/16 57/8
57/13 57/19 58/7 58/10
60/19 64/22 64/25 77/4
77/7 77/10 78/11
MS.
MOONEY-RONDON:
[4] 43/4 43/7 45/11
45/25
PROBATION
OFFICER: [11] 2/23
9/25 14/24 15/1 15/7
15/14 70/18 70/20
70/24 74/23 78/24
THE COURT: [102]

## $

$1,187 [1] 29/6
$1,187.15 [5] 7/9 34/15
64/11 64/14 72/17
$100 [3] 21/23 22/19
74/3
$100,000 [1] 22/5
$125 [3] 22/16 71/7
71/11
$125 special [2] 22/16
71/11
$150 [1] 73/8
$2,000 [7] 22/19 34/9
34/14 64/7 64/25 72/11
74/2
$2,470.36 [1] 72/15

$2.9 [1] 11/12
$2.9 million [1] 11/12
$25 [1] 22/6
$25 is [1] 22/6
$3,657.51 [3] 22/15
64/19 70/15
$300 [1] 72/21
$470 [1] 72/12
$470.36 [4] 7/12 32/3
34/16 64/16
$50 [1] 75/1
$50 a [1] 75/1
$7,500 [1] 70/17

## /

/s [1] 80/8

## 0

00 [2] 27/3 27/20

## 1

10 [3] 31/7 31/7 32/5
10 minutes [1] 25/14
10,000 [1] 23/13
100 [1] 11/12
100 years [1] 33/1
12 [5] 14/12 14/21 15/8
21/5 68/12
12 months [5] 22/10
22/13 70/6 75/23 75/24
12:23 [1] 26/14
12:53 p.m [1] 46/18
13 [2] 15/8 20/11
13 minutes [1] 26/15
1301 [1] 1/15
14 [7] 13/19 14/10
14/13 14/18 15/2 15/21
20/11
14 days [2] 78/2 78/2
14 months [3] 53/21
54/4 59/12
14-month [1] 52/19
14:41 [1] 28/11
15 [2] 15/3 34/3
1512 [2] 3/7 21/15
15:30 [1] 29/3
16-hour [1] 59/9
17 [5] 13/21 14/17 15/2
15/8 34/2
18 [7] 3/6 3/9 21/6 34/3
55/3 68/12 68/12
18 months [4] 21/6
22/10 22/12 73/21
180 [1] 51/8
1:21-cr-00722-JMC [1]
1/4

## 2

2,000 [1] 23/15
20 [1] 42/9
20 years [1] 21/16
20-year [1] 48/5
20/20 [1] 42/9
20001 [1] 1/23
20004 [1] 1/19
2010 [1] 11/23
2017 [1] 44/3
2020 [2] 11/10 49/15

2021 [1] 44/18
2023 [2] 1/5 6/10
2024 [1] 80/8
20530 [1] 1/15
21 months [1] 22/18
22 [3] 27/9 47/4 48/22
22 year [1] 50/7
22 years [1] 46/6
22-year-old [1] 17/22
24 [2] 34/2 68/12
24 months [3] 21/6
34/3 55/3
24/7 [1] 70/7
25 [1] 51/6
250,000 [1] 21/23
2500 [1] 64/3
26 [1] 27/14
27 [2] 61/23 61/24
29 [1] 1/5
2:00 [1] 1/5
2:23 [1] 25/14
2J1.2 [1] 17/4
2J1.2A [1] 14/14
2JI.2A [1] 13/18

## 3

30 days [1] 73/9
30 minutes [1] 30/6
30 months [1] 34/2
350 [1] 1/22
350 hours [2] 72/19
75/3
3553 [1] 65/8
3:25 [1] 31/10

## 4

400 [1] 1/22
48 hours [1] 74/22
4:17 [1] 79/8
4:22 [1] 32/6
4C1.1 [12] 7/1 7/4 7/5
7/13 7/23 10/3 11/6
11/22 12/13 12/21
24/20 24/24
4C1.2 [1] 14/20

## 5

51 [1] 55/2
5th [1] 1/22

## 6

625 [1] 1/18
63 months [1] 55/2
641 [2] 3/9 7/8
6th [34] 7/20 9/5 9/14
11/8 11/19 12/3 12/10
12/19 18/7 20/3 23/17
25/16 27/2 27/22 29/19
33/1 33/12 33/18 35/23
36/1 36/7 49/25 50/12
51/4 51/21 52/24 53/1
53/18 54/5 54/10 54/18
55/20 66/8 68/1
6thcases [1] 23/13

## 7

722 [1] 2/9

## 8

8:18 [1] 29/15

## 9

9th [1] 44/15

## A

A.J [1] 2/21
aberrant [2] 69/5 74/1
abet [1] 19/25
abetted [1] 19/16
abetting [3] 3/6 7/8
19/14
abide [2] 71/16 74/5
ability [5] 10/24 18/19
63/4 63/11 74/15
abject [1] 40/21
able [8] 24/23 28/6
44/13 54/3 54/3 60/12
62/4 63/5
about [73] 3/24 4/1
4/15 5/7 6/6 6/8 6/20
9/2 12/22 13/1 13/6
13/12 13/15 15/23
15/25 16/6 16/11 17/7
18/3 18/14 20/16 21/12
23/13 23/19 28/4 29/23
34/19 35/21 36/2 36/23
37/21 38/1 39/10 39/23
40/17 41/16 42/4 42/7
45/8 45/9 48/11 48/23
49/14 52/8 53/5 56/7
56/9 56/17 57/4 59/9
59/12 59/20 59/21 60/9
63/19 64/22 65/13
65/19 67/3 67/6 67/18
68/8 68/14 69/20 69/20
70/10 71/9 71/20 73/16
74/21 76/17 76/22 78/8
above [3] 26/22 39/2
80/5
above-entitled [1] 80/5
Absolutely [1] 38/12
accept [5] 6/2 7/18
15/13 16/19 56/10
acceptance [5] 13/21
14/6 14/18 32/16 32/19
accepted [3] 32/10
55/21 62/11
accepting [1] 60/10
access [2] 72/23 75/5
account [5] 34/25 35/3
39/5 40/2 50/24
accounting [1] 61/11
accurate [1] 80/4
acknowledge [4] 50/15
66/23 67/6 67/24
across [2] 31/17 59/2
act [3] 9/1 12/2 37/25
acted [2] 36/24 36/24
acting [4] 38/9 39/15
50/18 67/1
Action [1] 1/3
actions [8] 25/20 32/21
39/11 39/12 45/9 50/16
50/22 58/19
actively [1] 39/13

actually [18] 8/19 37/8
37/13 40/3 46/16 51/13
52/13 53/1 54/4 55/18
56/5 56/9 56/9 56/22
58/1 61/10 71/8 76/5
add [3] 10/11 16/16
58/7
added [2] 13/19 13/25
addition [10] 3/16
53/21 55/14 61/12
62/18 63/10 65/8 70/16
71/6 74/16
additional [4] 57/23
71/3 73/4 75/10
additionally [4] 7/10
23/25 59/13 64/10
address [5] 23/1 41/10
41/17 56/23 73/9
addressed [1] 56/17
addressing [1] 15/1
adequate [1] 5/14
adjacent [1] 67/19
adjust [1] 76/18
adjusted [1] 14/7
adjustment [5] 7/16
7/24 11/7 12/13 24/24
administration [8]
14/17 16/22 17/3 17/17
18/1 20/4 20/7 66/21
admission [1] 28/1
admit [1] 42/25
admitted [3] 31/4 31/23
33/10
adult [1] 43/10
advance [1] 62/18
advise [1] 73/16
affected [1] 43/14
affiliated [1] 11/14
afford [1] 78/4
afraid [1] 17/23
after [24] 3/8 17/12
25/14 29/20 30/20 34/8
37/2 46/23 49/4 51/4
51/21 57/10 57/23 58/1
58/25 59/14 59/15 62/8
62/11 65/2 67/12 72/17
74/17 75/1
afternoon [12] 2/13
2/15 2/16 2/19 2/20
2/22 2/23 2/25 43/5
43/6 60/23 60/24
again [34] 3/20 8/16
15/14 15/16 16/8 20/2
22/13 25/9 31/24 32/3
32/22 37/7 39/7 39/16
39/21 39/22 41/3 41/6
42/9 60/12 60/13 64/13
66/23 67/12 67/16
68/13 69/2 69/18 69/25
70/11 71/3 73/23 74/9
against [1] 43/21
age [4] 48/12 49/3
50/24 58/23
agencies [2] 73/13
75/14
agents [7] 28/4 29/9
30/13 30/16 32/9 33/2
33/9

**A**

aggravating [1] 23/9
aggressive [1] 17/20
ago [1] 36/5
agree [4] 13/5 13/15
15/19 51/15
agreed [5] 8/18 17/3
17/9 34/10 64/9
agreement [5] 3/21
17/5 34/10 64/9 78/1
agrees [2] 14/5 32/18
ahead [2] 61/2 63/25
aid [1] 19/24
aided [2] 2/5 19/16
aiding [3] 3/6 7/8 17/8
19/14
aimlessly [1] 47/16
47/18 48/19
all [26] 21/4 41/17 43/2
43/24 44/16 45/2 49/16
50/11 50/12 54/3 55/2
58/25 59/2 60/11 61/11
61/24 64/21 68/3 70/8
71/16 71/23 73/13
73/19 74/5 74/9 75/14
allegation [2] 40/12
40/14
allegedly [1] 55/6
alleges [1] 41/23
allocution [3] 9/5 13/13
25/5
allocutions [1] 21/13
allow [3] 38/23 70/12
79/3
allowed [2] 44/10 45/1
allowing [1] 58/17
almost [2] 30/19 48/8
alone [4] 19/13 49/7
53/21 55/12
along [1] 45/23
already [12] 3/17 22/24
23/9 47/2 47/3 55/15
57/24 62/19 68/7 72/4
74/12 75/18
also [39] 3/7 3/14 3/19
11/19 18/5 18/12 24/12
25/2 27/21 28/13 29/18
29/25 31/15 34/12
35/13 42/8 43/9 44/15
47/11 50/14 51/4 53/8
55/17 55/18 57/1 60/3
67/22 67/23 67/25 68/3
68/11 71/7 71/11 72/18
73/12 74/2 75/2 78/6
78/19
Alternatively [1] 7/18
although [4] 21/17
66/23 67/25 73/7
always [2] 66/9 70/22
am [7] 4/8 4/13 26/13
26/14 32/5 43/22 72/6
amazed [1] 66/9
amazing [3] 44/5 59/18
59/19
amendments [1] 7/1
AMERICA [2] 1/3 2/9
amount [14] 22/15 59/6

63/15 63/18 63/19 64/4
64/9 64/18 70/14 70/17
71/6 72/5 72/15 72/16
another [10] 16/8
19/13 24/9 26/25 27/2
27/21 29/19 38/19
59/11 72/8
answer [2] 58/2 64/6
any [44] 4/2 4/2 5/17
5/23 6/1 6/5 6/20 12/15
12/22 13/6 13/21 13/22
17/6 18/9 19/12 20/16
21/7 22/23 28/7 35/14
40/7 41/5 46/6 46/7
54/19 58/2 64/21 65/16
66/9 66/24 66/25 72/24
72/25 73/9 74/10 75/5
75/15 75/17 76/1 77/8
77/17 77/20 78/1 78/8
anybody [7] 25/23
38/20 38/21 42/11
42/12 49/20 60/6
anyone [3] 14/2 15/25
47/5
anything [12] 5/18 8/8
34/19 40/7 40/7 43/12
45/8 64/21 65/4 69/15
77/3 78/8
anyway [2] 25/20 42/19
anyways [1] 54/1
apologies [1] 58/7
apologize [1] 43/8
appeal [7] 73/16 77/24
78/1 78/3 78/4 78/5
78/6
appear [4] 8/12 26/19
28/21 29/20
appearance [1] 2/12
APPEARANCES [2]
1/12 2/1
appears [2] 29/19
42/22
applicable [3] 9/20
13/17 21/14
application [3] 13/6
18/23 19/10
applied [1] 19/7
applies [7] 6/22 12/13
13/2 15/24 18/14 20/9
36/22
apply [13] 3/24 7/4 7/5
9/17 11/7 12/19 14/11
16/15 16/21 18/11
19/11 19/22 78/6
appointed [1] 78/6
appointments [1]
61/15
appreciate [2] 9/19
45/6
approach [3] 2/11 6/23
78/12
approaching [1] 69/25
appropriate [13] 13/1
24/17 24/19 25/1 41/1
42/20 56/25 58/11 63/8
69/24 71/10 73/13
75/14
approval [2] 73/5 75/10

approved [1] 73/14
approximate [1] 69/17
approximately [1]
25/13
Architect [3] 72/7
72/11 72/14
are [59] 3/1 4/6 4/22
5/3 5/10 6/1 8/5 9/9
13/19 14/5 15/15 21/14
22/22 22/22 22/23
23/23 25/4 26/18 30/21
31/15 31/17 38/21 39/1
39/11 39/12 39/12
39/13 41/8 44/13 44/25
45/1 49/11 50/18 53/12
56/10 57/17 62/21
65/24 66/1 66/3 68/8
68/12 68/12 69/25 70/5
70/7 70/20 71/15 71/17
73/22 74/2 74/5 74/7
74/14 75/16 75/17
75/18 77/5 78/14
area [2] 23/24 24/8
areas [3] 23/21 24/1
66/17
arguably [1] 53/16
argue [5] 7/19 11/19
12/14 16/25 24/17
argued [1] 7/4
argues [1] 16/11
arguing [1] 18/3
argument [3] 9/20
12/18 19/15
arguments [3] 9/13
11/5 13/12
arise [1] 77/20
around [11] 17/22 18/4
18/8 23/15 44/18 47/16
47/18 48/17 48/20
50/17 55/18
arrangement [1] 63/16
arrangements [1]
10/23
arrived [1] 47/1
as [88]
ask [17] 4/22 5/20 6/19
34/4 34/12 39/1 40/23
41/11 43/25 56/25
58/10 62/23 63/14
63/15 65/1 76/3 76/11
asked [1] 45/7
asking [12] 33/24
38/22 38/24 39/2 39/3
57/17 57/18 57/19
61/18 61/19 62/16 70/1
aspect [2] 10/1 10/9
assaults [1] 55/12
assessment [9] 17/5
21/23 22/6 22/16 22/20
71/7 71/11 73/8 74/3
assist [1] 62/4
assisted [6] 17/10 24/3
26/8 33/21 56/19 60/1
assisting [2] 29/2
29/20
assuming [2] 17/16
76/7
attack [6] 11/8 11/24

24/12 30/24 38/3 38/5
attend [4] 23/14 46/10
46/25 69/12
attended [1] 12/3
attention [1] 35/15
attorney [1] 4/6
Attorney's [2] 73/1
75/7
attorneys [2] 4/23 5/4
audio [1] 17/12
authorize [4] 72/24
73/12 75/5 75/13
available [6] 6/16 6/16
29/24 78/22
Ave [1] 1/18
Avenue [1] 1/15
aware [5] 6/25 22/22
30/9 48/15 78/25
away [4] 38/23 51/7
53/14 61/13

**B**

back [9] 17/25 39/22
42/16 52/10 56/10
59/15 62/12 68/3 79/1
backed [2] 50/8 50/9
background [2] 6/5
68/21
backing [2] 8/25 38/12
backpack [3] 28/22
29/3 33/23
bad [2] 43/20 65/17
bag [4] 17/11 17/20
31/24 42/6
bags [10] 7/11 24/11
24/14 30/24 31/16
31/18 31/25 32/2 34/16
64/17
bankruptcy [1] 10/18
barriers [2] 37/16 47/2
base [5] 13/18 13/24
14/14 17/4 20/10
base-level [1] 14/14
based [12] 11/22 12/21
12/24 20/12 20/13
22/22 36/13 43/1 65/16
69/23 69/24 71/8
basically [4] 38/21
52/1 52/2 59/22
be [93]
became [1] 49/8
because [51] 6/18 9/17
9/22 13/19 13/25 18/6
19/16 20/7 21/11 25/3
25/23 28/5 28/6 30/14
36/20 37/24 43/18
43/20 43/20 43/25
48/23 49/7 50/11 51/11
52/14 52/16 52/25 53/9
55/8 56/7 56/8 58/12
59/23 62/3 62/10 63/18
65/13 65/15 65/22
66/16 68/14 69/1 69/1
71/23 73/3 73/24 73/24
74/9 76/14 76/17 78/25
becoming [2] 10/16
10/17
been [38] 6/25 10/3

70/6 19/2 20/4 24/23
30/5 30/17 32/14 33/10
33/15 34/6 36/1 38/11
39/25 40/10 41/5 44/6
46/4 46/11 47/2 47/23
49/6 49/7 49/16 50/7
50/13 52/4 52/23 53/6
56/5 57/13 61/4 65/17
66/15 68/4 68/5 68/14
before [34] 1/9 3/25 6/9
11/6 12/17 12/23 13/9
13/21 14/3 14/8 15/25
18/13 19/21 22/7 30/7
30/10 36/14 36/22 37/5
41/6 41/11 42/23 46/8
46/16 48/8 49/1 53/7
55/20 58/3 60/11 60/12
66/17 73/24 79/5
begin [5] 28/11 29/15
65/2 65/2 74/24
beginning [2] 57/20
75/24
behalf [5] 2/17 2/21
2/24 58/1 60/21
behaved [1] 48/9
behavior [8] 38/8 66/2
66/5 67/14 68/22 69/2
69/5 74/1
behind [4] 27/25 28/18
51/10 53/3
being [22] 3/4 17/22
18/4 18/8 20/10 28/4
37/15 40/18 40/19
42/17 42/18 49/19
49/19 53/23 55/11
58/18 58/20 59/4 67/21
68/17 73/25 74/24
belabor [1] 35/11
believe [14] 6/15 6/17
11/5 11/25 14/13 15/7
19/21 41/9 44/24 46/12
57/5 57/14 63/18 66/24
believed [1] 50/6
belonged [1] 24/4
below [1] 71/8
below-guideline [1]
71/8
bench [3] 7/7 32/12
34/12
benefit [1] 76/25
besides [1] 53/16
best [3] 59/1 60/15
69/18
better [4] 34/18 42/14
51/3 51/13
between [3] 19/4 46/3
55/11
beyond [3] 44/3 54/17
69/5
big [1] 26/1
bill [1] 62/2
billing [1] 62/4
biographical [1] 35/12
bit [2] 56/17 65/12
blind [1] 38/22
boards [1] 43/17
bodies [1] 31/17
BOP [2] 57/14 77/1

# B

**both [24]** 3/3 3/14 6/6 11/13 13/17 14/5 21/12 24/2 28/21 31/3 32/20 33/25 34/7 43/25 60/20 64/17 67/6 68/4 68/25 69/9 73/16 75/12 77/23 79/7

**bottom [1]** 26/16 31/11 40/24

**bowl [2]** 29/23 39/10

**box [1]** 76/16

**Boy [1]** 53/17

**braggadocious [1]** 52/12

**bravado [1]** 40/4

**breach [3]** 25/15 25/15 46/17

**breached [2]** 25/13 40/15

**breaches [2]** 39/24 55/7

**break [5]** 45/21 52/17 68/25 69/23 76/14

**breaking [4]** 29/9 37/12 37/13 45/20

**brief [7]** 25/7 26/10 26/13 35/7 35/8 63/6 63/21

**briefly [1]** 64/22

**bring [2]** 4/11 43/18

**bringing [1]** 61/6

**broken [3]** 29/25 45/18 47/2

**Brook [2]** 57/4 62/16

**brother [2]** 61/12 61/14

**brought [5]** 9/10 25/24 43/16 43/21 50/12

**brush [2]** 9/16 35/23

**brutally [1]** 52/5

**Buffalo [1]** 62/11

**building [22]** 9/7 25/13 25/16 26/1 26/4 31/2 33/8 34/14 36/11 38/1 40/15 40/15 42/12 46/12 46/16 49/3 50/17 52/3 52/9 52/15 64/8 66/10

**bunch [7]** 30/19 36/7 36/8 37/22 38/2 38/10 69/14

**burden [1]** 69/20

**business [5]** 41/5 43/22 43/25 70/12 76/18

**businesses [2]** 61/10 61/20

**busy [1]** 49/7

# C

**cables [4]** 17/10 28/4 28/25 33/23

**calculated [1]** 65/9

**calculating [1]** 32/17

**calculation [2]** 21/9 32/18

**calculations [3]** 9/22

**called [1]** 8/7

**calling [1]** 67/2

**calls [1]** 68/23

**calm [1]** 29/20

**came [6]** 9/7 9/11 34/21 35/20 36/8 48/8

**camera [1]** 31/8

**cameras [1]** 26/1

**can [31]** 4/9 4/11 5/1 5/2 21/12 28/19 31/9 31/13 41/11 46/14 48/11 50/4 50/20 51/23 54/9 58/7 59/1 60/15 60/16 60/22 61/2 61/16 61/20 63/23 65/21 69/18 70/9 75/7 76/9 76/21 78/6

**can't [8]** 10/1 17/2 25/9 52/14 52/15 66/22 72/1 72/1

**canceled [1]** 43/20

**cancer [1]** 44/21

**candid [2]** 32/9 32/10

**candy [3]** 29/23 29/24 39/10

**cannot [8]** 11/17 16/25 18/5 24/5 24/12 55/13 73/3 75/9

**Capitol [26]** 11/13 11/25 23/16 23/17 25/12 25/16 25/25 26/4 31/2 33/4 33/8 33/15 34/14 46/12 46/15 47/1 50/17 52/3 52/9 52/15 64/8 66/10 66/17 72/7 72/11 72/14

**capture [1]** 56/21

**captured [2]** 26/4 27/1

**car [1]** 25/24

**caramels [1]** 40/5

**cards [1]** 43/19

**care [2]** 61/14 62/7

**career [4]** 44/12 56/3 59/1 59/14

**carried [1]** 44/8

**carries [2]** 21/15 22/1

**carry [1]** 7/12

**carrying [1]** 24/11

**case [52]** 2/9 4/7 12/13 12/24 18/6 18/6 18/25 22/9 23/10 24/18 25/9 26/12 32/8 34/21 34/22 45/12 45/15 46/15 47/21 47/21 48/23 51/5 53/1 53/1 53/6 53/7 53/9 53/14 53/15 54/8 54/12 54/16 54/18 54/21 54/23 54/24 55/2 55/5 55/13 55/15 55/16 55/23 56/13 57/10 57/21 65/12 65/22 66/16 66/19 68/13 68/24 77/16

**Case 21-722 [1]** 2/9

**cases [21]** 10/3 10/4 11/7 12/20 19/6 19/11 33/17 45/13 46/3 46/4

**CBRN [1]** 30/21

**celebrated [1]** 44/19

**celebration [1]** 32/1

**centers [1]** 61/6

**certain [3]** 47/10 48/21 77/24

**certainly [19]** 8/11 8/13 8/14 9/11 18/24 26/23 32/7 32/18 35/25 37/2 38/24 39/5 39/15 39/24 42/5 42/6 42/23 48/13 66/12

**certification [3]** 11/10 30/5 32/24

**certified [3]** 56/5 59/13 62/18

**certify [1]** 80/3

**certifying [1]** 25/18

**Chamber [1]** 30/12

**change [3]** 73/9 73/10 76/6

**changes [3]** 5/23 10/21 10/22

**characterized [1]** 30/18

**characterizes [1]** 16/23

**charge [10]** 21/15 21/25 34/20 35/3 53/18 53/23 54/8 55/16 66/22 68/23

**charged [2]** 8/8 42/19

**charges [5]** 35/1 43/20 73/4 75/9 78/14

**checking [2]** 26/19 63/22

**chemical [2]** 24/12 30/24

**cherry [1]** 45/13

**children [1]** 67/9

**chose [1]** 25/19

**Chris [1]** 61/1

**Christian [1]** 54/24

**Christmas [1]** 69/11

**circuit [5]** 26/5 29/1 31/7 33/9 77/24

**circumstances [5]** 6/3 65/11 76/7 76/19 77/25

**citations [1]** 19/7

**cited [2]** 18/9 19/6

**city [1]** 52/15

**clarify [1]** 75/20

**clarity [1]** 70/20

**class [2]** 59/11 59/18

**classes [1]** 62/20

**clear [6]** 46/16 47/15 47/15 56/1 56/21 67/13

**clearly [8]** 11/1 16/15 17/13 29/25 33/8 36/20 45/18 46/22

**clerk [2]** 73/10 74/3

**client's [1]** 63/4

**clients [1]** 43/23

**clip [7]** 26/10 26/13 26/14 27/20 29/12 29/16 31/6

**close [1]** 66/11

**closed [4]** 26/5 29/1 31/7 33/9

**closed-circuit [4]** 26/5 29/1 31/7 33/9

**closer [1]** 4/11

**clothing [2]** 46/8 46/22

**co [1]** 39/9

**co-defendants [1]** 39/9

**COBB [1]** 1/9

**code [9]** 26/14 27/3 27/9 27/14 27/20 28/11 29/15 31/10 32/5

**colleagues [1]** 10/9 43/15 45/19

**collective [2]** 7/22 11/17

**college [3]** 25/19 32/25 49/6

**colon [1]** 44/21

**COLUMBIA [3]** 1/1 25/23 35/1

**combination [1]** 50/12

**come [6]** 5/1 12/20 15/3 41/19 60/22 76/9

**comfort [1]** 59/22

**commendable [1]** 53/13

**comment [2]** 37/21 42/4

**comments [6]** 47/17 48/9 50/21 51/24 52/12 58/20

**commit [1]** 72/1

**committing [1]** 74/10

**common [2]** 19/3 49/10

**community [10]** 41/2 43/15 43/17 61/4 61/5 61/7 67/10 67/23 72/19 75/3

**company [1]** 62/3

**comparable [3]** 55/1 55/14 55/23

**comparisons [2]** 54/22 54/25

**complaining [2]** 29/23 39/10

**complaints [1]** 40/5

**complete [2]** 51/8 75/3

**completed [3]** 44/10 51/12 56/4

**completely [5]** 9/11 46/20 51/7 53/3 76/23

**compliant [2]** 68/5 71/4

**comply [1]** 17/24

**comprehension [1]** 44/4

**computer [12]** 2/5 7/9 24/4 24/7 26/9 27/11 28/8 29/2 29/21 33/19 34/15 64/12

**computer-aided [1]** 2/5

**concerned [2]** 19/7 28/4

**concerning [2]** 65/15 67/4

**concluded [1]** 79/8

**conclusion [1]** 12/9

**concurrently [4]** 22/11 22/14 41/1 57/1

**condition [2]** 65/3 67/24

**conditions [6]** 71/16 71/17 71/22 74/6 74/6 76/6

**conduct [22]** 7/6 10/7 12/24 18/23 23/12 23/16 23/20 23/25 24/18 25/3 25/9 48/7 48/11 51/10 51/23 54/6 56/2 66/12 66/20 67/3 67/7 68/2

**conference [5]** 27/6 28/16 28/17 47/25 48/14

**confident [1]** 67/14

**confined [2]** 69/13 70/7

**confinement [1]** 76/5

**confirm [1]** 63/23

**confront [1]** 47/5

**confronted [1]** 33/9

**Congress [7]** 16/16 24/11 25/18 30/23 39/14 40/8 47/6

**conjunction [2]** 26/12 50/21

**connection [2]** 4/16 13/4

**conscious [2]** 49/19 53/25

**consecutive [2]** 34/5 73/19

**consider [11]** 13/9 24/23 32/8 54/18 55/13 65/8 65/10 66/13 68/6 68/19 69/6

**consideration [3]** 12/22 45/5 61/19

**considered [6]** 34/21 54/11 58/14 67/23 68/9 68/11

**considering [2]** 14/8 52/22

**considers [2]** 21/16 22/1

**consistent [4]** 20/5 28/1 31/19 54/4

**conspiring [1]** 68/18

**contact [1]** 49/18

**contained [2]** 24/7 28/8

**contemplate [1]** 14/1

**contend [2]** 7/13 28/25

**contends [2]** 7/5 31/25

**contention [1]** 6/13

**contents [1]** 29/10

**C**

context [5]  9/3 11/20 33/18 38/1 40/20
continuation [1]  16/12
continue [4]  46/12 59/11 59/23 60/15
continued [6]  2/1 12/5 12/6 29/7 29/22 59/14
continuum [1]  66/12
contrary [1]  66/3
contributed [4]  7/6 7/21 10/8 11/16
controlled [2]  72/1 74/11
conversation [1]  28/19
convicted [2]  35/22 53/7
conviction [5]  6/18 20/19 21/22 52/19 74/4
convictions [2]  20/18 53/19
Cooper [24]  1/21 1/21 2/17 4/11 5/20 6/13 8/4 13/5 13/8 15/12 15/18 21/2 23/2 23/12 35/6 46/19 51/16 63/3 63/22 63/25 65/5 69/10 71/19 76/13
corner [1]  31/12
correct [8]  6/14 15/21 15/22 21/2 26/3 55/1 72/6 72/10
cost [2]  78/4 78/5
could [14]  7/19 24/7 28/5 41/19 41/19 52/16 59/6 62/7 62/17 62/18 62/19 62/21 62/23 62/25
counsel [7]  2/11 28/23 34/19 61/9 64/21 68/19 78/7
count [14]  3/5 3/8 11/10 13/17 13/23 14/10 14/10 21/5 21/23 22/10 22/11 22/13 22/13 40/25
count 1 [5]  13/17 14/10 21/5 22/10 22/13
count 3 [3]  13/23 22/11 22/13
counter [1]  12/15
country [3]  50/9 59/2 66/10
counts [1]  78/16
couple [5]  5/1 16/5 35/14
course [4]  7/25 15/14 16/12 51/17
court [72]  1/1 2/2 2/4 6/25 7/18 7/19 8/1 8/7 9/18 10/4 11/6 11/7 12/12 12/14 12/23 23/1 23/10 24/23 25/8 26/10 26/16 27/4 27/18 28/9 28/14 28/15 28/23 31/6 31/11 32/7 35/2 35/11 35/25 36/4 36/5 38/22

Court's [3]  23/11 35/15 79/3
court-appointed [1]  78/6
courts [6]  35/25 39/23 40/2 44/9 45/14 50/24
courts' [1]  38/13
cr [1]  1/4
crass [1]  58/20
create [1]  33/14
created [1]  61/4
creates [1]  16/13
credible [2]  13/2 13/3
credit [8]  10/25 32/19 43/19 43/20 73/4 73/4 75/9 75/10
credited [1]  51/18
crimes [1]  72/1
criminal [13]  1/3 2/9 19/4 20/17 20/19 20/23 23/25 41/4 53/10 55/21 65/24 67/9 67/18
criteria [1]  7/15
critical [2]  38/15 38/16
CRM [1]  1/14
crowd [3]  7/21 46/19 47/5
crowds [1]  46/25
crucial [1]  55/5
curfew [1]  71/2
current [2]  58/23 60/4
currently [1]  53/23
custody [2]  57/11 74/19
cut [1]  42/22

**D**

D.C [4]  1/7 25/24 26/2 77/24
dais [2]  30/13 30/14
damage [12]  16/10 16/12 18/8 18/15 18/16 18/18 19/12 19/17 30/1 34/14 37/3 64/8
damaged [2]  16/13 18/4
damaging [1]  61/4
danger [1]  10/17
data [4]  11/23 12/1 24/7 28/5
date [3]  59/17 59/17 80/8
dated [1]  67/25
daughter [1]  43/10
day [26]  9/6 9/7 9/12 9/16 35/19 36/9 36/12 37/24 38/2 39/14 39/18 40/8 40/19 40/22 45/10 45/15 50/22 51/22 52/2

42/15 46/17 47/2 49/1 51/23 53/24 54/2 54/18 55/9 56/20 56/24 56/25 57/2 57/20 58/2 58/3 63/14 63/15 65/1 69/20 70/4 73/10 74/3 76/3 77/15 77/20 78/5 78/6 78/20 78/21 78/25 80/6
dealt [2]  12/17 18/12
Debra [1]  55/15
decided [1]  25/22
decision [1]  53/25
decisions [3]  43/24 61/16 61/18
decorations [1]  19/19
deeply [1]  40/18
defendant [9]  1/16 1/20 2/9 2/10 7/14 7/15 12/23 34/19 37/2
defendant's [1]  18/23
defendants [30]  1/7 3/3 3/14 6/6 7/11 7/20 12/1 12/5 12/6 13/18 14/5 18/15 19/8 19/12 19/16 19/24 20/6 21/19 23/23 25/11 26/18 31/19 36/15 39/9 66/24 68/4 68/16 75/12 77/5 77/23
defendants' [3]  24/15 32/17 33/16
DEFENDER [1]  1/18
defense [3]  28/23 64/21 78/22
deficit [1]  44/13
Definitely [1]  63/10
definitions [2]  18/17 18/22
deformed [1]  49/19
degree [1]  44/5
delay [1]  53/15
delays [1]  56/8
deliberate [1]  53/25
delve [2]  9/4 9/8
demonstrated [1]  19/23
dental [1]  62/6
departement [1]  64/19
department [4]  3/12 3/18 11/14 63/19
depressed [1]  49/8
designated [2]  57/3 57/9
designation [1]  57/14
desks [1]  29/10
desperately [2]  44/14 44/16
destroy [1]  39/12
destroying [1]  19/25
destruction [4]  18/18 19/5 39/6 40/21
destructive [2]  38/7 40/7
detention [11]  40/25 55/24 57/22 69/8 69/10 69/13 69/15 70/7 70/11 70/21 71/1
determining [1]  10/6

**C — continued** (column 3)

deterrence [3]  12/11 55/25
develop [1]  49/24
developed [1]  49/14
device [5]  27/21 27/25 28/5 29/19 33/23
devices [3]  30/22 30/25 31/21
dictionary [1]  18/17
did [52]  7/15 9/9 9/22 11/3 11/10 13/3 16/4 17/14 17/15 17/15 17/16 19/12 19/17 20/3 20/5 22/7 23/23 32/11 33/2 33/6 34/25 36/25 37/3 38/1 38/2 40/3 41/21 42/24 45/9 45/10 45/10 45/17 46/6 46/15 47/5 47/13 47/15 48/24 51/1 51/8 51/11 52/1 53/3 53/9 54/16 55/16 55/21 56/19 58/10 61/22 69/3 76/16
didn't [17]  9/11 35/21 37/1 41/16 41/20 41/24 42/5 42/6 46/9 48/13 48/20 49/17 51/19 53/2 54/25 60/7 62/2
difference [1]  76/5
different [5]  11/20 42/15 46/19 46/20 50/25
differently [2]  12/20 51/2
difficult [1]  65/12
direct [5]  27/4 28/9 28/14 31/11 39/25
direction [1]  61/21
directly [2]  10/7 40/8
disagree [1]  15/12
disagreements [1]  3/24
discarded [1]  24/14
disconnecting [1]  17/10
discretionary [2]  71/17 74/6
discuss [1]  54/16
discussed [2]  35/18 58/13
discusses [1]  10/16
discussing [2]  14/3 46/19
discussion [1]  42/7
dismiss [2]  78/14 78/16
disparities [4]  35/17 36/3 36/20 39/22
disparity [1]  35/24
displayed [2]  37/2 37/7
disposition [1]  22/8
dispute [6]  6/20 14/2 15/23 20/16
disputed [1]  28/24
disputes [2]  5/17 5/19
disrespectful [4]  38/7 39/8 39/11 58/21
distinct [7]  7/20 36/11

distinction [1]  19/4
distinguish [1]  48/7
distinguished [1]  46/14
distribute [1]  69/4
district [14]  1/1 1/1 1/10 25/22 34/6 34/24 35/1 54/18 73/15 74/20 77/5 77/7 77/9 77/22
do [43]  4/2 4/19 4/21 5/17 5/23 6/20 8/4 13/10 15/12 15/18 17/5 21/2 27/15 34/19 35/15 36/12 38/24 38/25 39/1 41/15 41/16 42/25 43/18 45/2 45/8 45/22 45/23 54/3 59/1 59/3 59/24 61/19 62/4 63/19 66/13 66/18 66/23 67/14 68/22 72/18 74/17 74/19 75/13
doctor's [1]  61/15
doctors [1]  44/5
does [16]  7/18 11/1 13/7 13/13 14/2 15/25 16/9 19/1 27/24 29/20 36/19 41/22 56/24 57/2 61/11 72/8
doesn't [7]  4/25 7/5 39/15 52/9 56/21 56/21 67/8
doing [8]  15/11 18/1 25/24 32/17 45/22 47/19 56/22 59/15
DOJ [1]  1/14
DOJ-CRM [1]  1/14
don't [45]  6/15 6/17 9/4 9/8 9/20 9/21 9/23 12/25 13/9 17/1 18/13 18/16 18/22 19/10 19/21 19/23 20/8 20/16 21/17 22/24 35/2 37/23 39/4 40/6 42/22 50/20 51/11 53/23 54/8 54/8 54/13 54/19 56/21 57/9 57/13 58/11 58/14 63/18 66/9 66/23 67/17 69/10 74/15 76/6 76/23
done [10]  16/19 16/21 30/2 40/11 41/8 42/7 56/3 61/5 62/5 77/15
donned [1]  31/1
donning [1]  31/13
door [7]  25/13 26/22 33/7 33/10 47/6 47/9 47/12
doors [3]  36/6 37/13 55/6
doubt [3]  50/2 50/10 66/20
down [10]  17/25 36/6 37/12 38/14 38/12 41/12 47/2 54/2 55/16 76/16
downstairs [1]  57/11
downwards [1]  40/23
dozens [2]  23/19 39/21
dramatic [1]  19/22
draw [1]  35/15

**D**

**drawing** [1] 47/23
**dressed** [2] 36/9 45/17
**dried** [1] 42/22
**drive** [2] 25/22 27/12
**driving** [1] 41/14
**drove** [2] 44/18 46/7
**drug** [2] 72/2 74/12
**due** [2] 73/7 73/9
**duration** [1] 69/13
**duress** [1] 29/20
**during** [8] 3/19 24/12
 25/5 32/9 33/2 44/8
 47/10 49/13

**E**

**each** [4] 24/1 36/11
 40/25 53/14
**earlier** [4] 24/18 28/11
 29/6 35/18
**early** [3] 32/10 59/7
 59/10
**easier** [1] 66/9
**easiest** [1] 45/22
**east** [2] 31/3 55/6
**education** [5] 10/19
 49/6 59/2 62/20 67/22
**effect** [2] 7/2 28/13
**efficient** [1] 64/1
**effort** [1] 59/6
**efforts** [1] 61/4
**eight** [8] 6/9 13/16 15/1
 15/15 15/15 15/24
 18/11 59/11
**eight hours** [1] 59/11
**eight-level** [2] 15/24
 18/11
**either** [6] 13/3 23/15
 38/25 39/4 52/4 67/2
**election** [2] 30/5 49/15
**electoral** [3] 11/10
 25/18 32/24
**electronic** [1] 71/1
**element** [1] 50/14
**elements** [1] 8/24
**elevator** [1] 26/19
**eligibility** [1] 7/24
**eligible** [4] 6/11 7/16
 15/4 58/13
**Ellipse** [1] 23/14
**else** [4] 42/11 65/4 77/3
 78/8
**embarrassment** [1]
 43/16
**emergency** [1] 24/12
**emotionally** [1] 60/7
**emphasize** [1] 42/2
**employed** [1] 67/11
**employee** [1] 56/11
**employees** [1] 43/24
**employment** [2] 10/21
 67/22
**empty** [1] 30/11
**encountered** [1] 30/11
**encourage** [1] 47/5
**encouraged** [2] 26/7
 33/20

**end** [9] 25/25 26/2
 27/12 27/16 30/15
 30/17 30/19 37/9 71/5
**ended** [1] 40/13
**enforcement** [1] 11/14
**engage** [4] 38/16 39/18
 50/23 65/25
**engaged** [17] 11/15
 12/2 19/8 23/16 23/20
 25/3 26/20 30/5 37/14
 37/15 38/3 39/13 39/18
 39/24 49/8 54/6 67/14
**engaging** [1] 68/2
**engineering** [1] 62/20
**enhance** [1] 28/14
**enhancement** [8] 6/9
 6/21 16/9 17/6 18/7
 18/11 18/13 19/11
**enhancements** [3]
 3/24 14/3 56/18
**enjoyable** [1] 59/5
**enormous** [1] 48/12
**enough** [6] 4/14 5/6
 8/24 52/22 65/17 68/1
**ensure** [1] 62/7
**enter** [2] 25/19 33/8
**entered** [9] 23/15 25/12
 26/4 27/1 36/10 47/21
 47/24 48/2 48/3
**entering** [4] 25/25
 26/17 30/10 31/9
**entire** [2] 60/14 62/5
**entirety** [2] 27/3 27/20
**entitled** [5] 12/23 13/11
 14/6 19/20 80/5
**entry** [3] 25/19 30/6
 78/2
**equipment** [2] 19/19
 61/7
**escape** [12] 7/11 24/10
 30/21 31/5 31/13 32/1
 32/4 34/16 42/8 55/18
 64/16 72/12
**escaped** [1] 31/1
**especially** [8] 18/20
 43/9 44/1 46/5 49/13
 54/13 60/6 79/1
**espionage** [1] 65/25
**espouse** [1] 12/7
**Esquire** [3] 1/14 1/17
 1/21
**essentially** [5] 17/23
 18/5 38/22 70/8 73/22
**estimate** [1] 64/2
**Estimated** [1] 23/13
**estimates** [1] 23/15
**even** [14] 7/13 12/12
 16/19 16/22 16/25 17/2
 17/16 23/19 40/1 40/9
 59/6 67/12 68/19 76/15
**event** [1] 18/19
**events** [2] 12/11 61/8
**ever** [4] 37/1 44/7 57/9
 57/13
**every** [4] 11/15 18/6
 52/2 59/6
**everybody** [2] 9/15
 17/21

**everyone** [2] 65/7
 69/16
**everyone's** [2] 20/11
 75/15
**everything** [5] 16/10
 58/19 60/9 66/7 67/7
**evidence** [8] 27/25
 30/10 40/9 41/19 53/2
 56/20 56/22 65/16
**exact** [2] 25/3 68/15
**exactly** [1] 57/17
**examples** [1] 13/8
**excellent** [1] 56/3
**exceptions** [1] 13/5
**excusable** [1] 69/6
**excuse** [3] 7/23 34/7
 68/10
**excuses** [1] 51/10
**excusing** [1] 69/2
**executed** [2] 52/25
 67/21
**exercise** [1] 44/25
**exhibit** [12] 26/11
 26/11 26/14 26/25
 27/18 28/10 28/10 29/1
 29/13 31/7 31/7 32/5
**Exhibit 10** [3] 31/7 31/7
 32/5
**Exhibit 3** [4] 26/11
 26/14 28/10 29/1
**Exhibit 5** [1] 27/18
**Exhibit 6** [1] 29/13
**exhibits** [2] 25/4 78/20
**exited** [1] 31/2
**exiting** [4] 28/16 28/17
 30/20 31/10
**expected** [1] 60/5
**expenses** [1] 63/20
**expensive** [1] 10/23
**experience** [2] 51/1
 59/5
**experiences** [2] 10/2
 10/3
**exploit** [1] 28/7
**explore** [1] 29/22
**express** [2] 33/2 33/6
**extensive** [2] 49/4
 67/17
**extent** [3] 8/12 8/23 9/1
**extremely** [5] 51/4 59/3
 59/4 65/14 66/2
**extremism** [1] 12/2
**eye** [1] 38/22

**F**

**face** [2] 21/19 58/24
**facility** [3] 57/4 62/17
 77/1
**fact** [15] 6/6 8/9 33/3
 33/10 40/9 48/2 48/3
 48/23 49/25 52/22
 54/13 55/5 55/12 66/13
 67/7
**factor** [2] 10/7 65/10
**factors** [4] 23/10 32/8
 55/22 65/8
**facts** [9] 4/2 6/4 7/10
 8/18 17/1 22/22 23/11

**factual** [7] 3/25 5/17
 5/19 5/23 6/2 8/9 19/22
**failed** [1] 43/11
**fall** [3] 46/20 61/22
 62/11
**falling** [1] 50/23
**false** [1] 33/9
**familiar** [3] 23/11 25/8
 47/3
**family** [7] 43/9 43/15
 43/16 43/25 67/10
 69/21 70/13
**far** [7] 9/4 36/25 36/25
 37/1 54/6 55/25 56/4
**fashion** [1] 69/9
**father** [4] 44/17 44/19
 57/25 60/20
**favor** [1] 51/20
**FBI** [17] 17/13 17/19
 17/23 25/17 26/21 28/1
 28/3 29/8 30/12 31/24
 32/9 33/3 33/7 37/21
 51/15 52/3 58/20
**February** [1] 44/15
**February 9th** [1] 44/15
**federal** [2] 1/18 74/10
**feel** [4] 4/19 45/12
 67/14 76/14
**feet** [2] 62/12
**fell** [3] 44/2 49/3 62/11
**felony** [6] 48/5 53/18
 53/19 53/19 55/16 74/4
**felt** [3] 17/23 42/17
 52/13
**few** [1] 25/4
**file** [1] 78/5
**filed** [2] 4/16 78/1
**filing** [2] 10/18 78/3
**filtering** [1] 30/21
**final** [1] 59/16
**finally** [2] 2/17 77/23
**finances** [1] 61/15
**financial** [23] 7/6 7/14
 10/1 10/15 13/6 13/7
 13/10 43/24 63/16
 65/17 69/20 70/12 71/9
 72/20 72/24 72/25 73/3
 73/6 73/11 74/14 75/5
 75/6 75/7
**financing** [1] 61/11
**find** [7] 12/12 13/1 13/9
 18/16 20/9 63/16 74/15
**finding** [3] 10/5 10/9
 20/5
**findings** [3] 6/6 19/22
 42/25
**fine** [11] 21/22 22/5
 63/4 63/7 63/12 70/16
 71/3 71/5 71/8 72/4
 74/16
**fingerprint** [1] 27/25
**fingerprints** [3] 8/22
 27/15 41/24
**finished** [2] 46/16
 46/21
**firearm** [2] 34/20 52/20
**firearms** [1] 35/3

**first** [18] 6/8 8/5 15/3
 23/2 24/1 25/15 26/6
 33/1 43/12 46/17 53/7
 53/9 55/2 56/13 65/9
 70/6 73/21 75/24
**firsthand** [1] 30/11
**fits** [1] 38/9
**five** [11] 10/22 21/17
 22/2 44/17 59/12 70/5
 70/15 71/6 71/15 73/19
 75/21
**Five days** [1] 44/17
**five years** [7] 21/17
 22/2 70/5 70/15 71/6
 73/19 75/21
**five-year** [1] 71/15
**fixtures** [1] 19/19
**flags** [1] 40/5
**flatlined** [1] 44/3
**Floor** [1] 30/4
**Florida** [2] 44/10 59/4
**focused** [1] 65/14
**focusing** [1] 56/2
**followed** [4] 41/1 47/11
 75/21 76/4
**followers** [1] 46/11
**following** [4] 34/13
 47/4 50/1 57/21
**foolish** [1] 39/15
**forcing** [2] 37/11 37/12
**foregoing** [1] 80/3
**forgot** [2] 58/8 59/19
**form** [1] 47/1
**format** [1] 57/17
**former** [3] 30/6 49/21
 50/2
**forth** [3] 4/3 5/18 65/8
**forthright** [1] 59/21
**forward** [4] 4/19 5/10
 44/11 61/21
**found** [7] 3/7 7/7 34/11
 46/4 48/21 62/9 65/12
**four** [3] 36/6 44/21
 72/18
**four years** [1] 72/18
**frankly** [2] 41/6 45/17
**free** [1] 38/23
**friends** [3] 43/15 43/16
 59/19
**frighten** [1] 45/17
**front** [2] 31/20 43/7
**Ft.** [1] 44/10
**Ft. Pierce** [1] 44/10
**fucking** [2] 26/1 30/15
**full** [2] 72/22 73/11
**fully** [1] 30/9
**fund** [1] 10/20
**funeral** [1] 44/18
**funny** [1] 33/4
**furniture** [1] 19/19
**further** [5] 28/3 34/8
 43/12 64/21 72/23

**G**

**gain** [1] 65/17
**gaining** [2] 59/1 59/1
**Gallery** [11] 23/22 24/8
 30/4 30/6 30/18 30/20

**G**

**Gallery... [5]** 31/8 47/22 48/3 48/13 55/17
**gas [1]** 8/7
**gathered [1]** 23/14
**gave [6]** 13/8 51/17 51/24 52/2 57/10 73/7
**gear [1]** 46/9
**general [1]** 9/7
**genuinely [2]** 9/7 32/20
**get [23]** 15/16 17/21 18/7 23/18 25/2 37/23 38/16 41/24 53/10 54/3 55/10 55/11 62/5 62/7 62/7 62/9 62/18 66/9 69/11 70/1 70/22 74/19 79/4
**gets [2]** 25/1 79/5
**getting [5]** 45/21 53/5 59/15 65/19 68/17
**girlfriend [1]** 60/5
**give [9]** 3/1 9/17 22/25 25/7 44/24 66/14 68/10 68/25 71/13
**given [12]** 6/1 11/24 24/18 49/12 49/18 49/23 57/13 63/13 67/19 68/21 71/4 76/14
**giving [2]** 69/23 76/25
**glance [1]** 64/2
**glass [3]** 29/9 45/18 45/20
**glossed [1]** 16/18
**glosses [1]** 55/4
**glove [1]** 8/21
**gloves [4]** 8/20 27/24 33/22 41/23
**go [15]** 4/19 5/10 15/2 39/2 39/16 45/23 46/25 48/24 59/10 61/2 62/18 63/25 70/1 72/13 76/9
**goal [1]** 47/15
**God [1]** 44/4
**goes [1]** 28/20
**going [40]** 8/14 23/21 26/14 26/20 28/11 28/13 28/20 35/11 37/9 38/25 39/1 40/23 42/12 46/24 46/25 48/20 48/22 52/17 52/20 53/24 54/1 56/1 58/19 59/21 59/23 60/3 60/6 60/9 60/11 61/15 62/22 67/13 68/25 69/9 69/14 69/17 71/23 78/14 79/1 79/3
**gone [5]** 5/20 46/13 49/6 68/7 74/12
**good [16]** 2/13 2/15 2/16 2/19 2/20 2/22 2/23 2/25 43/5 43/6 44/12 44/24 57/8 60/23 60/24 79/7
**got [7]** 36/15 53/10 60/10 62/12 62/12 66/6 69/5
**government [81]**

**government's [26]** 5/7 9/13 9/19 12/18 13/12 16/20 18/3 18/25 20/12 20/22 23/8 26/10 26/12 26/13 27/19 28/10 29/1 29/12 31/6 31/7 32/5 41/15 41/20 41/21 42/1 78/21
**grace [1]** 44/4
**graduated [1]** 59/12
**granted [1]** 78/23
**great [4]** 44/11 62/21 62/24 64/4
**ground [2]** 28/20 28/20
**grounds [1]** 47/1
**group [10]** 11/17 36/9 36/9 36/10 36/10 36/14 36/24 36/25 37/4 40/13
**groups [7]** 11/14 36/11 36/14 36/14 36/17 36/17 39/17
**guarantee [1]** 60/16
**guess [1]** 16/14
**guideline [8]** 7/1 13/17 21/5 48/5 56/18 71/4 71/5 71/8
**guideline-compliant [1]** 71/4
**guidelines [20]** 4/1 6/8 6/10 7/17 21/17 21/21 32/18 34/1 36/4 39/3 39/4 40/1 40/2 53/12 55/2 65/9 68/9 68/11 68/23 75/16
**guiding [1]** 44/16
**guilty [4]** 3/8 7/7 20/7 34/11
**guy [5]** 41/24 42/3 42/25 45/21 45/22

**H**

**had [44]** 4/14 5/6 5/14 17/24 19/24 23/13 24/21 24/21 24/22 24/22 30/5 30/14 33/4 33/7 33/10 43/17 43/19 44/17 44/21 44/22 44/23 45/2 45/7 45/16 46/11 47/2 47/14 47/23 48/12 49/5 49/16 49/16 50/1 50/7 52/23 53/6 55/20 56/6 58/24 61/23 62/1 63/19 66/17 67/20
**hadn't [1]** 51/22
**half [3]** 44/2 61/22 76/12
**hallway [5]** 26/17 37/12 37/12 38/4 40/4
**hand [5]** 31/12 65/13 65/22 65/23 67/5
**handed [2]** 8/20 41/23
**handing [1]** 42/13
**handy [1]** 63/24
**happen [2]** 56/7 67/15
**happened [10]** 37/24 46/23 49/5 51/22 54/9 55/8 58/19 58/25 66/7 66/10

**happening [1]** 45/16
**happens [1]** 42/7
**happy [2]** 45/21 58/2
**hard [4]** 27/12 59/3 65/22 68/13
**hardship [6]** 7/6 7/14 10/1 10/15 13/8 13/10 14/1 14/11 14/11 11/17 13/6 18/20
**harm [5]** 10/24 14/11 11/17 13/6 18/20
**harmed [1]** 19/2
**harmful [1]** 65/20
**harms [1]** 12/10
**has [52]** 3/7 9/3 10/6 11/6 13/18 13/24 18/9 19/7 19/7 19/23 20/4 20/17 20/18 20/18 20/19 22/9 22/17 23/10 28/18 28/23 32/15 36/3 41/3 41/15 42/18 42/25 43/14 44/6 46/4 47/23 51/5 52/18 53/21 54/3 56/4 56/12 56/20 57/5 58/3 58/25 61/3 61/4 61/9 61/12 61/13 62/15 62/19 64/25 67/9 72/6 76/8 77/18
**hat [1]** 9/15
**have [117]**
**haven't [1]** 75/12
**having [1]** 59/10
**he [137]**
**he'll [1]** 57/20
**he's [19]** 17/13 17/14 17/14 29/22 51/6 51/6 52/10 52/20 52/21 53/19 56/1 56/2 56/2 56/3 56/5 56/8 57/13 57/24 61/24
**head [1]** 67/13
**hear [11]** 5/2 13/12 22/7 23/1 23/2 23/3 23/4 23/5 41/16 58/4 77/20
**heard [7]** 7/25 8/4 11/3 11/6 15/25 16/4 73/22
**hearing [6]** 6/7 24/21 40/10 40/13 40/16 67/12
**Heeding [1]** 27/23
**held [2]** 33/7 33/10
**help [5]** 17/21 42/6 44/13 59/22 62/22
**helped [1]** 42/24
**helpful [1]** 10/10
**helping [3]** 17/11 33/23 42/13
**helps [2]** 61/14 61/15
**her [40]** 4/12 8/20 10/21 10/21 10/23 10/24 14/12 25/19 25/20 27/24 28/1 33/8 33/11 37/20 39/3 39/9 40/8 41/5 41/7 41/25 42/19 48/17 60/11 60/11 61/4 61/12 61/14 63/11 63/19 69/13 69/19 69/20 76/17 76/17 76/18 76/21
**honest [1]** 52/6

**here [36]** 3/1 3/2 3/3 4/17 5/13 9/25 18/14 18/16 19/11 20/9 21/15 28/25 35/1 35/19 36/6 36/9 39/16 39/21 42/10 44/4 46/5 47/20 51/11 55/3 56/11 57/10 58/18 59/15 64/20 66/10 66/14 68/8 69/23 71/14 74/10 77/13
**hereby [1]** 71/25
**hide [1]** 53/2 53/3
**higher [3]** 49/6 53/12 54/5
**highlight [1]** 23/9
**highlighted [2]** 54/22 54/24
**highly [1]** 66/3
**hilarious [1]** 30/15
**him [30]** 4/15 17/21 17/23 20/20 28/21 29/24 33/21 33/23 35/2 42/5 42/6 44/5 48/8 50/10 50/12 51/18 52/3 53/11 56/10 56/22 58/15 59/21 60/3 61/14 61/15 62/9 62/12 62/14 62/23 62/25
**himself [4]** 48/21 51/2 52/2 57/10
**hindsight [2]** 42/10 52/10
**his [57]** 6/18 10/21 10/21 10/22 10/24 17/20 25/22 27/6 32/9 33/3 37/9 42/6 43/11 45/17 46/6 46/7 46/10 46/11 46/20 47/18 48/7 48/12 48/25 48/25 49/17 49/18 50/16 50/16 51/13 51/19 51/23 52/8 52/9 53/5 53/11 56/3 56/10 56/12 57/1 57/4 57/6 57/20 57/24 57/25 58/1 60/19 61/15 61/24 61/24 62/8 62/11 62/12 62/15 62/19 64/9 65/3 78/1
**historical [1]** 12/1
**histories [1]** 69/1
**history [12]** 20/17 20/19 20/23 41/4 53/11 55/21 67/18 67/22 69/19 69/23 71/9 76/17
**hit [2]** 38/15 38/15
**holders [1]** 8/7
**holidays [1]** 69/25
**home [31]** 10/24 40/25 45/3 55/24 57/22 62/12 69/8 69/10 69/12 69/15 70/7 70/8 70/11 70/11 70/21 70/22 70/22 70/23 70/25 70/25 71/1 71/2 72/17 73/21 73/23 75/22 75/23 76/4 76/4 76/8 76/22

**honestly [2]** 33/16 76/13
**honesty [1]** 51/15
**Honor [95]**
**Honor's [1]** 64/6
**HONORABLE [1]** 1/9
**hood [1]** 55/18
**hoods [17]** 7/11 7/12 16/24 24/10 24/13 30/21 31/1 31/5 31/13 32/2 32/3 32/4 34/16 42/9 42/18 64/17 72/12
**hook [1]** 18/5
**hope [5]** 44/1 44/6 44/23 62/17 69/22
**hopefully [1]** 61/21
**horrendous [1]** 37/25
**horrible [2]** 44/22 48/25
**hospital [1]** 61/6
**hot [1]** 59/4
**hour [1]** 59/9
**hours [8]** 37/11 57/4 59/11 62/24 72/19 74/22 74/24 75/3
**house [9]** 24/5 26/6 37/12 38/5 62/24 69/13 70/7 72/8 72/16
**House's [2]** 23/22 27/6 39/23 42/21 57/17 60/12 62/2 69/1 72/8 75/21 76/17
**How [11]** 7/20 36/19 39/23 42/21 57/17 60/12 62/2 69/1 72/8 75/21 76/17
**However [3]** 30/17 32/22 33/6
**humbled [1]** 43/7
**humbly [1]** 62/23
**hundred [1]** 37/8
**hundreds [2]** 23/19 31/3 33/13 37/11 39/20 48/7
**hurt [1]** 47/6
**husband [3]** 43/10 69/20 76/17

**I**

**I'd [6]** 12/9 22/25 28/9 35/17 37/1 59/19
**I'll [32]** 4/5 5/20 8/6 13/16 23/1 23/2 23/3 23/4 23/5 23/7 24/20 25/7 26/10 26/25 27/2 27/3 27/18 28/18 29/3 29/12 29/15 31/6 31/10 31/11 42/14 58/4 60/12 73/16 74/20 74/25 75/2 77/17
**I'm [47]** 3/16 8/25 18/18 20/2 20/3 20/5 28/11 28/13 35/11 37/7 37/23 43/24 46/17 48/22 55/8 57/15 58/2 61/18 61/18 62/16 63/10 63/25 65/23 66/1 66/7 66/9 67/2 67/3 67/12 68/25 69/9 69/16 69/22 70/25 71/19 71/20 71/22

**I**

**I'm...** [6]  71/24 73/23 74/9 76/7 76/18 76/24
**I've** [28]  12/20 15/24 18/12 20/9 33/18 36/1 37/7 37/10 39/8 47/23 58/24 58/25 59/12 60/14 65/16 66/14 66/17 67/10 67/23 68/7 68/9 68/11 68/14 68/21 72/4 73/25 74/12 76/14
**idea** [2]  44/24 66/25
**ideas** [2]  12/7 51/9
**identically** [1]  48/9
**idiot** [2]  26/1 52/8
**idiots** [1]  66/2
**image** [1]  28/14
**immature** [6]  47/17 50/21 51/17 66/5 66/5 68/17
**immaturely** [1]  50/18 58/22
**immaturity** [2]  47/14 68/22
**immediately** [2]  73/7 73/9
**impaired** [1]  61/13
**impairs** [2]  18/21 19/3
**important** [6]  17/16 48/23 50/11 51/5 60/1 60/4
**impose** [2]  57/2 76/3
**imposed** [5]  21/19 22/3 34/6 70/3 75/17
**imprisonment** [3]  21/16 21/18 22/3
**incarcerated** [2]  11/23 70/8
**incarceration** [21]  22/10 22/18 34/13 36/16 56/25 57/3 69/18 70/21 70/22 70/23 70/25 71/1 71/2 72/17 73/21 75/22 75/23 76/4 76/8 76/22 76/24
**incarceratory** [2]  34/5 34/9
**inclined** [1]  76/18
**include** [4]  16/9 62/6 71/25 74/10
**included** [1]  15/15
**includes** [1]  73/14
**including** [3]  12/5 19/18 23/21
**income** [3]  44/12 63/19 63/20
**inconsistent** [1]  32/15
**incorporated** [1]  71/23
**incorporating** [3]  71/19 71/25 74/9
**increase** [8]  13/16 14/9 15/24 18/14 18/23 19/10 19/20 19/22
**increases** [1]  13/22
**incriminated** [1]  52/1
**incur** [2]  73/3 75/9
**Indiana** [1]  1/18

**indicated** [4]  8/11 49/9 61/9 72/4
**indictment** [1]  78/16
**indirectly** [1]  12/22
**individual** [1]  12/22
**individual's** [2]  17/11 36/13
**individually** [1]  10/4
**individuals** [13]  8/10 11/18 11/23 12/4 33/14 35/22 36/7 36/8 39/17 39/17 39/23 54/6 66/16
**indulgence** [4]  35/7 35/8 63/6 63/21
**inevitably** [1]  70/1
**influence** [2]  48/12 50/1
**influential** [1]  50/4
**inform** [1]  77/23
**information** [17]  6/5 22/23 24/6 28/7 35/13 52/4 63/19 63/20 65/19 67/1 69/5 72/24 72/25 73/1 75/5 75/6 75/7
**initial** [1]  25/14
**initially** [2]  39/19 62/10
**injured** [1]  11/12 33/13
**injuries** [3]  44/3 62/8 67/25
**injury** [7]  18/15 18/20 18/20 19/12 48/25 49/1 49/17
**inside** [4]  28/21 47/13 47/15 55/9
**insignificant** [1]  63/15
**insolvent** [2]  10/16 10/17
**instance** [1]  9/20
**instances** [1]  37/15
**instead** [5]  15/8 15/16 25/23 76/25 77/13
**instruction** [1]  57/9
**insurrection** [1]  9/8
**intelligent** [1]  66/3
**intended** [1]  45/1
**intent** [4]  19/24 46/7 52/10 69/4
**intention** [3]  16/16 43/12 46/10
**intentional** [1]  48/11
**interest** [3]  50/16 65/1 74/15
**interested** [1]  32/20
**interesting** [1]  27/11
**interfered** [1]  66/20
**interference** [1]  13/20 14/16
**interpret** [1]  69/1
**interpretation** [1]  18/10
**interrupted** [1]  11/10
**interrupting** [1]  32/24
**interview** [6]  17/13 32/9 33/3 51/18 51/24 52/8
**interviewed** [1]  37/21
**intimidating** [1]  20/1
**investigation** [4]  52/24

**indicated** [4]  8/11 49/9 61/9 72/4
**investigators** [2]  25/17 25/21
**investment** [1]  10/20
**involve** [2]  19/9 20/3
**involved** [16]  13/19 13/25 20/6 35/19 36/1 36/6 36/7 36/8 38/17 40/19 40/19 40/20 42/2 66/13 66/15 66/24
**involvement** [4]  36/14 39/25 41/8 43/8
**involves** [2]  65/10 67/20
**iron** [1]  3/23
**irrevocable** [1]  11/11
**is** [164]
**isn't** [1]  8/1
**isolated** [1]  50/8
**issue** [9]  8/6 8/9 8/21 12/17 12/20 13/10 18/12 41/16 42/21
**issues** [1]  8/5
**it** [115]
**it's** [39]  6/16 8/13 12/20 16/16 16/20 18/10 18/16 19/1 19/2 20/4 36/21 36/22 38/6 38/6 38/23 41/24 42/7 42/16 42/20 42/22 42/22 48/16 48/23 50/19 50/19 51/4 52/12 53/13 55/25 57/4 59/5 69/15 70/4 70/11 71/4 71/5 71/8 75/21 76/23
**item** [1]  28/21
**its** [6]  13/13 18/21 19/3 27/3 27/20 42/25
**itself** [5]  9/1 9/14 35/23 35/24 38/8

**J**

**Jacob** [4]  1/17 2/20 5/13 20/25
**jail** [2]  66/14 73/23
**January** [43]  7/20 9/5 9/14 11/8 11/19 12/3 12/10 12/19 18/7 20/3 23/13 23/17 23/23 25/10 25/16 27/2 27/22 29/19 33/1 33/12 33/18 35/23 36/1 36/7 43/9 43/21 44/8 44/22 45/2 46/8 49/25 50/12 51/4 51/21 52/24 53/1 53/18 54/5 54/10 54/18 55/20 66/8 68/1
**January 6** [7]  23/23 25/10 43/9 43/21 44/8 45/2 46/8
**January 6th** [34]  7/20 9/5 9/14 11/8 11/19 12/3 12/10 12/19 18/7 20/3 23/17 25/16 27/2 27/22 29/19 33/1 33/12 33/18 35/23 36/1 36/7 49/25 50/12 51/4 51/21 52/24 53/1 53/18 54/5

**January 6thcases** [1]  23/13
**jaw** [1]  61/24
**JIA** [1]  1/9
**JMC** [1]  1/4
**job** [5]  56/3 56/7 56/9 59/7 59/15
**Johns** [4]  2/3 80/3 80/8 80/9
**joined** [1]  55/6
**joking** [8]  26/19 38/3
**judge** [8]  1/10 34/25 36/23 36/23 54/14 54/16 54/18 57/10
**judges** [1]  77/15
**judgment** [3]  47/14 70/4 78/2
**jurisdiction** [2]  77/16 77/17
**just** [64]  3/1 3/25 5/2 8/16 10/11 10/14 10/14 10/14 12/9 12/18 13/6 16/5 17/1 17/2 17/7 17/7 17/12 18/7 18/10 19/3 22/21 27/15 36/4 37/6 37/18 38/2 38/18 38/22 41/1 41/7 44/1 44/20 45/3 45/12 45/23 46/24 47/14 50/25 52/9 54/8 54/21 54/23 55/1 55/12 56/21 56/22 58/4 58/13 58/20 60/10 63/25 64/2 64/20 64/22 67/1 68/10 69/16 71/13 74/21 75/20 76/3 76/25 77/12 78/25
**justice** [11]  13/20 14/17 16/22 17/1 17/3 17/18 18/2 19/9 20/4 20/7 66/21
**juvenile** [1]  66/5

**K**

**keep** [1]  6/21
**Keeper** [1]  53/17
**kept** [3]  24/14 31/24 31/25
**kind** [19]  10/6 13/15 16/17 17/7 17/10 17/20 17/24 18/10 38/9 39/10 41/5 45/9 46/19 48/15 50/22 51/10 52/11 62/13 77/20
**knew** [5]  15/11 25/18 26/23 52/17 59/20
**knock** [1]  7/24
**know** [33]  9/8 9/9 9/9 9/22 9/23 10/6 17/2 17/10 17/21 17/24 27/11 34/19 34/25 37/19 42/4 44/7 45/21 48/14 48/20 51/9 52/8 53/24 54/22 56/9 58/11 61/16 62/2 62/10 62/15 62/20 68/16 69/25 75/15

**knowing** [1]  25/20
**knowledge** [1]  19/3
**known** [1]  51/3
**knows** [4]  55/9 60/9 60/12 65/7
**Kramer** [1]  2/21

**L**

**lack** [2]  39/5 39/6
**language** [1]  18/14
**laptop** [37]  7/9 8/16 8/18 8/19 8/21 8/23 17/8 17/11 17/20 24/3 24/7 26/8 27/11 28/5 28/8 28/24 29/2 29/4 29/21 33/18 34/15 41/15 41/16 41/24 42/3 42/21 45/8 45/16 45/19 56/17 64/11 65/14 65/15 66/6 66/18 68/15 72/12
**large** [1]  50/16
**last** [4]  24/21 43/11 56/1 60/12
**lasted** [1]  59/12
**lastly** [2]  18/3 56/16
**late** [1]  59/7
**later** [10]  25/17 25/21 26/21 28/4 28/6 29/8 30/12 31/23 44/17 44/19
**latter** [1]  28/1
**laughing** [1]  38/5
**law** [7]  11/14 37/2 41/6 44/17 44/20 52/17 61/13
**law's** [1]  44/19
**lawyer** [1]  45/7
**lead** [1]  14/10
**leaders** [1]  50/9
**leads** [2]  26/17 57/14
**learned** [2]  44/2 44/20
**least** [3]  65/16 72/21 75/1
**leave** [2]  16/24 27/25
**leaving** [1]  31/20
**led** [4]  38/19 53/2 53/2 55/12
**left** [2]  31/12 37/2
**left-hand** [1]  31/12
**legislators** [1]  11/9
**legitimate** [1]  9/12
**lenient** [1]  76/19
**less** [4]  10/23 25/14 30/5 42/14
**let** [7]  4/1 4/22 6/19 8/12 19/13 34/24 47/7
**let's** [4]  4/9 6/8 13/14 40/19
**letters** [3]  3/14 44/23 67/11
**level** [22]  6/9 12/15 13/16 13/18 13/21 13/24 14/6 14/8 14/14 15/4 15/16 15/17 15/24 17/4 18/11 20/11 24/25 34/2 34/3 63/9 76/5

## L

**levels [9]** 12/15 13/19 13/24 15/1 15/15 15/15 24/19 33/25 40/1
**life [11]** 49/1 51/1 51/14 58/24 59/22 60/2 60/6 60/14 60/16 61/17 61/20
**life-threatening [1]** 49/1
**light [4]** 36/2 44/16 54/13 69/2
**lightened [1]** 76/12
**like [34]** 6/10 9/10 12/2 22/25 23/3 23/5 23/20 24/7 25/4 25/8 28/9 30/19 35/17 37/22 38/9 38/17 39/17 43/3 45/12 46/13 48/16 51/6 51/24 52/11 55/20 57/11 59/24 60/6 60/8 60/13 66/4 67/6 76/14 76/22
**likely [4]** 48/24 49/5 52/4 52/24
**likes [1]** 78/25
**likewise [1]** 35/2
**limits [1]** 76/24
**line [5]** 46/3 47/20 47/22 48/4 54/2
**lines [2]** 73/4 75/10
**list [2]** 71/23 74/9
**listened [1]** 50/5
**listening [1]** 49/21
**litigated [1]** 53/23
**little [2]** 56/17 59/24
**lives [3]** 11/9 44/9 44/16
**living [2]** 10/23 45/4
**lobby [1]** 47/24
**local [1]** 74/11
**locations [1]** 48/21
**logic [4]** 15/13 16/15 16/20 38/13
**logically [1]** 16/11
**long [3]** 36/5 46/16 60/12
**longer [1]** 52/5
**look [9]** 28/14 28/15 31/11 37/4 39/1 48/17 52/3 62/16 66/4
**looked [2]** 37/17 68/3
**looking [8]** 19/6 29/10 36/3 37/6 39/25 42/9 42/16 52/10
**looks [3]** 6/10 66/4 76/22
**lose [1]** 28/5
**loss [7]** 10/19 16/11 16/13 18/18 29/6 32/3 64/17
**losses [1]** 11/12
**lost [5]** 19/2 43/16 44/5 44/15 61/24
**lot [15]** 8/14 41/16 47/23 48/18 48/23 49/11 49/13 49/17 49/21 50/22 54/22

## M

**made [8]** 37/21 39/19 42/25 53/25 60/14 73/25 75/15 78/22
**Maimone [1]** 55/15
**maintain [2]** 42/9 77/17
**maintained [2]** 30/22 77/16
**majority [1]** 47/13
**make [11]** 4/9 5/2 8/17 13/14 19/22 21/4 42/1 66/18 68/14 78/19 78/25
**makes [3]** 42/3 58/1 65/22
**making [8]** 10/5 10/20 20/5 51/10 61/16 61/18 69/2 73/23
**makings [1]** 10/22
**male [11]** 24/3 26/8 27/10 27/15 27/24 28/6 28/19 28/19 29/2 29/21 33/21
**male's [2]** 28/22 29/3
**man [8]** 17/19 17/22 17/24 45/15 45/19 46/5 50/1 50/6
**mandatory [8]** 21/24 22/6 22/20 71/12 71/16 71/22 74/6 74/12
**manipulated [1]** 28/24
**manipulating [1]** 28/21
**manned [2]** 47/8 47/10
**many [9]** 10/8 45/12 45/12 50/25 54/25 58/12 60/4 61/20 75/22
**map [1]** 52/3
**March [1]** 80/8
**Maria [2]** 1/17 2/20
**married [1]** 67/9
**Marshal [1]** 57/11
**MARYANN [11]** 1/6 1/20 2/10 2/17 27/9 37/18 38/17 39/8 40/6 42/23 61/14
**mask [1]** 8/7
**mass [2]** 38/15 38/16
**massive [1]** 36/21
**masterminds [1]** 65/24
**materials [6]** 3/22 8/10 8/15 23/9 23/11 27/19
**maters [1]** 53/4
**matter [4]** 12/19 36/13 56/11 80/5
**matters [1]** 36/1
**matured [1]** 51/6
**max [1]** 39/3
**maximum [7]** 21/16 21/22 22/1 22/5 48/4 48/5 59/6
**maximums [1]** 68/8
**may [18]** 3/24 3/24 6/11 6/23 10/11 14/24 32/7 39/7 39/15 40/4 40/4

**low [2]** 48/4 71/5
**luck [1]** 79/7

**maybe [4]** 23/19 42/10 57/14 63/8
**me [28]** 3/1 4/1 4/22 6/19 7/23 8/12 13/9 19/21 34/7 34/25 37/23 38/21 41/7 43/21 44/1 46/2 57/14 58/17 58/18 59/22 60/1 60/5 67/4 68/10 68/10 71/13 77/8 77/18
**mean [9]** 6/16 14/7 19/2 38/21 39/2 41/22 45/23 50/2 51/18
**meaning [1]** 25/25
**means [5]** 15/3 41/22 70/7 73/22 77/12
**meant [1]** 52/13
**mechanical [1]** 2/5
**media [5]** 32/14 49/12 49/23 51/8 51/11
**medical [4]** 3/15 62/3 62/4 67/23
**meet [7]** 7/16 60/5
**meeting [2]** 60/3 60/4
**members [5]** 7/21 24/11 30/23 43/15 47/6
**mementos [1]** 31/25
**memo [5]** 26/12 35/12 35/14 40/24 54/24
**memoranda [1]** 3/12
**memorandum [3]** 8/11 16/23 78/21
**men [2]** 45/16 49/11
**mens [4]** 8/14 37/2 37/3 39/16
**mentality [1]** 50/19
**mentioned [1]** 17/19
**mentor [1]** 62/21
**mercy [3]** 43/25 44/9 44/25
**met [2]** 59/18 60/4
**metal [1]** 59/5
**Metro [2]** 52/16
**Metropolitan [1]** 11/13
**microphone [3]** 4/10 4/11 4/25
**might [3]** 13/8 34/18 39/11
**Mike [1]** 30/7
**million [1]** 11/12
**mind [2]** 37/6 37/9
**minimize [2]** 37/24 66/22
**minimizing [1]** 20/2
**minimum [1]** 56/24
**minus [4]** 14/17 14/20 15/2 15/8
**minute [5]** 26/3 64/20 68/10 71/13 74/21
**minutes [4]** 25/14 26/15 29/16 30/6
**miraculously [1]** 49/4
**mirror [1]** 29/25
**misdemeanants [1]** 48/8
**misdemeanor [7]** 46/4

**missed [1]** 44/17
**mistake [1]** 60/14
**mitigating [3]** 23/10 32/8 55/22
**mob [8]** 7/21 11/17 11/20 12/10 33/12 33/14 38/14 38/14
**molten [1]** 59/4
**mom [2]** 44/15 46/8
**moment [5]** 28/25 36/24 65/6 68/17 69/6
**money [2]** 63/15 64/4
**monitor [1]** 79/2
**monitoring [1]** 71/1
**month [5]** 40/25 52/19 64/3 72/21 75/1
**monthly [1]** 63/19
**months [23]** 21/6 21/6 22/10 22/10 22/12 22/13 22/18 34/2 34/3 44/20 53/21 54/4 55/2 55/3 57/23 59/12 70/6 73/21 75/22 75/23 75/24 76/3 76/4
**MOONEY [93]**
**MOONEY-RONDON [8]** 1/6 1/20 2/10 2/17 27/10 38/17 39/8 40/6 more [13] 11/12 21/20 22/4 33/4 36/25 36/25 37/1 37/3 44/6 63/8 66/8 66/8 70/23
**Moreover [1]** 11/22
**morning [1]** 59/10
**most [12]** 19/6 33/17 43/9 44/6 48/23 50/4 53/16 53/17 55/4 55/7 55/14 55/22
**mostly [1]** 32/10
**mother [9]** 41/4 43/22 44/15 44/18 44/20 46/6 46/20 47/18 61/13
**mother's [1]** 53/5
**motion [2]** 69/11 78/20
**motions [1]** 70/1
**move [3]** 44/10 61/21 78/14
**movements [1]** 26/4
**moves [1]** 78/15
**moving [2]** 59/2 59/15
**Mr [1]** 5/20
**Mr. [124]**
**Mr. Cooper [20]** 4/11 6/13 8/4 13/5 13/8 15/12 15/18 21/2 23/2 23/12 35/6 46/19 51/16 63/3 63/22 63/25 65/5 69/10 71/19 76/13
**Mr. Rondon [84]**
**Mr. Rondon's [12]** 3/15 3/20 20/11 21/6 27/23 32/13 34/19 35/1 46/23 48/11 56/1 60/21
**Mr. Widman [7]** 6/20 23/7 37/7 37/8 38/3 63/22 72/6

**Mr. Widman's [1]** 45/11
**Ms. [91]**
**Ms. Jacob [2]** 5/13 20/25
**Ms. Maryann [2]** 2/17 39/8
**Ms. Mooney-Rondon [79]** 3/4 3/7 3/13 4/6 5/21 6/11 6/22 7/3 7/7 8/8 9/10 13/2 13/11 13/23 14/9 14/12 20/17 20/24 22/9 22/22 23/3 23/20 24/2 24/10 24/22 25/1 25/12 25/17 26/5 26/17 27/1 27/6 27/23 28/3 28/16 28/17 29/7 29/8 30/3 30/9 30/16 30/21 31/1 31/4 31/9 31/13 31/16 31/23 32/9 32/11 33/6 33/20 33/22 34/1 34/3 34/11 38/21 38/23 38/25 40/18 41/9 41/23 43/2 45/6 60/20 64/7 64/10 65/5 65/24 67/8 68/12 69/12 69/22 70/4 71/13 74/13 75/21 78/17 79/1
**Ms. Mooney-Rondon's [6]** 3/21 7/24 20/10 21/5 32/13 76/7
**Ms. Rondon [2]** 21/3 70/16
**much [5]** 10/17 12/22 37/3 47/4 53/15
**multiple [1]** 23/24
**must [5]** 71/7 72/23 75/4 77/23 78/1
**my [52]** 6/6 9/4 10/2 10/2 12/10 12/21 18/22 20/4 20/4 20/12 20/13 21/9 25/5 35/12 37/9 39/25 40/24 43/9 43/9 43/10 43/10 43/14 43/16 43/17 43/18 43/25 44/15 44/15 44/17 44/18 44/18 44/19 44/20 45/12 58/7 58/19 58/20 58/23 59/9 59/11 59/14 59/16 59/20 59/21 60/2 60/4 60/13 60/16 61/3 61/13 61/22 62/3 62/13
**myself [1]** 59/1

## N

**N.W [1]** 1/18
**name [2]** 26/22 60/25
**Nancy [2]** 48/16 48/17
**narrow [1]** 25/10
**narrower [1]** 23/18
**nation's [1]** 11/11
**nature [1]** 11/24 12/9 38/19 39/5 65/10 71/4 73/25
**near [1]** 52/9
**nearly [1]** 44/5
**necessarily [1]** 76/6

**N**

**need** [5]  9/8 12/11
65/10 73/10 78/9
**needed** [3]  44/14 49/11
51/1
**needs** [1]  76/18
**nefarious** [1]  36/25
**negative** [2]  37/20
51/16
**neither** [1]  7/3
**net** [1]  64/3
**networks** [1]  49/12
**never** [11]  24/14 29/5
32/2 41/5 41/6 45/1
46/13 59/19 60/5 60/13
64/12
**new** [22]  1/15 6/18
7/13 7/17 34/6 34/24
52/19 53/7 57/1 57/4
57/21 57/24 61/6 62/15
73/4 73/20 75/9 77/7
77/9 77/22 79/1 79/4
**next** [1]  52/15
**nice** [1]  42/4
**night** [1]  46/8
**nine** [1]  14/1 29/16
**no** [44]  1/4 4/4 5/19
5/25 6/1 8/13 8/14
11/25 14/4 16/2 16/3
16/18 21/8 21/9 27/15
32/14 35/21 37/25
38/11 40/12 40/14
40/17 41/3 42/6 43/12
47/14 50/1 50/7 50/9
50/25 55/20 56/11 66/1
66/13 66/20 67/2 75/19
75/25 77/4 77/10 77/11
77/14 78/10 78/11
**none** [3]  5/25 24/22
37/19
**nonetheless** [1]  47/17
**normal** [1]  61/17
**normally** [1]  49/9
**Northern** [5]  34/6
34/24 77/7 77/9 77/22
**not** [143]
**notable** [4]  39/21 47/7
48/19 53/9
**note** [6]  17/7 24/20
26/16 27/4 28/18 67/25
**nothing** [3]  48/7 48/10
58/25
**notice** [2]  78/1 78/3
**notify** [1]  73/10
**notion** [1]  16/12
**notwithstanding** [1]
15/14
**November** [2]  1/5 6/10
**November 2023** [1]
6/10
**now** [22]  6/9 7/1 8/24
9/16 16/25 22/25 27/18
28/23 29/12 36/19 38/6
38/11 39/9 41/22 42/16
46/23 51/6 53/19 56/4
60/10 61/13 69/16
**number** [2]  62/19

**number two** [1]  62/19
**numbers** [1]  38/19
**NW** [2]  1/15 1/22

**O**

**Oath** [1]  53/17
**objection** [9]  6/20 14/4
20/12 21/7 75/25 76/2
77/4 77/8 77/18
**objections** [5]  4/2 5/24
6/1 75/15 75/17
**objects** [1]  19/13
**obligation** [4]  65/2
72/21 73/11 74/14
**obligations** [3]  72/20
73/3 73/6
**observed** [1]  29/9
**obstruct** [2]  16/21 18/1
**obstructing** [5]  17/1
17/3 17/17 19/9 20/6
**obstruction** [10]  3/5
30/11 32/23 40/8 46/3
47/20 53/18 54/6 66/22
68/23
**obstructive** [1]  25/20
**obtain** [1]  10/25
**obviously** [6]  6/9 30/16
41/14 44/22 56/13
57/20
**occurred** [6]  7/22 20/2
23/25 24/9 25/15 25/15
**occurrence** [1]  9/15
**off** [5]  10/14 35/18 49/3
60/10 76/23
**offender** [4]  6/11 14/8
14/11 53/5
**offense** [27]  3/20 6/3
6/5 12/15 13/4 13/18
13/19 13/24 13/25 14/8
14/14 15/7 17/4 17/9
20/11 24/13 34/2 52/23
65/11 66/1 66/23 67/2
67/19 68/1 71/4 73/25
74/11
**offenses** [3]  19/4 32/23
68/10
**offer** [1]  32/10
**offered** [1]  47/25
**offhand** [1]  42/4
**office** [38]  1/18 2/24
19/17 19/17 19/18 22/9
22/17 23/22 24/2 24/4
26/7 26/18 26/22 27/1
29/4 29/8 29/10 29/11
29/22 30/1 38/4 48/16
48/18 72/8 72/13 72/15
72/25 73/2 73/12 73/14
74/7 74/20 75/4 75/6
75/8 75/13 77/13 79/4
**office's** [1]  22/8
**officer** [8]  33/7 55/12
70/10 72/3 72/23 73/5
75/11 76/21
**officers** [8]  11/13 33/12
33/13 37/14 37/15
37/16 47/5 55/11
**official** [8]  2/4 3/5 8/12

84/13
65/20 80/9
**offset** [1]  24/20
**offsetting** [1]  24/25
**often** [1]  62/25
**Ohio** [1]  44/19
**Okay** [46]  2/19 2/22
2/25 3/3 3/23 4/5 5/3
6/8 6/19 8/2 10/10
12/17 13/14 14/4 15/9
15/11 15/20 15/23 16/7
18/12 21/11 22/7 22/25
41/11 43/2 45/24 46/1
56/15 58/4 58/6 58/16
60/22 63/3 64/5 64/15
64/20 65/4 65/7 70/3
71/22 73/18 74/5 77/3
77/5 77/21 78/18
**old** [4]  17/22 46/6 50/7
51/6
**older** [3]  17/22 47/4
50/17
**Once** [2]  26/25 74/19
**one** [36]  2/10 3/1 3/5
3/8 8/6 20/18 20/18
21/17 21/21 22/1 22/4
22/23 23/23 33/17 36/3
38/19 41/11 44/17
44/18 44/19 45/18 48/4
53/16 54/25 55/7 58/5
58/7 61/14 62/4 63/5
65/13 65/22 68/10
70/23 72/7 77/20
**one-year** [1]  48/4
**ones** [1]  55/15
**only** [11]  5/1 15/4
22/22 43/8 43/23 44/4
44/12 53/9 56/4 57/9
62/24
**open** [7]  7/19 33/7
33/10 47/7 47/12 73/4
75/9
**opinion** [1]  62/13
**opinions** [2]  49/14
49/24
**opportunity** [1]  23/1
**opposed** [2]  36/24
68/16
**opting** [1]  32/11
**options** [1]  74/8
**oral** [1]  78/19
**orange** [1]  31/16
**order** [11]  16/21 18/1
38/14 38/15 59/2 70/14
70/15 71/7 71/11 74/25
75/2
**ordered** [2]  74/5 74/14
**ordering** [1]  70/21
**organizations** [2]
43/19 61/7
**organized** [4]  19/8 36/8
37/1 39/18
**originally** [1]  59/20
**ostensibly** [1]  28/6
**other** [48]  7/19 10/20
11/6 11/14 13/22 16/17
19/16 19/25 23/16
26/20 30/2 30/23 31/3

33/1 35/25 36/16
36/17 36/24 37/3 38/13
39/17 39/23 40/21 42/7
45/16 47/24 48/6 48/18
49/22 49/22 49/23 50/3
50/8 50/8 50/14 50/22
56/13 57/6 60/4 61/7
61/16 61/20 65/23 67/5
70/2 72/11 76/8 77/15
**others** [7]  12/6 18/4
18/8 47/11 47/18 49/18
50/1
**otherwise** [2]  20/8
50/13
**our** [21]  11/11 14/2
19/3 24/21 41/24 43/8
43/12 43/23 43/23
43/25 44/9 44/16 44/23
45/3 51/5 52/18 54/22
56/6 60/25 61/20 66/10
**ourselves** [1]  50/5
**out** [19]  3/23 7/24 8/25
9/6 9/15 11/22 12/20
13/14 19/1 26/19 39/3
42/1 42/13 42/13 51/7
52/8 55/16 62/2 63/20
**outcome** [1]  61/4
**outlier** [2]  67/7 67/15
**outlined** [2]  55/15 73/6
**outside** [5]  31/8 46/12
52/14 55/10 76/23
**over** [13]  3/19 5/21
8/21 11/12 16/18 20/12
33/1 40/1 40/5 40/11
45/2 55/4 74/13
**overall** [1]  7/21
**overlay** [1]  66/18
**overlooking** [1]  30/4
**overthrow** [1]  35/20
**overwhelmed** [1]  33/12
**own** [4]  18/10 36/11
41/5 41/25
**owner** [1]  43/23
**owner's** [1]  19/1

**P**

**p.m** [2]  1/5 46/18
**page** [2]  8/17 13/15
**paid** [2]  72/22 73/11
**painting** [1]  35/23
**pair** [1]  8/19
**pandemic** [2]  49/13
49/18
**paper** [1]  56/6
**papers** [6]  4/15 5/8 7/4
28/23 52/18 54/23
**park** [3]  52/9 52/14
52/15
**parked** [2]  52/14 52/16
**part** [8]  40/8 40/13
40/14 50/16 71/1
71/20 74/7 77/25
**part D** [1]  71/17
**participants** [1]  45/1
**participation** [2]  32/1
33/16
**particular** [2]  12/6
12/23

**particularly** [2]  12/4
48/10
**parties** [8]  13/15 21/12
22/7 22/24 22/25 34/7
34/10 73/16
**parties'** [1]  15/24
**party** [6]  6/2 69/12
70/11 77/17
**passed** [3]  44/17 44/21
61/13
**passing** [1]  44/19
**past** [1]  54/5
**path** [1]  44/11
**pathway** [1]  62/9
**Patricia** [1]  44/20
**patterns** [1]  49/11
**pause** [1]  9/18
**pay** [14]  63/4 63/5
63/11 64/25 70/16 71/6
72/6 72/15 72/16 72/20
74/2 74/14 74/16 75/1
**payable** [1]  73/7
**paying** [2]  63/7 74/17
**payment** [2]  73/7 74/25
**peaceful** [6]  9/12 11/11
32/25 33/1 38/17 38/17
**Pelosi** [1]  48/17
**Pelosi's** [3]  19/17
26/22 48/16
**Pence** [1]  30/7
**pending** [1]  54/18
**people** [54]  9/6 9/7
9/10 17/22 23/13 23/15
23/19 23/19 35/19
35/20 35/21 36/15
36/17 36/24 37/3 37/4
37/11 38/1 38/3 38/15
38/16 38/16 38/17
38/18 39/11 39/13 40/5
40/13 40/15 40/21 44/6
46/13 47/24 48/18
49/22 50/15 50/18
50/22 51/3 54/15 55/9
55/10 55/10 59/18
59/19 60/4 61/20 62/6
62/7 62/21 65/18 66/3
70/1 76/9
**per** [3]  21/23 72/21
76/2
**perceive** [1]  45/14
**period** [10]  34/13 40/25
47/9 57/22 68/5 69/8
70/16 71/15 72/17
76/12
**periods** [1]  36/16
**permission** [2]  78/5
79/3
**permitted** [1]  73/1
**person** [8]  8/19 19/13
36/3 36/22 36/23 40/3
60/15 61/11
**personal** [3]  10/2 10/2
76/7
**personally** [4]  7/6 7/14
11/15 11/16
**perspective** [1]  46/24
**persuaded** [1]  8/1
**Peter** [3]  1/21 1/21 2/16

**P**

pharmacy [1] 62/10
phone [1] 60/10
photographs [1] 31/19
phrase [2] 8/13 39/16
physical [3] 18/15 18/20 19/8
physically [4] 33/21 37/14 37/15 49/19
picked [1] 52/7
picking [1] 45/13
picture [2] 27/5 27/7
pictured [1] 29/25
pictures [1] 45/13
pieces [1] 19/18
Pierce [1] 44/10
pinpointed [1] 48/15
place [4] 33/23 34/1 40/10 62/23
placed [2] 36/17 57/21
places [1] 61/24
plain [4] 12/21 16/9 16/16 16/20
Plaintiff [1] 1/4
plan [1] 46/15
planned [1] 25/24
planning [1] 66/24
plans [1] 10/22
platform [1] 49/23
platforms [1] 49/23
play [7] 26/14 26/25 27/3 27/18 27/20 29/12 68/8
played [12] 26/24 27/8 27/13 27/17 28/2 28/10 28/12 29/14 29/17 31/14 31/22 50/15
plays [1] 31/12
plea [8] 3/20 17/5 32/10 32/13 34/10 64/9 76/17 78/1
pleas [2] 20/7 48/1
please [6] 2/11 4/12 26/20 43/4 44/25 60/24
pled [3] 54/6 55/16 55/19
plus [1] 15/2
pm [2] 25/14 79/8
podium [1] 2/12
point [19] 3/19 6/11 11/22 14/2 14/8 14/11 16/17 20/20 28/9 30/3 36/20 46/22 51/19 52/2 53/5 53/10 58/13 59/24 63/17
pointed [1] 51/7
pointing [1] 38/4
points [7] 14/17 14/20 16/5 20/19 20/24 53/11 58/11
police [11] 11/13 11/13 11/14 33/7 33/12 33/13 37/14 37/15 37/16 47/8 47/10
political [2] 12/2 12/8 41/7 50/16
politicians [4] 49/22
politics [1] 49/8
poor [1] 47/14
pop [1] 8/14
portion [1] 72/7
portray [1] 39/16
posing [1] 27/5
position [7] 9/24 17/25 41/25 45/12 63/3 63/11 66/7
positioned [1] 31/8
positioning [1] 31/18
positions [3] 15/25 43/17 43/19
positive [1] 67/5
possess [1] 72/1
possession [2] 18/25 19/1
possibility [1] 54/17
possible [1] 33/16
possibly [2] 28/7 60/15
post [1] 67/25
post-dated [1] 67/25
posting [1] 10/21
potential [2] 8/22 16/9
power [2] 11/11 32/25
powerful [2] 50/3 50/4
preclude [1] 68/1
predictive [1] 12/1
prefer [1] 77/19
prepare [2] 5/8 45/7
prepared [5] 4/19 5/10 9/7 52/21 56/10
presence [1] 30/18
present [2] 2/18 2/21
presentation [1] 37/10
presented [2] 43/1 78/20
presentence [18] 3/10 3/16 4/3 4/15 5/7 5/14 5/18 5/21 5/24 6/2 6/4 22/23 63/4 71/18 71/24 73/13 74/8 75/14
President [3] 30/7 49/21 50/3
presidential [1] 49/15
presiding [1] 30/7
pretrial [1] 51/13
pretty [2] 46/4 67/14
previously [1] 9/23
primarily [1] 7/23
prior [7] 20/17 24/20 24/22 25/19 30/6 46/7 46/15
probably [3] 42/10 42/16 64/2
probation [45] 2/24 3/11 3/18 9/21 10/2 22/8 22/9 22/17 36/18 36/21 39/3 55/24 57/22 63/18 64/19 69/17 69/17 70/5 70/6 70/9 70/15 71/17 72/3 72/19 72/23 72/25 73/5 73/12 73/14 73/19 74/7 74/20 75/2 75/4 75/6 75/11 75/13 75/21 75/24 76/15 76/16 76/21
probation's [1] 10/3
probationary [3] 21/16 22/2 71/15
problem [1] 79/6
procedures [1] 62/3
proceeding [3] 3/5 30/10 32/24
proceedings [4] 2/5 30/8 79/8 80/4
process [1] 30/5
processing [1] 74/11
produced [1] 2/5
professor [1] 59/19
program [9] 51/12 56/4 57/5 59/3 59/24 60/3 62/6 62/13 62/22
prominent [1] 50/9
pronounce [1] 70/3
proof [1] 16/19
propagate [2] 12/5 12/7
property [13] 3/9 16/10 16/12 18/4 18/8 18/15 18/25 19/5 19/5 19/25 21/25 30/1 39/6
propose [1] 16/20
prosecutors [1] 34/24
prospective [1] 62/3
protection [1] 30/22
protective [2] 30/22 46/9
protest [1] 46/12
protesters [1] 46/22
Proud [1] 53/17
provide [5] 44/12 62/17 70/12 72/23 75/4
provided [1] 8/10
provides [3] 21/19 22/3 27/24
providing [1] 33/22
provision [1] 7/15
PSR [2] 7/10 35/13
public [2] 1/18 32/14
publicly [1] 78/22
pulling [1] 37/16
punishment [3] 52/22 53/21 57/23
punitive [2] 63/16 69/25
purpose [5] 9/12 17/1 19/9 19/25 49/12
purposes [4] 6/6 54/11 70/8 70/20
pursuant [1] 17/4
pursue [2] 59/14 62/19
push [1] 55/6
pushing [5] 37/14 37/16 37/16 56/5 58/9 58/9
put [19] 3/18 8/12 9/21 13/20 14/1 14/12 17/10 17/11 17/20 20/20 35/12 40/20 40/24 42/6 50/5 53/11 59/5 69/8 79/2
puts [1] 15/2
putting [2] 15/3 36/20

**Q**

question [6] 34/18 37/25 40/17 57/8 64/6 66/18
questions [3] 5/2 58/2 78/8
quick [1] 64/2
quickly [2] 10/15 56/23
quite [5] 41/6 41/25 51/22 66/3 66/6
quote [15] 25/23 25/25 26/1 26/2 27/11 27/12 27/15 27/16 30/15 30/15 30/16 30/17 30/18 30/19 52/7
quoted [2] 37/9 63/14

**R**

R-O-N-D-O-N [1] 61/1
RAFAEL [8] 1/6 1/16 2/10 2/21 44/1 44/2 44/9 61/22
raised [1] 8/6
rally [3] 43/11 46/11 46/25
ramifications [1] 65/21
range [11] 9/5 21/5 21/6 21/20 21/21 22/4 34/2 48/5 68/23 71/5 71/8
ranges [2] 68/9 68/11
rate [1] 72/21
rather [1] 47/21 63/7
Ray [2] 57/3 62/16
rea [4] 8/14 37/2 37/3 39/16
read [4] 15/24 23/10 44/23 67/10
ready [1] 60/7
real [1] 50/19
realize [1] 60/14
really [10] 44/25 48/6 48/20 49/17 50/6 51/14 53/14 57/15 65/19 68/17
realm [1] 54/17
reason [12] 7/19 11/8 11/25 19/5 50/1 50/7 50/10 68/13 69/18 71/3 76/16 76/24
reasonable [2] 42/11 42/16
reasoning [1] 8/1
reasons [9] 7/20 11/19 18/11 20/9 25/3 33/24 58/12 58/12 73/24
recalls [1] 46/17
receive [1] 32/19
received [5] 3/10 3/15 3/17 53/8 55/23
receives [1] 20/19
recent [2] 6/18 6/25
recess [1] 30/8
recidivism [2] 11/23 12/1
recitation [1] 25/7
recitations [2] 3/25 6/2
recognized [1] 26/21
recognizes [1] 32/7
recollections [1] 54/15
recommend [2] 21/18 57/3
recommendation [4] 3/11 3/17 51/5 57/15
recommendations [1] 22/21
recommended [5] 22/8 22/10 22/17 64/19 74/7
reconsider [1] 76/3
reconstructive [1] 61/25
record [12] 2/8 2/12 3/19 13/19 19/21 29/5 60/25 67/8 67/9 73/24 75/17 75/18
recorded [1] 2/5
recording [1] 17/12
records [1] 3/15
recover [1] 62/9
recovered [7] 24/14 24/15 27/21 29/5 29/18 32/2 64/12
recovering [1] 49/16
red [1] 9/15
reduction [20] 6/12 6/22 9/2 9/16 12/15 12/19 12/24 13/11 14/6 14/9 14/11 15/4 15/5 15/16 15/17 24/20 53/6 53/8 53/10 58/13
reductions [2] 13/21 14/3
refer [1] 71/20
reference [6] 39/19 61/3 62/8 71/19 71/25 74/10
reflected [1] 7/10
reflection [1] 52/12
reflective [1] 69/3
reflects [1] 25/10
reformatted [1] 62/6
regard [2] 8/15 67/8
regarding [2] 6/3 6/5
regardless [2] 16/18 58/12
regards [4] 33/18 54/21 56/16 75/20
region [1] 64/3
regret [1] 58/18
regrettably [1] 48/9
regulatory [1] 52/23
rehabilitate [1] 51/14
rehabilitation [1] 49/5
reimbursed [1] 62/7
reiterate [3] 11/5 32/22 41/3
relates [2] 66/6 66/19
relationships [1] 43/14
release [16] 21/20 22/4 22/12 22/13 22/15 22/19 34/8 34/13 41/1 68/3 68/4 72/25 73/12 75/1 75/6 75/13
released [3] 11/23 74/19 74/24

**R**

**relevant [2]** 17/17 40/2
**relied [1]** 10/9
**relief [1]** 54/2
**relies [1]** 18/17
**relocating [1]** 10/23
**rely [1]** 57/15
**remained [1]** 31/2
**remaining [4]** 31/20 72/18 78/14 78/16
**remains [1]** 49/25
**remarks [1]** 45/7
**remorse [2]** 33/2 33/6
**remorseful [2]** 40/18 51/12
**remotely [1]** 68/19
**removed [1]** 28/4
**removing [2]** 28/24 33/23
**repeat [2]** 56/2 60/13
**repeating [1]** 35/12
**report [20]** 3/10 3/16 4/3 4/15 5/7 5/15 5/18 5/21 5/24 6/3 6/4 22/23 63/4 71/18 71/24 73/13 74/8 74/20 74/22 75/14
**Reporter [3]** 2/2 2/4 80/9
**reports [1]** 68/4
**represent [1]** 52/9
**representation [1]** 71/9
**representative [1]** 58/23
**Representative's [1]** 26/7
**represented [1]** 56/6
**republic [2]** 37/3 39/12
**request [6]** 4/16 34/8 41/15 57/2 57/16 78/4
**requested [4]** 21/12 68/20 72/24 75/5
**requesting [4]** 14/10 63/24 64/7 64/11
**require [1]** 72/20
**required [3]** 71/16 72/3 72/18
**requisite [1]** 19/24
**residence [4]** 24/16 57/5 73/15 76/9
**resign [1]** 43/17
**respect [20]** 8/8 8/15 8/16 8/18 8/21 8/25 11/6 13/23 19/14 21/3 21/14 24/1 35/17 37/18 39/25 40/6 42/8 55/3 65/14 75/12
**respectfully [1]** 57/19
**respiratory [1]** 30/22
**respond [1]** 54/23
**responsibility [11]** 13/22 14/7 14/18 32/16 32/19 32/20 43/23 53/14 53/15 54/1 55/21
**responsible [1]** 43/24
**rest [1]** 60/16
**restitution [24]** 22/15 22/19 34/9 34/14 34/15

63/23 64/8 64/11 64/16 64/23 65/1 65/2 70/14 70/17 71/6 72/4 72/13 74/2 74/16 74/17
**restoration [1]** 62/5
**restriction [1]** 76/11
**restrictions [1]** 76/8
**restrictive [1]** 70/23
**result [2]** 54/10 56/11
**resulting [2]** 18/19 32/3
**resumed [1]** 56/9
**retaliating [1]** 20/1
**retirement [2]** 10/19 10/22
**return [1]** 79/3
**review [2]** 5/14 12/21
**reviewed [2]** 3/10 71/24
**reviewing [1]** 17/12
**revolutionary [1]** 38/8
**riddled [1]** 26/2
**rifling [1]** 29/23
**right [9]** 21/4 23/12 37/9 38/3 43/2 53/14 60/9 64/21 77/24
**rightful [1]** 19/1
**rights [2]** 54/3 73/16
**riot [7]** 11/8 11/21 12/3 12/10 30/7 32/1 38/14
**rioter [3]** 11/15 27/22 30/14
**rioter's [1]** 29/19
**rioters [8]** 19/16 19/25 26/20 29/9 30/2 30/13 31/3 42/14
**Robert [1]** 2/24
**Rochester [2]** 62/1 62/5
**rock [1]** 60/2
**role [2]** 36/11 39/14
**RONDON [180]**
**Rondon's [18]** 3/15 3/20 3/21 7/24 20/10 20/11 21/5 21/6 27/23 32/13 32/13 34/19 35/1 46/23 48/11 56/1 60/21 76/7
**room [10]** 17/22 28/16 28/17 38/20 40/16 40/16 43/10 45/4 45/16 48/14
**rooms [1]** 47/25
**Rotunda [1]** 55/6
**RPR [2]** 2/3 80/9
**rule [1]** 16/1
**run [4]** 34/5 57/1 70/12 76/18
**running [1]** 40/25
**runs [1]** 41/4
**rush [1]** 51/22

**S**

**sacred [1]** 32/25
**sad [1]** 38/9
**safety [1]** 45/3
**said [18]** 3/17 13/7

29/5 41/7 47/16 48/9 50/21 54/25 56/18 56/18 60/19 65/13 66/5 75/12
**same [24]** 8/17 9/16 10/18 10/20 12/7 12/7 13/15 16/15 17/5 25/2 25/3 28/10 31/20 32/11 35/23 36/2 36/16 36/25 42/8 51/9 51/24 53/8 55/18 73/17
**sandwiched [1]** 55/11
**satchel [9]** 7/11 24/10 30/24 31/15 31/18 31/24 32/2 34/16 64/17
**satisfied [3]** 4/6 4/23 5/3
**satisfy [1]** 8/24
**Saturday [1]** 44/18
**saved [1]** 62/14
**savings [1]** 10/20
**saw [3]** 30/10 30/12 38/2
**say [23]** 7/2 7/23 11/24 12/9 13/7 20/8 22/7 32/22 36/4 36/5 36/21 38/9 38/20 42/12 42/20 45/9 51/24 52/1 60/24 63/13 64/13 65/12 69/9
**saying [6]** 6/21 9/14 17/24 42/15 42/24 63/10
**says [3]** 16/10 17/15 63/5
**scared [1]** 45/23
**scenario [1]** 46/14
**schedule [3]** 59/9 73/8 74/25
**school [4]** 37/2 44/11 62/9 62/10
**science [1]** 68/15
**score [1]** 20/18
**scot [1]** 38/23
**scot-free [1]** 38/23
**screen [2]** 26/16 28/15
**scrutiny [1]** 43/18
**Scullin [3]** 34/25 54/16 57/10
**Scullin's [1]** 54/14
**se [1]** 76/2
**sealed [1]** 3/15
**search [4]** 24/15 52/25 54/10 67/21
**second [5]** 3/2 24/8 58/5 69/3 76/12
**secondly [2]** 55/4 61/22
**seconds [2]** 27/9 27/14
**Secor [4]** 54/24 55/5 55/5 55/13
**secrets [1]** 68/18
**section [7]** 3/6 3/9 7/8 7/17 7/23 10/15 13/18
**Section 2JI.2A [1]** 13/18
**Section 641 [1]** 7/8
**Section F [1]** 10/15

**see [16]** 15/6 16/15 38/2 40/4 40/4 40/5 40/6 43/11 43/11 49/11 49/19 51/9 52/11 56/21 57/12 66/8
**seeing [1]** 40/9
**seemed [2]** 32/20 59/24
**seeming [1]** 37/21
**seems [1]** 67/6
**seen [9]** 28/20 31/9 31/13 32/15 33/18 37/10 39/7 65/16 68/21
**selection [1]** 29/24
**self [2]** 49/19 52/21
**Senate [17]** 23/22 24/8 25/13 30/4 30/4 30/12 30/13 30/18 30/20 31/8 37/11 40/9 47/9 47/22 48/3 48/13 55/17
**senators [2]** 30/4 30/23
**sending [1]** 77/1
**sensitive [9]** 23/21 23/24 24/1 24/8 28/7 65/19 66/16 66/25 69/4
**sensitivity [1]** 24/6
**sentence [34]** 22/18 33/25 34/5 34/5 34/9 35/22 52/19 52/21 55/23 56/12 56/24 57/1 57/2 57/7 57/20 57/21 57/22 57/24 62/15 65/3 67/19 68/24 69/14 70/3 73/18 73/20 73/21 74/18 75/16 75/17 76/19 77/4 77/24 78/8
**sentenced [5]** 3/4 39/23 53/6 70/5 74/2
**sentences [2]** 54/5 68/7
**sentencing [47]** 1/9 3/1 3/11 3/12 3/17 3/19 4/16 4/20 5/8 5/8 5/11 6/7 7/1 7/2 8/11 9/4 9/23 13/13 16/23 23/9 24/21 24/23 26/12 26/13 27/19 34/20 34/21 35/2 35/12 35/14 35/17 35/24 36/3 36/19 39/22 40/24 44/15 50/25 54/14 54/22 56/6 56/8 57/16 59/16 65/9 74/8 78/21
**separate [1]** 54/7
**separated [1]** 54/9
**serious [7]** 33/17 48/5 53/16 53/17 66/6 66/8 68/1
**seriousness [6]** 24/6 24/13 24/18 25/9 32/23 66/22
**serve [9]** 53/22 56/12 57/20 62/15 67/18 70/6 72/17 73/20 74/18
**served [3]** 22/11 22/14 57/24
**serves [1]** 75/23
**service [4]** 41/2 65/3

72/19 75/3
**services [1]** 51/13
**serving [3]** 57/6 73/20 75/2
**session [1]** 25/18
**set [5]** 4/2 5/18 9/23 65/8 79/5
**sets [1]** 21/22
**settings [2]** 24/21 24/23
**Seventy [2]** 74/23 74/24
**Seventy-two [2]** 74/23 74/24
**several [2]** 19/18 61/7
**severe [2]** 53/20 68/24
**severity [1]** 51/23
**share [3]** 22/8 73/1 75/7
**shared [1]** 78/21
**shattered [1]** 61/23
**she [43]** 8/20 20/18 25/18 25/19 28/4 29/9 30/17 31/24 33/6 33/10 37/20 37/21 40/19 40/20 41/3 41/4 41/4 41/4 41/7 42/2 42/2 42/2 42/3 42/5 42/6 44/16 44/21 55/17 55/19 55/20 55/21 55/21 55/23 60/9 61/12 63/5 67/8 67/9 72/6 75/23 76/18 76/21 79/5
**she'll [1]** 15/19
**she's [11]** 15/3 41/5 60/10 61/5 61/9 61/10 67/9 67/11 69/13 76/15 76/15
**sheer [1]** 47/14
**shift [1]** 16/14
**shit [1]** 30/15
**shoes [1]** 50/6
**short [2]** 29/12 31/6
**shortly [2]** 51/21 59/15
**should [23]** 9/16 9/17 11/7 12/19 15/8 16/21 18/4 18/11 19/20 25/2 30/17 32/19 35/2 38/11 42/21 51/2 51/3 51/18 51/19 54/10 54/11 58/14 60/19
**shouldn't [3]** 9/17 51/16 53/20
**show [4]** 25/4 26/10 31/6 46/6
**showed [2]** 37/18 45/18
**showing [2]** 30/1 59/7
**shown [5]** 29/22 31/15 51/6 56/2 56/20
**shows [2]** 29/1 45/14
**side [1]** 37/12
**sign [1]** 26/22
**significant [10]** 12/11 36/15 55/7 55/7 66/14 67/10 67/24 68/5 68/25 69/23
**similar [1]** 48/9

Case 1:21-cr-00022-JMC Document 104 Filed 03/01/24 Page 92 of 94

**S**

similarly [8]  13/5 19/14
45/17 48/10 67/17 74/5
75/4 75/9
simple [1]  48/3
simply [2]  18/4 18/7
since [4]  32/13 32/20
44/8 61/13
sincerely [1]  51/12
single [3]  18/6 52/2
59/6
sister [1]  43/22
sit [1]  41/12
sitting [1]  27/5
situation [8]  16/8 41/18
43/14 45/8 49/18 56/10
58/22 68/15
six [9]  13/24 24/21
40/25 44/2 44/20 57/23
61/22 76/3 76/4
six months [4]  44/20
57/23 76/3 76/4
six-month [1]  40/25
skilled [1]  44/13
small [1]  43/22
smiling [1]  26/18
so [90]
so-called [1]  8/7
social [6]  32/14 49/12
49/17 49/23 51/7 51/11
some [22]  3/19 3/23
9/18 12/7 13/8 23/16
23/23 36/15 36/15
36/15 36/16 36/17
37/14 38/1 44/4 47/16
55/22 63/9 65/25 67/24
68/18 76/8
somebody [3]  36/20
39/17 50/6
someone [2]  18/24
66/4
something [13]  10/11
15/11 17/16 18/1 18/24
36/25 42/11 42/23 60/8
60/13 64/22 67/15 68/6
somewhat [1]  67/19
somewhere [2]  23/15
64/3
son [2]  43/9 61/22
sorry [5]  6/21 40/16
70/25
sort [4]  17/25 50/18
65/25 68/18
sounds [1]  37/19
souvenirs [1]  31/25
speak [11]  4/9 10/1
23/3 23/5 43/3 43/11
51/19 58/1 58/17 60/20
61/16
Speaker [11]  19/17
19/18 23/22 24/5 26/6
26/22 27/5 38/5 72/8
72/13 72/16
Speaker's [11]  19/17
24/2 24/4 26/18 29/4
29/8 29/10 30/1 47/24
47/24 48/14

speaking [4]  17/15
23/4 46/1 46/18
special [8]  21/23 22/5
22/16 22/19 71/7 71/11
73/8 74/3
specific [3]  19/24
47/10 54/15
specifically [5]  16/10
23/21 25/22 65/1 66/6
specify [1]  74/16
spectrum [3]  9/6 23/12
35/19
speech [3]  23/14 46/16
46/21
spent [3]  49/13 49/21
61/24
split [1]  36/10
spoken [1]  34/23 69/19
spot [1]  9/21
Stacy [4]  2/3 80/3 80/8
80/9
staff [4]  11/9 24/5
24/12 30/23
stage [1]  44/21
stairs [1]  31/3
stand [1]  43/7
standing [2]  42/23
51/10
start [12]  3/25 4/1 4/5
14/3 23/7 27/2 27/19
31/10 35/18 36/3 52/20
55/16
started [1]  46/25
starting [4]  2/11 14/2
26/13 62/8
starts [1]  27/4
state [3]  2/12 62/16
74/11
stated [3]  6/4 20/9
73/24
statement [3]  3/20 17/9
58/2
statements [2]  12/5
32/14 51/17
STATES [6]  1/1 1/3
1/10 2/9 2/14 11/1
status [1]  53/5
statute [3]  21/19 21/22
22/3
statutes [1]  21/14
statutory [3]  21/15
22/1 68/8
stayed [2]  45/3 51/7
staying [1]  59/7
stays [1]  28/18
steal [4]  29/24 42/5
65/18 68/18
stealing [3]  16/23
29/21 31/4
stenography [1]  2/5
steps [1]  31/20
still [4]  17/5 46/18
47/25 67/12
stipulate [1]  41/20
stipulated [8]  3/8 3/21
7/7 8/25 20/8 32/12
34/12 41/19
stole [6]  7/11 16/25

stolen [5]  19/12 29/4
34/15 42/17 42/18
stop [5]  29/3 29/16
46/7 51/1 56/6
stopping [1]  32/5
storage [1]  30/24
stories [2]  44/2 61/23
story [1]  59/20
straight [1]  69/17
straightforward [2]
19/10 53/3
straps [1]  31/16
Street [1]  1/22
strengthened [1]  49/13
stress [1]  8/16
stressed [1]  52/18
striking [1]  37/15
strong [2]  49/14 49/24
struggled [1]  39/9
stuff [1]  39/24
stupid [4]  60/14 66/2
66/2 67/2
stupidly [1]  67/1
subject [1]  77/25
submit [3]  12/12 52/21
72/2
submitted [2]  3/14
26/11
subset [1]  25/10
substance [1]  74/12
substances [1]  72/2
substantial [10]  7/14
10/15 10/19 10/20
10/22 10/24 13/7 13/10
13/20 14/16
subtotal [1]  20/20
such [7]  9/14 10/21
10/23 18/20 19/22
21/18 42/13
suffered [2]  44/3 67/24
suffering [3]  10/19
10/24 44/6
sufficient [1]  63/16
suggest [2]  19/11
35/25
suggested [1]  24/19
suggesting [5]  19/15
20/3 20/6 65/23 66/1
suit [1]  30/1
suite [12]  1/22 23/22
24/2 24/4 26/7 26/18
26/23 27/1 29/5 29/8
29/11 29/22
summary [1]  17/13
sunk [1]  51/22
supervised [9]  21/20
22/3 22/12 22/13 22/14
22/19 34/8 34/13 41/1
supervises [1]  77/13
supervision [4]  65/3
70/9 77/9 77/21
support [12]  3/14 12/8
17/1 18/9 18/22 41/20
41/21 44/24 67/10
67/11 67/23 70/13
supports [1]  51/5

suppose [1]  8/22
supposed [1]  67/20
Supreme [2]  53/24
54/2
sure [17]  3/16 4/9 5/2
6/24 8/17 10/12 13/14
16/4 17/14 17/14 25/6
35/9 46/17 55/8 56/19
57/15 79/6
surgeries [1]  61/23
surgery [2]  49/4 61/25
surrender [1]  52/21
surrendering [1]  59/17
survived [1]  49/4
swept [2]  68/17 69/5

**T**

table [2]  27/6 42/3
take [5]  24/5 35/3
37/25 39/4 50/20 51/16
52/16 53/24 54/1 60/8
61/19 66/25 79/4
taken [7]  9/3 30/14
31/19 33/4 40/2 50/24
52/5
takes [5]  14/17 27/6
33/13 38/14 61/14
taking [5]  18/24 18/25
32/20 40/10 45/6
talk [10]  4/1 4/14 5/6
6/8 21/12 41/16 60/11
70/9 74/21 76/21
talked [2]  53/4 68/8
talking [5]  9/2 23/19
56/17 67/3 71/20
tampering [1]  27/10
target [1]  48/13
tarred [1]  9/16
teeth [1]  61/24
tell [3]  42/5 48/11
51/23
tells [2]  27/10 27/14
temptation [2]  50/18
50/23
tended [1]  66/14
term [9]  21/17 21/18
21/18 22/2 22/2 38/8
70/5 70/6 75/2
terms [10]  17/14 34/21
36/19 57/16 57/17
58/18 68/22 73/25
74/25 76/22
terribly [1]  39/8 42/10
testing [2]  72/14 72/12
text [5]  7/13 12/21 16/9
16/16 16/21
than [12]  11/12 21/20
22/4 25/14 30/6 37/3
44/6 47/21 48/6 51/3
54/5 63/7
thank [24]  4/4 5/25 8/3
10/13 11/12 12/15 12/16
14/23 15/10 23/8 34/17
35/4 35/5 35/7 35/10
45/5 45/24 45/25 58/17
60/17 60/18 63/1 63/2
79/7

that's [33]  6/14 8/13
8/24 9/25 10/8 10/10
14/2 21/9 31/8 34/6
38/6 38/20 47/22 48/19
50/12 53/8 53/11 55/1
55/22 57/8 58/11 60/9
63/13 63/14 64/18
65/17 65/21 66/14 67/4
72/10 73/8 78/23 79/6
theft [17]  3/8 7/8 7/8
8/15 8/23 13/10 13/24
16/10 16/15 17/8 19/4
21/25 24/3 24/9 26/8
33/17 55/19
their [22]  4/16 7/4 11/9
12/24 16/22 18/10 20/7
25/24 26/4 30/6 30/11
30/18 31/17 32/1 32/16
32/21 33/20 36/11
51/10 54/24 62/6 73/16
them [15]  5/7 8/20
35/23 51/19 53/2 53/2
62/4 62/22 71/23 74/9
74/9
theme [1]  49/10
themselves [1]  24/14
then [30]  3/7 9/2 9/10
12/9 13/16 14/20 15/8
15/15 15/20 18/6 20/10
21/4 22/15 22/16 23/2
23/2 23/4 23/5 25/2
39/20 39/20 46/25
55/10 59/11 62/12
62/12 62/19 72/7 72/12
78/13
theory [2]  41/20 41/21
there [70]  6/1 6/25 8/5
8/9 8/13 8/14 8/21 9/5
9/6 9/10 9/15 10/5
23/12 23/23 25/4 27/16
29/9 29/24 30/17 30/19
32/14 34/25 35/18
35/19 36/12 37/24 38/2
38/11 38/18 39/14
39/20 39/20 39/21
40/11 40/12 40/14
40/17 40/17 40/18
40/24 42/2 42/2 42/3
42/11 45/18 46/13 48/6
48/10 50/7 50/9 50/13
50/19 53/14 54/15
54/16 55/9 59/20 59/22
59/23 59/24 60/1 62/11
62/18 62/20 62/23
66/13 66/21 75/17 77/8
77/13
there's [29]  10/16
11/25 12/11 15/23
16/18 19/4 20/16 26/1
35/14 35/18 35/21
35/21 37/19 37/25 42/6
42/11 42/12 50/14 54/1
55/8 66/12 66/20 67/5
68/15 69/11 69/14
70/10 76/5 77/16
therefore [1]  6/4
these [20]  10/3 10/4
12/6 32/1 32/23 33/24

**T**

these... [14] 37/8 37/17 39/11 39/12 45/13 49/10 49/24 51/8 52/11 52/11 66/24 68/9 68/16 78/24

they [70] 8/7 8/20 9/9 9/9 9/9 11/15 16/25 16/25 17/5 18/4 19/19 24/10 25/3 26/3 26/7 26/19 26/20 27/1 28/21 30/11 31/2 32/19 34/24 36/9 36/9 36/10 36/10 36/12 38/9 39/15 39/18 40/10 40/12 40/14 40/17 44/24 45/14 46/21 46/21 46/22 46/24 47/19 47/21 47/25 48/2 48/3 51/11 52/12 52/14 52/15 52/16 52/16 52/17 54/8 54/9 54/24 54/25 56/9 56/10 61/19 62/2 62/6 62/17 62/20 66/9 67/1 68/1 71/25 74/10 74/22

they're [7] 3/4 9/20 31/18 45/13 55/3 71/23 73/6

they've [1] 77/15

thin [1] 46/4

thing [7] 30/18 38/19 41/11 45/22 51/16 58/8 70/1

things [11] 35/13 35/14 37/8 38/1 42/13 50/13 56/22 58/23 60/6 65/18 67/6

think [93]

thinking [6] 36/2 36/23 37/10 39/22 68/14 69/5

thinks [3] 17/15 17/15 17/15

Thirteen [1] 15/9

this [133]

those [32] 7/12 8/10 8/15 11/19 12/2 12/10 18/10 19/7 19/11 22/21 23/10 24/1 24/22 30/25 31/20 31/25 36/14 36/14 36/17 39/4 42/18 43/19 45/9 46/15 47/2 50/13 50/21 56/22 62/2 66/17 70/22 75/16

though [2] 17/2 35/15

thought [5] 12/21 33/3 59/16 68/16 69/3

thousands [1] 39/20

threatened [3] 11/9 11/16 19/8

threatening [1] 49/1

threats [2] 13/2 13/3

three [20] 8/5 13/1 13/19 13/24 14/6 14/17 15/4 15/16 17/4 20/20 20/23 21/20 21/21 22/12 22/14 22/18 24/22 34/8 34/12 53/10

three years [7] 21/20 21/21 22/12 22/14 22/18 34/8 34/12

three-level [2] 15/4 15/16

through [18] 25/13 29/7 29/10 29/23 37/9 37/13 37/13 44/6 44/9 47/6 47/11 48/24 48/25 59/18 60/3 60/6 67/13 68/7

throughout [1] 26/2

thus [2] 7/16 9/13

tick [1] 10/14

TIG [1] 59/13

time [53] 4/14 5/6 5/14 7/2 19/18 24/9 26/14 27/3 27/9 27/14 27/20 28/11 28/11 29/15 31/10 32/5 33/1 36/16 36/24 40/10 42/17 43/12 43/12 44/8 44/23 45/7 47/1 47/8 47/9 47/11 48/16 49/14 49/16 49/21 49/22 50/3 51/13 52/10 52/13 53/19 55/18 58/23 59/8 59/20 60/2 60/7 60/12 62/2 63/17 66/14 68/5 69/14 73/17

times [2] 37/8 47/10

timing [1] 53/4

today [13] 4/20 5/11 7/19 8/14 49/2 51/24 52/21 56/7 57/20 58/18 69/20 78/9 79/2

together [2] 26/6 54/9

told [10] 17/23 25/17 25/21 26/21 28/3 29/8 30/12 30/13 30/16 33/7

too [7] 9/4 9/18 20/25 21/10 42/12 53/4 68/24

took [8] 8/19 8/19 8/20 25/23 45/16 53/13 53/15 65/15

top [4] 28/15 40/1 40/1 59/13

total [9] 14/7 15/7 22/12 22/14 29/6 32/3 63/23 64/17 64/18

totaling [2] 7/9 7/12

touch [1] 35/15

tourists [1] 30/19 37/22 38/10

trades [1] 44/13

tradesmen [1] 44/13

traditionally [1] 18/16

tragically [1] 44/21

train [1] 25/23

transcript [3] 1/9 2/5 54/14

transcription [2] 2/5 80/4

transfer [4] 11/11 32/25 74/21 77/21

transferring [2] 77/8 77/18

transpired [1] 45/2

traumatic [1] 61/25

travel [2] 30/3 79/1

traveled [1] 26/6

treated [2] 51/2 58/22

tremendous [2] 76/14 76/25

tremendously [1] 65/20

trial [9] 3/8 3/21 7/7 8/25 20/8 32/12 34/12 36/6 36/7

tried [2] 37/19 58/25

trophies [2] 16/24 24/15

trouble [1] 41/5

troubling [1] 38/6

true [1] 12/4

truly [1] 50/6

Trump [4] 43/11 46/18 49/22 50/3

Trump's [2] 46/10 46/11 46/16

try [2] 50/5 55/10

trying [11] 16/14 17/19 17/21 37/24 39/12 39/13 42/1 48/17 54/7 55/11 63/25

turn [2] 38/22 57/10

turned [1] 44/18

twice [1] 44/3

two [35] 2/10 12/14 14/20 15/3 15/4 15/8 15/17 20/21 23/21 24/19 24/25 33/25 35/21 36/10 36/14 39/9 39/25 50/8 53/11 53/19 53/19 56/1 57/4 58/11 58/13 61/10 61/25 62/19 62/24 66/1 66/3 69/11 74/23 74/24 79/4

two hours [1] 62/24

two weeks [1] 56/1

two years [4] 39/9 50/8 56/1 61/25

two-level [3] 15/4 15/17 24/25

two-point [1] 58/13

two-points [1] 14/20

two-time [1] 53/19

types [1] 68/7

typically [2] 77/14 79/2

**U**

U.S [10] 10/17 25/16 25/25 26/4 33/8 34/14 35/20 73/1 73/14 75/7

U.S.C [2] 3/6 3/9

ultimately [3] 32/11 45/16 45/19

unable [1] 78/4

uncalled [1] 47/17

uncalled-for [1] 47/17

uncertain [1] 56/7

uncommon [1] 54/19

uncovered [3] 52/4 52/5 52/25

under [12] 6/10 7/5 7/8 7/13 7/15 7/17 14/14 14/20 17/4 29/21 29/20 77/24

undermine [3] 9/2 39/13 40/7

understand [10] 12/18 17/8 19/15 38/13 45/11 54/7 67/18 69/19 69/22 71/20

understanding [3] 20/12 20/22 20/25

understate [2] 24/6 24/13

understated [2] 25/10 53/20

understood [2] 18/17 75/25

undue [1] 43/18

unduly [1] 69/24

unfair [1] 36/21

unfortunately [2] 48/18 52/11

unidentified [4] 26/8 27/10 27/24 28/6

unique [2] 12/9 66/16

UNITED [6] 1/1 1/3 1/10 2/9 2/14 11/1

University [2] 62/1 62/5

unknown [9] 24/3 27/15 28/19 28/19 28/22 29/2 29/3 29/21 33/21

unlawful [1] 23/16

unlawfully [2] 25/25 74/11

unprecedented [1] 11/24

unreasonable [1] 54/19

unregistered [2] 34/20 52/20

until [5] 26/15 59/16 72/21 73/10 74/17

unusual [3] 9/14 41/18 51/8

up [14] 5/1 8/14 21/22 22/2 34/21 36/10 53/24 59/7 59/10 59/15 60/22 68/17 69/6 79/5

upon [2] 24/15 74/24

upward [4] 24/17 24/25 33/25 58/10

upwards [1] 12/14

urging [1] 46/11

us [12] 13/20 14/1 14/17 15/2 15/3 44/25 45/14 45/14 45/17 45/22 61/19 78/10

use [9] 13/3 16/11 16/13 24/4 24/11 28/13 37/1 37/20 42/14

used [1] 51/13

useful [1] 63/8

usefulness [2] 18/19 19/2

useless [1] 32/2

using [2] 13/1 18/18

usually [3] 51/9 59/9 44/26 17/4 29/21 29/20 65/18

**V**

vacuum [1] 50/20

vague [1] 17/14

value [5] 18/19 18/21 19/2 19/3 50/15

variance [11] 13/12 24/17 25/1 36/21 36/22 58/11 58/14 68/19 69/10 69/19 73/23

variances [2] 21/11 21/12

varied [1] 76/16

varies [1] 33/25

vary [2] 12/14 40/23

vast [1] 35/18

vehicle [1] 25/22

vein [1] 42/8

verdict [1] 32/14

verdicts [2] 20/8

versus [2] 2/9 63/20

very [25] 10/14 10/14 12/22 17/16 28/15 32/22 36/15 36/15 38/18 47/3 47/16 48/4 48/24 49/3 51/8 53/16 58/22 59/15 59/21 60/1 66/4 67/1 76/19 76/20 77/2

Vice [1] 30/7

victim [3] 10/16 13/25 72/11

video [36] 26/5 26/24 27/2 27/3 27/3 27/4 27/8 27/13 27/13 27/4 27/8 27/13 27/17 27/20 27/21 28/2 28/12 29/1 29/3 29/14 29/17 29/18 29/23 29/25 30/14 31/7 31/10 31/12 31/14 31/15 31/17 31/22 33/4 33/10 45/18 56/20 65/16 66/4 68/22 78/20

videos [4] 37/6 37/11 37/17 66/8

videotape [1] 45/13

view [4] 18/22 20/4 20/5 42/21

viewed [1] 36/2

violation [4] 3/6 3/9 77/16 77/20

violence [18] 7/22 10/5 10/8 11/16 11/16 11/20 11/20 12/8 13/1 13/2 13/3 13/3 13/9 19/9 39/5 40/7 40/21 66/13 66/15

violent [4] 11/8 38/6 39/24 55/8

vis [2] 8/22 8/22

visible [1] 30/1

visit [1] 62/25

visitors [2] 69/15 70/10

visits [1] 76/22

visual [1] 28/13

visually [1] 61/12

volition [1] 41/25

voluntarily [1] 51/17

volunteer [1] 43/17

**V**

**vote [3]** 25/19 32/25 46/7
**vs [1]** 1/5

**W**

**waive [2]** 65/1 74/15
**waived [2]** 54/3 77/25
**wake [1]** 50/10
**walk [1]** 38/23
**walked [2]** 47/6 47/11
**walking [5]** 47/16 47/18 48/17 48/20 50/17
**Walters [1]** 2/24
**wandering [1]** 38/4
**want [22]** 3/25 7/25 8/4 8/17 9/4 9/21 10/14 11/3 15/25 16/4 35/15 41/17 42/13 42/14 43/18 45/9 45/14 54/21 54/23 69/11 75/20 76/24
**wanted [1]** 56/23
**wanting [2]** 16/24 50/14
**wants [2]** 58/1 69/12
**warning [2]** 27/23 69/16
**warrant [3]** 52/25 54/10 67/21
**was [165]**
**Washington [4]** 1/7 1/15 1/19 1/23
**wasn't [7]** 40/20 41/25 42/10 42/17 47/7 56/19 58/13
**watch [1]** 66/9
**watched [3]** 37/8 37/23 45/3
**watching [3]** 37/7 37/10 47/18
**waving [1]** 40/5
**way [9]** 8/12 13/14 19/2 42/15 45/14 46/7 49/8 54/20 59/2
**ways [1]** 35/21
**we [75]** 3/1 3/3 3/23 3/25 5/2 5/2 5/16 6/9 6/17 8/16 9/8 9/9 9/9 14/3 15/2 16/19 16/20 17/3 30/16 30/19 32/17 34/12 35/18 38/2 38/2 39/1 40/4 40/4 40/5 40/6 40/24 41/3 41/19 41/20 42/9 43/11 44/5 44/8 44/15 44/17 44/20 44/22 44/25 45/1 45/2 45/2 45/23 46/5 49/11 50/4 51/9 51/11 51/16 52/11 52/18 52/21 53/4 53/23 54/22 55/12 56/25 58/12 61/10 61/20 62/4 62/9 62/12 64/2 65/1 66/16 66/17 67/7 74/16 78/8 79/2
**we're [9]** 2/8 6/10 8/17

9/2 9/25 13/5 15/20 38/24 79/3
**we's [1]** 57/6
**we've [3]** 39/25 50/5 65/9
**weapon [1]** 67/20
**weapons [1]** 46/9
**wearing [5]** 31/4 31/17 31/18 31/20 46/21
**week [1]** 44/19
**weeks [1]** 69/11
**welder [1]** 56/5
**welding [13]** 44/11 51/12 56/3 56/4 57/5 59/3 59/11 59/14 59/18 62/9 62/13 62/17 62/22
**well [21]** 3/12 3/13 3/21 6/5 6/17 9/14 18/13 18/18 25/8 30/24 37/18 42/4 54/12 55/22 59/7 62/21 71/16 72/12 74/6 76/20 77/2
**went [11]** 3/19 23/23 43/11 48/25 53/9 55/17 62/10 65/24 66/16 66/25 68/3
**were [57]** 8/7 8/10 8/18 9/6 9/10 12/12 13/6 20/6 24/11 24/13 24/14 26/4 27/1 30/9 30/19 31/19 31/25 32/2 32/2 32/17 33/13 35/19 35/20 36/8 36/12 38/9 39/20 39/20 39/21 39/23 40/10 40/13 40/14 40/17 40/21 42/18 45/16 45/23 46/15 46/21 46/22 46/25 47/19 47/25 48/18 49/12 49/22 51/17 52/17 54/15 54/16 55/2 64/17 66/24 67/1 68/17 77/20
**weren't [3]** 38/18 67/20 68/1
**what [75]** 9/9 9/9 9/25 10/2 10/8 13/8 13/15 17/14 17/24 20/2 36/4 36/12 36/13 37/9 37/24 38/1 38/2 38/8 38/24 39/1 39/10 39/18 39/21 40/2 40/6 40/19 40/20 41/22 43/1 44/24 45/1 45/10 45/22 46/23 47/13 47/19 48/3 48/24 50/2 50/12 51/11 51/22 52/1 52/12 55/8 56/7 57/16 59/16 59/21 61/3 61/19 62/18 63/3 63/8 63/11 65/13 65/13 65/21 66/18 67/13 68/14 68/21 69/3 69/4 69/19 69/24 71/8 71/9 71/20 73/22 73/24 76/19 76/22 77/5 77/25
**what's [5]** 27/12 41/14 42/4 69/24 76/13
**whatever [2]** 16/13

**when [21]** 9/22 13/12 16/15 30/11 32/17 33/9 35/1 36/2 37/17 37/20 37/23 37/25 39/22 44/13 52/22 56/17 59/24 61/18 66/4 68/7 71/20
**where [22]** 13/2 16/8 19/7 19/11 24/2 24/13 26/7 26/23 31/2 31/9 40/9 44/10 47/9 47/23 48/20 49/14 49/17 52/3 54/5 57/6 59/12 66/14
**wherever [1]** 26/20
**whether [15]** 6/20 6/22 8/9 8/20 10/5 10/7 11/15 12/22 15/23 18/14 34/20 53/24 70/10
**which [38]** 13/25 14/10 15/3 16/20 17/9 18/18 19/9 22/20 27/21 27/25 29/18 30/21 31/16 33/8 34/9 48/18 50/15 51/8 53/18 55/6 57/14 60/5 62/13 64/3 64/12 64/19 65/9 65/17 66/21 68/5 68/9 68/11 69/6 71/12 73/14 73/21 74/7 74/20
**while [19]** 5/13 9/19 27/5 27/6 38/6 38/7 39/7 39/7 39/10 42/9 45/11 46/18 47/15 50/16 63/22 67/21 71/13 71/15 75/1
**who [42]** 2/17 2/21 8/11 8/19 9/7 9/9 12/1 12/2 12/5 12/6 18/4 19/8 19/17 23/20 23/23 25/24 34/11 39/11 39/13 39/18 39/23 44/24 46/1 46/5 46/6 46/6 46/15 46/15 48/8 48/8 49/11 49/12 49/22 50/1 50/6 50/7 50/8 51/3 54/16 60/12 65/24 66/16
**who's [4]** 27/10 36/4 69/19 75/15
**whoever [2]** 23/4 65/15
**whole [2]** 9/5 62/6
**why [8]** 7/20 45/9 45/9 47/20 53/11 65/18 66/21 67/13
**widespread [1]** 65/21
**Widman [9]** 1/14 2/13 6/20 23/7 37/7 37/8 38/3 63/22 72/6
**Widman's [1]** 45/11
**wife [3]** 41/4 43/22 61/3
**will [40]** 1/14 2/13 3/18 6/2 6/6 7/2 13/12 15/3 21/11 26/16 27/19 28/15 29/16 32/22 36/5 41/6 44/7 44/11 44/12 44/12 54/2 57/14 60/13

66/15 60/24 66/17 65/12 69/8 69/9 70/3 70/6 70/12 70/14 70/15 72/20 73/18 73/20 74/15 74/16 77/21
**windows [1]** 37/13
**wing [2]** 25/13 47/9
**wisdom [1]** 51/1
**wished [2]** 30/14 33/4
**wishes [2]** 41/9 60/20
**within [6]** 23/18 44/20 73/9 74/21 78/2 78/2
**without [6]** 11/17 27/15 32/3 73/4 75/10 78/5
**woman [1]** 43/8
**won't [1]** 74/9
**word [4]** 6/22 37/1 42/14 66/5
**words [1]** 33/21
**wore [2]** 9/15 46/8
**work [4]** 36/19 59/10 62/1 72/9
**working [8]** 49/7 56/5 59/4 59/7 59/16 61/5 61/6 61/7
**world [1]** 76/23
**worse [1]** 54/6
**worth [1]** 50/15
**would [94]**
**wouldn't [5]** 28/6 42/4 51/24 52/4 54/11
**written [1]** 17/13
**wrong [3]** 6/21 15/11 37/23
**wrote [1]** 35/14

**Y**

**yeah [6]** 6/14 15/19 41/13 42/2 42/24 48/16
**year [9]** 17/22 22/1 22/4 44/22 44/22 48/4 48/5 50/7 71/15
**years [24]** 21/16 21/17 21/20 21/21 22/2 22/12 22/14 22/18 33/1 34/8 34/12 39/9 46/6 50/8 51/6 56/1 61/5 61/25 70/5 70/15 71/6 72/18 73/19 75/21
**yes [31]** 4/18 4/24 5/5 5/9 5/12 5/16 5/22 11/4 14/15 14/19 14/22 14/25 18/25 20/14 20/15 20/23 21/1 21/3 43/4 47/16 56/14 58/9 64/20 64/24 70/19 70/24 70/25 71/21 76/10 78/15 78/23
**yet [5]** 15/2 25/19 38/8 51/23 53/24
**York [17]** 1/15 6/18 34/6 34/24 52/19 53/7 57/1 57/4 57/21 57/24 62/16 73/20 77/7 77/9 77/22 79/2 79/4
**you [175]**
**you'd [3]** 23/3 23/5 52/8

**you'll [1]** 74/19
**you're [10]** 23/18 26/1 57/17 63/23 67/18 70/8 72/18 73/20 75/1 78/4
**you've [2]** 71/24 73/22
**young [5]** 46/5 49/3 49/11 49/25 50/24
**your [142]**
**YouTube [2]** 49/14 49/23

**Z**

**zero [7]** 6/11 14/8 14/11 20/17 20/24 53/5 53/10
**zero-point [5]** 6/11 14/8 14/11 53/5 53/10
**zooming [1]** 28/14